CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
PHILLIP J. SHINE (SBN 318840)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: phillip.shine@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>                Debtor. | Case No. 24-40713 CN<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears pursuant to Federal Rule of Bankruptcy Procedure 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Phillip J. Shine
    450 Golden Gate Avenue, Room 05-0153
    San Francisco, California 94102
    Email: phillip.shine@usdoj.gov

Dated: May 15, 2024                        TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

                                          /s/ Phillip J. Shine
                                          Phillip J. Shine
                                          Trial Attorney for United States Trustee