JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
U.S. Bank National Association as Trustee GSR Mortgage Loan Trust 2005-AR3 Mortgage Pass-Through Certificates Series 2005-AR3, its assignees and/or successors, by and through its servicing agent PNC Bank, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 24-40713 CN |
| **Alireza Moheb**, § | |
| § | Chapter: 11 |
| § | |
| Debtor. § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

   PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by U.S. Bank National Association as Trustee GSR Mortgage Loan Trust 2005-AR3 Mortgage Pass-Through Certificates Series 2005-AR3, its assignees and/or successors, by and through its servicing agent PNC Bank, N.A. in the above-referenced bankruptcy case.

   McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

   McCarthy & Holthus, LLP
   2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
   (877) 369-6122

   ///

M&H File No. CA-24-176909
Case: 24-40713    Doc# 10    Filed: 05/17/24    Entered: 05/17/24 10:48:23    Page 1 of 2

1     Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. U.S. Bank National Association as Trustee GSR Mortgage Loan Trust 2005-AR3 Mortgage Pass-Through Certificates Series 2005-AR3, its assignees and/or successors and/or PNC Bank, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 5/17/2024                  McCarthy & Holthus, LLP

                                         By:  /s/  Jennifer C. Wong
                                                 Jennifer C. Wong, Esq.,
                                                 Attorneys for U.S. Bank National Association as Trustee GSR Mortgage Loan Trust 2005-AR3 Mortgage Pass-Through Certificates Series 2005-AR3, its assignees and/or successors, by and through its servicing agent PNC Bank, N.A..