Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Proposed Attorneys for Debtor*
Alireza Moheb

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re | ) Case No. 4:24-bk-40713-CN |
| | ) |
| ALIREZA MOHEB, | ) Chapter 11 |
| | ) |
| Debtor and Debtor-in-Possession. | ) |
| | ) *Status Conference:* |
| | ) Date: June 14, 2024 |
| | ) Time: 3:00 p.m. |
| | ) Place: Courtroom 215 |
| | ) 1300 Clay Street, 2nd Floor |
| | ) Oakland, CA 94612 |
| | ) *Or via ZoomGov* |
| | ) |
| | ) |

## DEBTOR'S STATUS CONFERENCE STATEMENT

Alireza Moheb, the "Debtor" and "Debtor-in-Possession" ("DIP") in the above-stated Chapter 11 case, hereby submits his initial Status Conference Statement, as ordered by this Court [Docket No. 7], as follows.

///

///

///

///

RHM LAW LLP

**1. Description of the debtor's business and the principal assets and liabilities of the estate; description of the events that led up to and caused the filing of this case.**

The Debtor is an unmarried individual. This Chapter 11 case was filed on May 14, 2024.

The Debtor voluntarily surrendered his dental license, due to disability in mid-2021. He is now engaged in the ownership and operation of a rental property business, and he also manages his father's gas stations business.

The Debtor owns the following real properties:

| | |
|---|---|
| SFR - *Debtor intends to make this his personal residence postpetition; on the petition date he resided with his parents as he is assisting them through some health concerns.*<br><br>831 Acalanes Road, Lafayette, CA 94596<br><br>APN 251-140-023-2 | FMV $2,465,700<br><br>SPS (sole TD) is owed approx. $843,894<br><br>Loan is current and the monthly payment is PI $4,484.87; taxes $1,776.69; ins $253.62 - total $6,515<br><br>Property taxes: current |
| Condo - Rental<br><br>155 Sharene Lane, #116, Walnut Creek, CA 94596<br><br>APN 178-470-100-3<br><br>Tenant pays $2,550 monthly rent; lease ends 1/31/2025; lease is current | FMV $447,000<br><br>PNC (sole TD) is owed approx. $125,816<br><br>Loan is current and the monthly payment is PI $1,365.36; taxes $382.65- total $1,746<br><br>Property taxes: current<br><br>Greenwood Condominium HOA is owed $10,447.29 (arrears) |
| SFR - Rental<br><br>7007 Arthur Street, Oakland, CA 94605<br><br>APN 39-3305-12<br><br>Tenant pays $4,850 monthly rent; lease ends 1/31/2025; lease is current | FMV $593,000<br><br>Franklin Funding Corp (sole TD) is owed approx. $250,000<br><br>Loan is current and the monthly payment is $2,250<br><br>Property taxes: current |

Case: 24-40713   Doc# 22   Filed: 06/06/24   Entered: 06/06/24 13:33:49   Page 2 of 8

| | |
|---|---|
| Condo - Rental<br><br>7157 E. Rancho Vista Drive, # 1004, Scottsdale, AZ 85251<br><br>APN 173-33-693<br><br>Tenant pays $4,000 monthly rent; lease ends 6/14/2024; Debtor is in process of employing real estate agent to lease property | FMV $780,000<br><br>Mr. Cooper (sole TD) is owed approx. $308,331<br><br>Loan is current and the monthly payment PI $1,707.06; taxes $251.12- total $1,958<br><br>Property taxes: current<br><br>Optima Camelview Village Condo HOA is owed $2,261.03 (arrears) |
| SFR - Rental<br><br>362 Richardson Way, Mill Valley, CA 94941<br><br>APN 049-161-26<br><br>Property is currently listed for lease at $7,500 | FMV $1,000,000<br><br>Debtor has 50% interest with Moheb Family Trust (his parents' trust).<br><br>Debtor is on title only, not on the loan.<br><br>Chase Bank (sole TD) is owed $440,00 (loan is current). |

Prepetition, the Debtor caused his three solely owned entities to assign their debts to him personally, and transferred/purchased their assets, as follows. Note: the Debtor had personally guaranteed the bulk of the debts of these entities at the time the debts were incurred.

