Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Proposed Attorneys for Debtor*
Alireza Moheb

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>Debtor and Debtor-in-Possession. | Case No. 4:24-bk-40713-CN<br><br>Chapter 11<br><br>*Status Conference:*<br>Date: June 14, 2024<br>Time: 3:00 p.m.<br>Place: Courtroom 215<br>      1300 Clay Street, 2nd Floor<br>      Oakland, CA 94612<br>      *Or via ZoomGov* |

**DECLARATION OF ALIREZA MOHEB IN SUPPORT OF STATUS CONFERENCE STATEMENT**

I, Alireza Moheb, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.

2. I am the Debtor herein. I am not married. My Chapter 11 case was filed on May 14, 2024.

3. I voluntarily surrendered my dental license, due to disability in mid-2021.

4. I am now engaged in the ownership and operation of a rental property business, and I also manage my father's gas stations business.

5. I own the following real properties:

| | |
|---|---|
| SFR - *Debtor intends to make this his personal residence postpetition; on the petition date he resided with his parents as he is assisting them through some health concerns.*<br><br>831 Acalanes Road, Lafayette, CA 94596<br><br>APN 251-140-023-2 | FMV $2,465,700<br><br>SPS (sole TD) is owed approx. $843,894<br><br>Loan is current and the monthly payment is PI $4,484.87; taxes $1,776.69; ins $253.62 - total $6,515<br><br>Property taxes: current |
| Condo - Rental<br><br>155 Sharene Lane, #116, Walnut Creek, CA 94596<br><br>APN 178-470-100-3<br><br>Tenant pays $2,550 monthly rent; lease ends 1/31/2025; lease is current | FMV $447,000<br><br>PNC (sole TD) is owed approx. $125,816<br><br>Loan is current and the monthly payment is PI $1,365.36; taxes $382.65- total $1,746<br><br>Property taxes: current<br><br>Greenwood Condominium HOA is owed $10,447.29 (arrears) |
| SFR - Rental<br><br>7007 Arthur Street, Oakland, CA 94605<br><br>APN 39-3305-12<br><br>Tenant pays $4,850 monthly rent; lease ends 1/31/2025; lease is current | FMV $593,000<br><br>Franklin Funding Corp (sole TD) is owed approx. $250,000<br><br>Loan is current and the monthly payment is $2,250<br><br>Property taxes: current |
| Condo - Rental<br><br>7157 E. Rancho Vista Drive, # 1004, Scottsdale, AZ 85251<br><br>APN 173-33-693<br><br>Tenant pays $4,000 monthly rent; lease ends 6/14/2024; Debtor is in process of | FMV $780,000<br><br>Mr. Cooper (sole TD) is owed approx. $308,331<br><br>Loan is current and the monthly payment PI $1,707.06; taxes $251.12- total $1,958<br><br>Property taxes: current |

2

| | |
|---|---|
| employing real estate agent to lease property | Optima Camelview Village Condo HOA is owed $2,261.03 (arrears) |
| SFR - Rental<br><br>362 Richardson Way, Mill Valley, CA 94941<br><br>APN 049-161-26<br><br>Property is currently listed for lease at $7,500 | FMV $1,000,000<br><br>Debtor has 50% interest with Moheb Family Trust (his parents' trust).<br><br>Debtor is on title only, not on the loan.<br><br>Chase Bank (sole TD) is owed $440,00 (loan is current). |

6. Prepetition, I caused my three solely owned entities to assign their debts to me personally, and transferred/purchased their assets, as follows.

7. I had personally guaranteed the bulk of the debts of these entities at the time the debts were incurred.

8. **Media DDS, LLC** - entity was created on August 19, 2010 as a real estate investment company. Standalone building at 1716 Broadway, Oakland, CA 94612 was foreclosed on November 29, 2023 by Homestreet Bank. Office building at 2501 Nut Tree Road, Vacaville, CA 95687 was foreclosed on June 7, 2022 by Homestreet Bank. First Republic checking account has approx. $49,912 and these funds will be deposited into the DIP general bank account once opened; the entity has no other assets. This entity filed a Chapter 11 case under subchapter V on March 8, 2022 (Case No. 22-40214-RLE) which was dismissed pursuant to Homestreet Bank's motion to dismiss/convert, on June 2, 2022.

9. **Moheb DMD Inc**. - entity was created to operate a dental office. Dental equipment value is approx. $35,000; First Republic bank account ending in 0049 has approx. $27,669 and account ending in 7360 approx. $30,886, and these funds will be deposited into the DIP general bank account once opened; entity has no other assets.

10. **Doctor Realty LLC** was created on September 12, 2007 as a real estate investment company. Medical office building at 935 Trancas Street, Napa, CA 94558 was

foreclosed on by Homestreet Bank. Office building at 4805 W. Thomas Road, Phoenix, AZ 85031 was foreclosed on 9/16/2020 by Homestreet Bank.

11. Although I am not currently permitted to operate my own dental practice, I am apparently permitted to manage a "dental service organization" (with duly licensed dentists) and I will seek to create a new entity to operate a dental office from the location where Moheb DMD Inc. operated from, 1844 San Miguel Dr., Walnut Creek. Moheb DMD Inc. got behind on rent but was able to resolve the pending unlawful detainer with the landlord. I will seek have the new entity sublet the space from myself/Moheb DMD Inc.

