ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYRN 4325163)
Chief, Civil Division

AUDREY PAK (CABN 299991)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-6748
    Audrey.Pak@usdoj.gov

Attorneys for U.S. Small Business Administration

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Alireza Moheb,<br><br>        Debtor. | Chapter 13<br><br>Case No. 24-BK-40713-CN<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES IN INTEREST:

      PLEASE TAKE NOTICE THAT Audrey Pak, Assistant United States Attorney, requests that the Clerk enter her appearance as attorney of record for secured creditor U.S. Small Business Administration, an independent federal agency of the federal government. Please direct all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings to counsel of record at the address, telephone number and email address listed below.

    Audrey Pak
    Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    FAX: (415) 436-6748

Notice of Appearance
24-BK-40713-CN
1
Case: 24-40713   Doc# 26   Filed: 06/11/24   Entered: 06/11/24 15:03:06   Page 1 of 2

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated: June 10, 2024 | | By: | /s/ Audrey Pak<br>Audrey Pak<br>Assistant United States Attorney<br>Attorneys for U.S. Small Business Administration |