**Media DDS, LLC** - entity was created on August 19, 2010 as a real estate investment company. Standalone building at 1716 Broadway, Oakland, CA 94612 was foreclosed on November 29, 2023 by Homestreet Bank. Office building at 2501 Nut Tree Road, Vacaville, CA 95687 was foreclosed on June 7, 2022 by Homestreet Bank. First Republic checking account has approx. $49,912 and these funds will be deposited into the DIP general bank account once opened; the entity has no other assets. This entity filed a Chapter 11 case under subchapter V on March 8, 2022 (Case No. 22-40214-RLE) which was dismissed pursuant to Homestreet Bank's motion to dismiss/convert, on June 2, 2022.

**Moheb DMD Inc**. - entity was created to operate a dental office. Dental equipment value is approx. $35,000; First Republic bank account ending in 0049 has approx. $27,669 and account ending in 7360 approx. $30,886, and these funds will be deposited into the DIP general bank account once opened; entity has no other assets.

**Doctor Realty LLC** was created on September 12, 2007 as a real estate investment company. Medical office building at 935 Trancas Street, Napa, CA 94558 was foreclosed on by Homestreet Bank. Office building at 4805 W. Thomas Road, Phoenix, AZ 85031 was foreclosed on 9/16/2020 by Homestreet Bank.

Although he is not currently permitted to operate his own dental practice, the Debtor is permitted to manage a "dental service organization" (with duly licensed dentists) and will seek to create a new entity to operate a dental office from the location where Moheb DMD Inc. operated from, 1844 San Miguel Dr., Walnut Creek. Moheb DMD Inc. got behind on rent but was able to resolve the pending unlawful detainer with the landlord. The Debtor will seek have the new entity sublet the space from himself/ Moheb DMD Inc.

Other than the debts listed above, the Debtor owes about $1,600,000 in general unsecured debts.

This case was filed so that the Debtor can reorganize his financial affairs and maximize the value of his assets for the benefit of the estate, after years of litigation with Homestreet Bank.  Homestreet Bank obtained a judgment at the end of 2022 in the amount of approx. $3,069,563.28 (Homestreet Bank vs. Alireza Moheb, Moheb DMD, Inc., Media DDS LLC; Case No. RG20066154) and has foreclosed on the bulk of the assets of these entities/parties.

///
///
///
///
///

**2.** **What are the principal business, financial and legal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts? How does the debtor recommend that these disputes be resolved and why?**

The Debtor does not anticipate any major issues with this bankruptcy. The goal is to seek court approval to retain a CPA who will thereafter assist the Debtor in getting current with tax filings – he has not filed tax returns since 2019.

The Debtor will thereafter file a plan of reorganization that will: treat the claims of the lienholders on all real properties as unimpaired; cure the arrears owed to both HOAs (see chart above); pay all priority debts in full within 60-months of the petition date; and pay the unsecured class as much as he can afford for five years.

**3.** **The type, status and adequacy of insurance coverage of the debtor's assets.**

| Property Address | Type of policy | Name of carrier | Policy coverage/limits | Coverage dates | UST added for notice? |
|---|---|---|---|---|---|
| 831 Acalanes Road | Dwelling, personal & liability | Fair Plan/Mercury | $876,000/$438,000/$500,000 | 6/5/2024-6/5/2025 | Pending |
| 155 Sharene Lane, #116 | HOA policy Property/General Liability; Umbrella Liability | Accelerant National Insurance Co; Greenwich Ins Co. | $70,731,000/$1,000,000/$2,000,000; $15,000,000 | 3/31/2024 - 3/31/2025 | Pending |
| 7007 Arthur Street | Dwelling | American National Lloyds Insurance Co. | $350,000 | 6/6/2024 - 6/6/2025 | Pending |
| 7157 E. Rancho Vista Dr, # 1004 | HOA policy Commercial General Liability; Umbrella Liability | Philadelphia Indemnity Ins. Co; Midvale Indemnity Co. | $1,000,000; $2,000,000; $100,000; $100,000 | 3/31/2024 - 3/31/2025 | Pending |
| 362 Richardson Way | Dwelling | Fair Plan | $500,000 | 6/6/2024 - 6/6/2025 | Pending |
| 2004 Toyota 4Runner | Liability & property | AAA | $25,000/$50,000 | 4/11/2024 - 4/11/2025 | Pending |
| 1994 Land Rover | Liability & property | AAA | $25,000/$50,000 | 4/11/2024 - 4/11/2025 | Pending |
| 2017 BMW 9Net motorcycle | Liability & property | Farmers | $50,000/$100,000 | 4/3/2024 - 4/3/2025 | Pending |
| 2022 Ducati Diavel motorcycle | Liability & property | Farmers | $50,000/$100,000 | 4/3/2024 - 4/3/2025 | Pending |

///

5

**4. Whether the debtor has met the requirements for retaining professionals in the case, and the estate's need for retaining any additional professionals (e.g., attorneys, accountants, brokers, etc.).**

The Debtor is preparing applications to employ the following professionals and will file them shortly.