12. Other than the debts listed above, I owe about $1,600,000 in general unsecured debts.

13. This case was filed so that I can reorganize my financial affairs and maximize the value of my assets for the benefit of the estate, after years of litigation with Homestreet Bank. Homestreet Bank obtained a judgment at the end of 2022 in the amount of approx. $3,069,563.28 (Homestreet Bank vs. Alireza Moheb, Moheb DMD, Inc., Media DDS LLC; Case No. RG20066154) and has foreclosed on the bulk of the assets of these entities/parties.

14. I do not anticipate any major issues with this bankruptcy. The goal is to seek court approval to retain a CPA who will thereafter assist me in getting current with tax filings – I have not filed tax returns since 2019.

15. I will thereafter file a plan of reorganization that will: treat the claims of the lienholders on all real properties as unimpaired; cure the arrears owed to both HOAs (see chart above); pay all priority debts in full within 60-months of the petition date; and pay the unsecured class as much as I can afford for five years.

16. The type, status and adequacy of insurance coverage of my assets is set forth in the chart below.

| Property Address | Type of policy | Name of carrier | Policy coverage/limits | Coverage dates | UST added for notice? |
|---|---|---|---|---|---|
| 831 Acalanes Road | Dwelling, personal & liability | Fair Plan/Mercury | $876,000/$438,000/$500,000 | 6/5/2024-6/5/2025 | Pending |
| 155 Sharene Lane, #116 | HOA policy Property/General Liability; Umbrella Liability | Accelerant National Insurance Co; Greenwich Ins Co. | $70,731,000/$1,000,000/$2,000,000; $15,000,000 | 3/31/2024 - 3/31/2025 | Pending |
| 7007 Arthur Street | Dwelling | American National Lloyds Insurance Co. | $350,000 | 6/6/2024 - 6/6/2025 | Pending |
| 7157 E. Rancho Vista Dr, # 1004 | HOA policy Commercial General Liability; Umbrella Liability | Philadelphia Indemnity Ins. Co; Midvale Indemnity Co. | $1,000,000; $2,000,000; $100,000; $100,000 | 3/31/2024 - 3/31/2025 | Pending |
| 362 Richardson Way | Dwelling | Fair Plan | $500,000 | 6/6/2024 - 6/6/2025 | Pending |
| 2004 Toyota 4Runner | Liability & property | AAA | $25,000/$50,000 | 4/11/2024 - 4/11/2025 | Pending |
| 1994 Land Rover | Liability & property | AAA | $25,000/$50,000 | 4/11/2024 - 4/11/2025 | Pending |
| 2017 BMW 9Net motorcycle | Liability & property | Farmers | $50,000/$100,000 | 4/3/2024 - 4/3/2025 | Pending |
| 2022 Ducati Diavel motorcycle | Liability & property | Farmers | $50,000/$100,000 | 4/3/2024 - 4/3/2025 | Pending |

17. I am preparing applications to employ the following professionals and will file them shortly.

18. RHM LAW LLP as general bankruptcy counsel.

19. Anthony Richards of Black & Company as accountant for the estate.

20. Richard Antognini as special counsel to continue with the Homestreet litigation.

21. Real estate listing agent to secure a new tenant for the Scottsdale property.

22. At this time, I do not intend to hire any other professionals.

23. Homestreet Bank sued me and my entities on claims for breach of contract, among others. The bank moved for summary judgment, which was granted. We appealed to the California Court of Appeals, First Appellate District, Case No. A167249. The appeal was apparently recently dismissed for failing to file the opening brief, resulting from a

calendaring error on the part of counsel. Counsel will seek to reinstate the appeal forthwith.

24. I believe that I am in substantial compliance with my obligations as a DIP at this time. Any final missing documents (final closing bank statements; adding UST for additional notice to insurance policies) will be submitted to the UST forthwith.

25. I will timely file my initial MOR, which is due June 21, 2024.

26. I attended the IDI with the UST on May 30, 2024; the Meeting of Creditors is scheduled for June 10, 2024.

27. I have not yet made any postpetition payments to taxing authorities, as no deadlines have arisen in the ordinary course.

28. Each of the mortgage holders on my rental properties hold assignment of rents clauses. I will attempt to work out consensual use of rents with PNC, Franklin Funding and Mr. Cooper (each loan is current) and will file motions for authorization to use cash collateral, or motions to approve agreements to use cash collateral. All rents will be segregated and remain untouched until I have authorization to use them.

29. Within my plan of reorganization, I will seek to assume each of the prepetition tenant leases that will still exist at that time.

30. I will timely seek to assume the unexpired nonresidential real property lease for the location where Moheb DMD Inc. operated from, 1844 San Miguel Dr., Walnut Creek, pursuant to 11 U.S.C. §365.

31. At this time, I do not expect to sell any estate assets.

///
///
///
///
///
///

32. I expect to file my disclosure statement and Chapter 11 plan of reorganization within 120-days, or by any deadline imposed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June___, 2024, at _____, California.

By:    SEE NEXT PAGE
       ALIREZA MOHEB
        *Declarant*

32. I expect to file my disclosure statement and Chapter 11 plan of reorganization within 120-days, or by any deadline imposed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 6, 2024, at Walnut Creek, California.

By: _____
ALIREZA MOHEB
*Declarant*