**RHM LAW LLP** as general bankruptcy counsel.

**Anthony Richards of Black & Company** as accountant for the estate.

**Richard Antognini** as special counsel to continue with the Homestreet litigation.

**Real estate listing agent** to secure a new tenant for the Scottsdale property.

At this time, the Debtor does not intend to hire any other professionals.

**5. The status of any litigation pending in or outside of this Court.**

Homestreet Bank sued the Debtor and his entities on claims for breach of contract, among others. The bank moved for summary judgment, which was granted. The Debtor and his entities appealed to the California Court of Appeals, First Appellate District, Case No. A167249. The appeal was apparently recently dismissed for failing to file the opening brief, resulting from a calendaring error on the part of counsel. Counsel intends to seek to reinstate the appeal forthwith.

///
///
///
///
///
///
///
///
///

Case: 24-40713   Doc# 22   Filed: 06/06/24   Entered: 06/06/24 13:33:49   Page 6 of 8

6

**6. Debtor's compliance with its duties pursuant to 11 U.S.C. §§ 521, 1106 and 1107, F.R.B.P. 1007 and all applicable guidelines established by the United States Trustee ("UST"); the debtor's attendance at the Meeting of Creditors pursuant to 11 U.S.C. § 341(a), and compliance with requests for information from the UST (including but not limited to requests made in the Initial Debtor Interview ["IDI"]); the status of monthly operating reports ("MORs"), DIP accounts and required postpetition payments to taxing authorities.**

The Debtor believes that he is substantial compliance with his obligations as a DIP at this time; any final missing documents (final closing bank statements; adding UST for additional notice to insurance policies) will be submitted to the UST forthwith.

The Debtor will timely file his initial MOR, which is due June 21, 2024.

The Debtor attended the IDI with the UST on May 30, 2024; the Meeting of Creditors is scheduled for June 10, 2024.

The Debtor has not yet made any postpetition payments to taxing authorities, as no deadlines have arisen in the ordinary course.

**7. Do any parties claim an interest in cash collateral of the debtor? Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?**

Each of the mortgage holders on the Debtor's rental properties hold assignment of rents clauses. The Debtor will attempt to work out consensual use of rents with PNC, Franklin Funding and Mr. Cooper (each loan is current) and will file motions for authorization to use cash collateral, or motions to approve agreements to use cash collateral.

**8. Orders entered in the case granting relief from the automatic stay, extending or refusing to extend the automatic stay or determining there is no automatic stay in effect as to any or all creditors.**

None.

**9. Motions to assume or reject any executory contracts or unexpired leases that have been or are expected to be filed.**

Within his plan of reorganization, the Debtor will seek to assume each of the prepetition tenant leases that will still exist at that time.

The Debtor will timely seek to assume the unexpired nonresidential real property lease for the location where Moheb DMD Inc. operated from, 1844 San Miguel Dr., Walnut Creek, pursuant to 11 U.S.C. §365.

**10. Does the debtor anticipate the sale of any estate assets by motion or in connection with a Chapter 11 plan of reorganization ("Plan")?**

At this time, the Debtor does not expect to sell any estate assets.

**11. Proposed deadline for the filing of a disclosure statement in support of Chapter 11 plan or reorganization ("Disclosure Statement") and Plan.**

The Debtor expects to file his disclosure statement and Chapter 11 plan of reorganization within 120-days, or by any deadline imposed by the Court.

Dated: June 6, 2024            **RHM LAW LLP**

                               **By:**      **/s/    Roksana D. Moradi-Brovia**
                                     **Roksana D. Moradi-Brovia**
                                     **Matthew D. Resnik**
                                     *Proposed Attorneys for Debtor*
                                     Alireza Moheb

Case: 24-40713    Doc# 22    Filed: 06/06/24    Entered: 06/06/24 13:33:49    Page 8 of 8