**United States Bankruptcy Court**
**Northern District of California**

| | | |
|---|---|---|
| In re    Alireza Moheb | Case No. | 24-40713 |
| Debtor(s) | Chapter | 11 |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
AMENDED SCHEDULES A/B, D, E/F, G, AMENDED CREDITOR MATRIX AND STATEMENT OF FINANCIAL AFFAIRS.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:AMENDED CREDITOR MATRIX

Date:   June 14, 2024

/s/ Matthew D. Resnik
Matthew D. Resnik
Attorney for Debtor(s)
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax:(818) 855-7013
matt@rhmfirm.com

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Alireza Moheb | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 24-40713 | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

831 Acalanes Road
Street address, if available, or other description

Lafayette                CA        94596-0000
City                     State     ZIP Code

Contra Costa
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Residence - Debtor intends to make this his personal residence postpetition; APN 251-140-023-2.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,465,700.00 | $2,465,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

---

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 2 of 43

**1.2**   If you own or have more than one, list here:

155 Sharene Lane, #116
Street address, if available, or other description

Walnut Creek          CA      94596-0000
City                  State   ZIP Code

Contra Costa
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Rental - Tenant pays $2,550 monthly rent; lease ends 1/31/2025; APN 178-470-100-3.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $447,000.00 | $447,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

---

**1.3**   If you own or have more than one, list here:

7007 Arthur Street
Street address, if available, or other description

Oakland               CA      94605-0000
City                  State   ZIP Code

Alameda
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Rental - Tenant pays $4,850 monthly rent; lease ends 1/31/2025; APN 39-3305-12.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $593,000.00 | $593,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 3 of 43

**1.4** If you own or have more than one, list here:

7157 E. Rancho Vista Drive, Unit 1004
Street address, if available, or other description

Scottsdale    AZ    85251-0000
City      State      ZIP Code

Maricopa
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [x] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Rental - Tenant pays $4,000 monthly rent; lease ends 6/14/2024; Debtor is in process of employing Real Estate agent to lease property; APN 173-33-693.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $780,000.00

**Current value of the portion you own?** $780,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

- [ ] Check if this is community property (see instructions)

---

**1.5** If you own or have more than one, list here:

362 Richardson Way
Street address, if available, or other description

Mill Valley    CA    94941-0000
City      State      ZIP Code

Marin
County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Debtor has 50% interest with Moheb Family Trust (parents) 50% in property; Debtor is on title only, not on the loan. Property is secured by a Chase mortgage of $440,000. Property is currently listed for lease. APN 049-161-26.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $1,000,000.00

**Current value of the portion you own?** $500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenant-in-common

- [ ] Check if this is community property (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>    $4,785,700.00

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | Toyota | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|

3.1  Make:    Toyota
     Model:   4Runner
     Year:    2004
     Approximate mileage:  117,000
     Other information:

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Current value of the entire property?    $4,081.00
Current value of the portion you own?    $4,081.00

3.2  Make:    Land Rover
     Model:   Defender 90
     Year:    1994
     Approximate mileage:  40,000
     Other information:

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Current value of the entire property?    $35,000.00
Current value of the portion you own?    $35,000.00

3.3  Make:    BMW
     Model:   9Net
     Year:    2017
     Approximate mileage:  10,000
     Other information:  Motorcycle

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Current value of the entire property?    $5,000.00
Current value of the portion you own?    $5,000.00

3.4  Make:    Ducati
     Model:   Diavel
     Year:    2022
     Approximate mileage:  4,000
     Other information:  Bought as salvaged title

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Current value of the entire property?    $5,000.00
Current value of the portion you own?    $5,000.00

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>    $49,081.00

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | Misc. household goods and furnishings | $7,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | 2 televisions, stero system, laptop, desktop, iPhone, iPad and misc. electronics | $6,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | Books, pictures and art | $800.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | Elliptical machine | $300.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Misc. wearing apparel | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Sports watch | $50.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 6 of 43

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................................................

$15,150.00

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes...........................................................................................................

Cash on hand    $100.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................    Institution name:

| 17.1. | Checking account | First Republic Bank | $27,750.00 |
| 17.2. | Checking account | Chase - account ending in 0783 | $125.00 |
| 17.3. | Checking account | Chase - Joint account with dad (account ending in 1508) | $418.21 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
■ Yes..................    Institution or issuer name:

E*Trade Morgan Stanely - joint account with Debtor's dad    $4,834.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................
        Name of entity:                          % of ownership:

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 7 of 43

Media DDS, LLC - entity was created on August 19, 2010 as a real estate investment company. Standalone building at 1716 Broadway, Oakland, CA 94612 was forclosed on November 29, 2023 by Homestreet Bank. Office building at 2501 Nut Tree Road, Vacaville, CA 95687 was forclosed on June 7, 2022 by Homestreet Bank. First Republic checking account has approx. $49,912 and these funds will be deposited into the DIP general account once opened; entity has no other assets. Media DDS, LLC transferred its assets and assigned its debts to Debtor prepetition, in May of 2024.

| | 100% | % | | $0.00 |

Moheb DMD Inc. - dental equipment value is approx. $35,000; First Republic bank account ending in 0049 has approx. $27,669 and account ending in 7360 approx $30,886, and these funds will be deposited into the DIP general account once opened; entity has no other assets.  Moheb DMD Inc. transferred its assets and assigned its debts to Debtor prepetition, in May of 2024.

| | 100% | % | | $0.00 |

Doctor Realty LLC was created on September 12, 2007 as a real estate investment company. Medical office building at 935 Trancas Street, Napa, CA 94558 was forclosed on by Homestreet Bank. Office building at 4805 W. Thomas Road, Phoenix, AZ 85031 was forclosed on  9/16/2020 by Homestreet Bank.  Doctor Realty LLC transferred its assets and assigned its debts to Debtor prepetition, in May of 2024.

| | 100% | % | | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
          Type of account:        Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ■ Yes.  Give specific information about them...

   | | |
   |---|---|
   | Patent No. US11,653,838 B2 - Date: 5/23/2023 -Systems for detecting and measuring certain dental defects and/or existing restorations, such as lesions which may or may not invade interproximal areas, using a neural network is disclosed. In some embodiments, a patient's health conditions and certain dental conditions such as crowding, presence of implants, gum disease, etc. are also considered by an automated system to classify the dental health of a patient into one or more risk classes. The system then suggests appropriate remedial measures and an appropriate maintenance program for that patient to keep therapy within guidelines of proven standard of care, leading the way to reduce tooth loss in population. | $0.00 |

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Three Guardian Term Life Insurance policies - insured is Alireza Moheb and assignee is Silvergate Bank (now Homestreet Bank) | Ahmad Moheb and Mitra Moheb | $0.00 |

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 9 of 43

| | | |
|---|---|---|
| Guardian Term Life Insurance policy | Ahmad Moheb and Mitra Moheb | $0.00 |
| Guardian Individual Disability insurance | Alireza Moheb | $0.00 |
| Guardian Individual Disability Overhead Expense - owner is Alireza Moheb and Collateral Assignee is Silvergate Bank | | $0.00 |
| Guardian Individual Disabilitiy insurance | Alireza Moheb | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☑ Yes.  Describe each claim.........

| | | |
|---|---|---|
| | Disabilitiy insurance  - Debtor's disability insurance claim was denied and Debtor is allowed to appeal due to updated information. | $0.00 |
| | All claims for wrongful foreclosure and related theories of liability against Homestreet Bank arising out of the foreclosures on the properties at 1716 Broadway, Oakland, CA 94612,  2501 Nut Tree Road, Vacaville, CA 95687, 935 Trancas Street, Napa, CA 94558 and 4805 W. Thomas Road, Phoenix, AZ 85031. Case No. FCS055596. | $0.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

$33,227.21

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 10 of 43

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---------|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---------|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ....................................         $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---------|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................... | | $4,785,700.00 |
| 56. | **Part 2: Total vehicles, line 5** | $49,081.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $15,150.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $33,227.21 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $97,458.21 | Copy personal property total ▸ $97,458.21 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $4,883,158.21 |

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 11 of 43

| | |
|---|---|
| Debtor 1 | Alireza Moheb |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | 24-40713 |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

| 2.1 | Alameda County Property Taxes | | | |
|---|---|---|---|---|

**Creditor's Name**

**Describe the property that secures the claim:**    $0.00    $0.00    $0.00

Notice only; taxes are current
7007 Arthur Street, Oakland, CA

1221 Oak Street, #131
Oakland, CA 94612

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Property Taxes

**Date debt was incurred** _____     **Last 4 digits of account number** _____

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 12 of 43

---

**2.2**   Contra Costa County Tax Collector

Creditor's Name

625 Court St #100
Martinez, CA 94553

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**   $0.00   $0.00   $0.00

> Notice only; taxes are current
> 831 Acalanes Road, Lafayette, CA and 155 Sharlene Lane, #116, Walnut Creek, CA

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Property Taxes

**Last 4 digits of account number** _____

---

**2.3**   Franklin Funding Corp.

Creditor's Name

352 Pheasant Run Drive
Danville, CA 94506

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   September 2015

**Describe the property that secures the claim:**   $250,000.00   $593,000.00   $0.00

> 7007 Arthur Street Oakland, CA 94605; loan is current

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   First Mortgage

**Last 4 digits of account number** _____

---

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 13 of 43

| Debtor 1 | Alireza Moheb | | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | Homestreet Bank | | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

c/o Allen Matkins Leck
Gamble Mallory
& Natsis LLP
865 S. Figueroa St., Ste.
2800
Los Angeles, CA
90017-2543

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Judgment entered 12/20/2022 -
$3,069,563.28.
Homestreet Bank vs. Alireza Moheb,
Moheb DMD, Inc., Media DDS LLC;
Case No. RG20066154. Homestreet
has foreclosed on the bulk of the
assets of these entities/parties.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

| 2.5 | Maricopa County Treasurer | | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

301 W Jefferson St #100
Phoenix, AZ 85003

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Notice only; taxes are current
7157 E. Rancho Vista Drive., Unit
1004, Scottsdale, AZ

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Property Taxes

Date debt was incurred _____  Last 4 digits of account number _____

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 14 of 43

| Debtor 1 | Alireza | | Moheb | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.6 | Mr. Cooper | | | | $308,331.00 | $780,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

**Creditor's Name**

United Wholesale
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

7157 E. Rancho Vista Drive, Unit 1004
Scottsdale, AZ 85251; loan is current

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage

**Date debt was incurred**    Opened 05/08  Last Active 3/15/24    **Last 4 digits of account number**    5813

| 2.7 | Optima Camelview Village Condo | | | | $2,261.03 | $780,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

**Creditor's Name**

P.O. Box 62465
Phoenix, AZ 85082-2465

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

7157 E. Rancho Vista Drive, Unit 1004
Scottsdale, AZ 85251

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Homeowner's Association

**Date debt was incurred**    **Last 4 digits of account number**    4729

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 15 of 43

| 2.8 | Pearson Dental Supplies, Inc. | Describe the property that secures the claim: | $117,165.65 | $0.00 | $117,165.65 |
|---|---|---|---|---|---|

Creditor's Name

dba Pearson Dental Supply Company
c/o Law Office of Jeffrey E. Wulkun
19528 Ventura Blvd., Ste. 352
Tarzana, CA 91356-2917

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Abstract of Judgment - Pearson Dental Supplies, Inc vs  Moheb, DMD, Inc dba Unlimited Smiles
Case No. 21CHCV00132

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.9 | Platinum Resolution Services, Inc. | Describe the property that secures the claim: | $10,447.29 | $447,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

P.O. Box 576766
Modesto, CA 95357

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

155 Sharene Lane, #116 Walnut Creek, CA 94596

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Homeowner's Association

Date debt was incurred   2023     Last 4 digits of account number    oHOA

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 16 of 43

**2.10**

**PNC Mortgage**
Creditor's Name

Attn: Bankruptcy
8177 Washington Church Rd,
Dayton, OH 45458
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**     $125,816.00     $447,000.00     $0.00

155 Sharene Lane, #116 Walnut Creek, CA 94596; loan is current

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    First Mortgage

Date debt was incurred    Opened 01/05   Last Active 4/02/24      **Last 4 digits of account number**    4913

---

**2.11**

**Select Portfolio Servicing, Inc**
Creditor's Name

Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**     $843,894.00     $2,465,700.00     $0.00

831 Acalanes Road Lafayette, CA 94596; loan is current

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    First Mortgage

Date debt was incurred    Opened 11/06   Last Active 04/24      **Last 4 digits of account number**    3108

| Debtor 1 | Alireza Moheb | | Case number (if known) | 24-40713 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.1 2 | U.S. Small Business Admin. | Describe the property that secures the claim: | $388,900.00 | $0.00 | $388,900.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

| EIDL loan for Media DDS, LLC Debtor is guarantor |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    UCC filed 6/28/2020

| Date debt was incurred | 6/16/2020 & 2/5/2022 | Last 4 digits of account number | 7905 |
|---|---|---|---|

| 2.1 3 | U.S. Small Business Admin. | Describe the property that secures the claim: | $498,900.00 | $0.00 | $498,900.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

| PPP Loan for Moheb DMD Inc. Debtor is guarantor |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

| Date debt was incurred | 5/8/2020 | Last 4 digits of account number | 7406 |
|---|---|---|---|

| 2.1 4 | U.S. Small Business Admin. | Describe the property that secures the claim: | $484,261.00 | $0.00 | $484,261.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

| PPP Loan for Moheb DMD Inc. Debtor is guarantor |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

| Date debt was incurred | 2/14/2021 | Last 4 digits of account number | 8404 |
|---|---|---|---|

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 18 of 43

| Debtor 1 | Alireza Moheb | | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.15 | U.S. Small Business Admin. | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    2021

Describe the property that secures the claim:

SBA loan for Moheb, DMD Inc.

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    7802

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,029,975.97 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,029,975.97 |

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
Greenwood Condominum HOA
6088 Sunol Blvd #100
Pleasanton, CA 94566

On which line in Part 1 did you enter the creditor?    2.9

Last 4 digits of account number    t116

[ ]    Name, Number, Street, City, State & Zip Code
Homestreet Bank Corp
601 Union Street, Ste 2000
Seattle, WA 98101

On which line in Part 1 did you enter the creditor?    2.4

Last 4 digits of account number    ___

[ ]    Name, Number, Street, City, State & Zip Code
Pearson Dental Supplies, Inc.
dba Pearson Dental Supply Company
13161 Telfair Ave
Sylmar, CA 91342

On which line in Part 1 did you enter the creditor?    2.8

Last 4 digits of account number    ___

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 19 of 43

**Fill in this information to identify your case:**

Debtor 1     Alireza Moheb
             First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number   24-40713
(if known)

■ Check if this is an
  amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**
     ☐ No. Go to Part 2.
     ■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

     (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Franchise Tax Board | Last 4 digits of account number ____ ____ ____ ____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
Bankruptcy Section MS: A340
P.O. Box 2952
Sacramento, CA 95812-2952
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

28141
Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 20 of 43

| 2.2 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $14,811.83 | Unknown | Unknown |

**Priority Creditor's Name**
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|--|--|--|--|
| 4.1 | Ahmad Moheb | Last 4 digits of account number ___ ___ ___ ___ | $400,000.00 |

**Nonpriority Creditor's Name**
290 Moraga Way
Orinda, CA 94563
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Loan

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 21 of 43

| 4.2 | AirGas | Last 4 digits of account number | 4053 | $15,012.55 |

Nonpriority Creditor's Name
PO Box 102289
Pasadena, CA 91189-2289
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Alireza Moheb DMD; helium rental

---

| 4.3 | Amex | Last 4 digits of account number | 6203 | $0.00 |

Nonpriority Creditor's Name
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   Opened 08/09   Last Active 2/12/21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice only

---

| 4.4 | ARM Solutions | Last 4 digits of account number | 5731 | $2,027.04 |

Nonpriority Creditor's Name
P.O. Box 2929
Camarillo, CA 93011-3666
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Moheb DMD dba Unlimited Smiles

---

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 22 of 43

| 4.5 | Bank of America | Last 4 digits of account number | 9275 | $3,948.00 |

Nonpriority Creditor's Name
Business Card
P O Box 15796
Wilmington, DE 19886-5796
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card debt of Moheb DMD Inc

---

| 4.6 | Department of Labor | Last 4 digits of account number | 7194 | $7,500.00 |

Nonpriority Creditor's Name
Breann Prien
2031 Howe Ave Suite 100
Sacramento, CA 95825
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim for Moheb DMD

---

| 4.7 | Health Resources & Services Admin | Last 4 digits of account number | 536 | $987,227.93 |

Nonpriority Creditor's Name
5600 Fishers Lane
Rockville, MD 20857
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Moheb DMD Inc.

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 23 of 43

| 4.8 | Key Bank N.A. | Last 4 digits of account number    0002 | $6,770.00 |

**Nonpriority Creditor's Name**
Attn: Bankruptcy
Oh-01-51-0622 4910 Tiedeman Rd
Brooklyn, OH 44144
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 05/99  Last Active 02/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

---

| 4.9 | Key Bank N.A. | Last 4 digits of account number    0001 | $6,153.00 |

**Nonpriority Creditor's Name**
Attn: Bankruptcy
Oh-01-51-0622 4910 Tiedeman Rd
Brooklyn, OH 44144
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 11/98  Last Active 02/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

---

| 4.10 | Law Offices of Jason W. Estavillo, PC | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
1330 Broadway, Suite 501
Oakland, CA 94612
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Legal services

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 24 of 43

**4.1**
**1**   Light Speed Staffing Solutions

Nonpriority Creditor's Name
dba Mayday Dental Staffing
165 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,271.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Judgment - Light Speed Staffing Solutions dba Mayday Dental Staffing vs Alireza Moheb Case No. MSC18-0020

---

**4.1**
**2**   Maria Lombera

Nonpriority Creditor's Name
c/o The Goldman Law Firm
55 Main Street
Penns Creek, PA 17862-8940
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2894    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice only; insurance covered the claim.

---

**4.1**
**3**   Morello Accounting Group, et al

Nonpriority Creditor's Name
c/o Law Office of Steven A. Booska
P.O. Box 2169
Oakland, CA 94621
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice only

---

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 25 of 43

| 4.1 4 | Murphy, Pearson, Bradley & Feeney, APC | Last 4 digits of account number | 2221 | $24,369.12 |

**Murphy, Pearson, Bradley & Feeney, APC**
Nonpriority Creditor's Name
Attorneys at Law
580 California St., 11th FL
San Francisco, CA 94104
Number Street City State Zip Code

**Last 4 digits of account number** 2221

**When was the debt incurred?** 2022

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Legal Services

---

| 4.1 5 | Nelnet | Last 4 digits of account number | 9124 | $96,706.00 |

**Nelnet**
Nonpriority Creditor's Name
Attn: Claims
Po Box 82505
Lincoln, NE 68501
Number Street City State Zip Code

**Last 4 digits of account number** 9124

**When was the debt incurred?** Opened 08/04  Last Active 05/23

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

---

| 4.1 6 | Nelnet | Last 4 digits of account number | 9024 | $26,762.00 |

**Nelnet**
Nonpriority Creditor's Name
Attn: Claims
Po Box 82505
Lincoln, NE 68501
Number Street City State Zip Code

**Last 4 digits of account number** 9024

**When was the debt incurred?** Opened 08/04  Last Active 05/23

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 26 of 43

**4.17**

Quadient Leasing USA, Inc.
Nonpriority Creditor's Name
Dept 3682
P.O. Box 123682
Dallas, TX 75312-3682
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    1771                                    $619.76

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.18**

Richard Antognini
Nonpriority Creditor's Name
Law Office of Richard L. Atognini
2485 Notre Dame Blvd., Suite 370 #45
Chico, CA 95928-7167
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    _____                              $70,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Legal services

---

**4.19**

SmartStop Storage
Nonpriority Creditor's Name
1597 Market St
Concord, CA 94520
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    1664                                  $1,434.05

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Storage Units for Moheb DMD Inc. Unit No. 312, 329, 362,

| Debtor 1 | Alireza Moheb | Case number (if known) | 24-40713 |
|---|---|---|---|

**4.20**

| Stuart Bestland | Last 4 digits of account number | | $3,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
2573 Oakridge Court E.
Maplewood, MN 55119
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Judgment; Small Claims No. CC2022196875SC

---

**4.21**

| T mobile | Last 4 digits of account number | 6448 | $529.45 |
|---|---|---|---|

Nonpriority Creditor's Name
POB 629025
El Dorado Hills, CA 95762
Number Street City State Zip Code

**When was the debt incurred?**  2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Moheb DMD T Mobile Account

---

**4.22**

| Thomas Lile | Last 4 digits of account number | | $8,050.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Law Offices of James R. Morgan
1511 Treat Blvd., Suite 600
Walnut Creek, CA 94598
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Judgment - Thomas Lile vs. Unlimited Smiles, LLC: Alireza Moheb, DMD et al. Case No. C22-01053; Landlord 1844 San Miguel Dr., Walnut Creek

---

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 28 of 43

**4.23**

U.S. Bank National Association
Nonpriority Creditor's Name
dba U.S. Bank Equipment Finance
c/o Barbara Gross, Esq.
420 Spruce St., Ste. B
San Diego, CA 92103
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Judgment for Moheb,DMD, Inc. - Case No. MSC21-00448

---

**4.24**

Utility Self Reported
Nonpriority Creditor's Name
Po Box 4500
Allen, TX 75013
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 6EF6    $488.00

**When was the debt incurred?** Last Active 12/26/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Agriculture Chkg/Pacific Gas and Electric

---

**4.25**

Utility Self Reported
Nonpriority Creditor's Name
Po Box 4500
Allen, TX 75013
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 50C9    $210.00

**When was the debt incurred?** Last Active 12/01/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Agriculture Chkg/EBMUD

---

| 4.2 6 | | |
|---|---|---|

**Wendel Rosen LLP**
Nonpriority Creditor's Name
1111 Broadway, 24th Fl
Oakland, CA 94607
Number Street City State Zip Code

**Last 4 digits of account number** _____          $136,543.35

**When was the debt incurred?** 2021

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Legal services
Moheb, Alireza D.D.S. - Adv. Homestreet Bank

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Light Speed Staffing Solutions
dba Mayday Dental Staffing
1216 Arkell Road
Walnut Creek, CA 94598

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.11 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Maria Lombera
430 6th Ave
Menlo Park, CA 94025

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.12 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Thomas Lile
c/o Ridgecrest Professional Offices
435 Legacy Drive
Alamo, CA 94507

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
U.S. Bank National Assoc.
dba U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.23 of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 14,811.83 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 14,811.83 |

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 30 of 43

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $                136,391.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                       0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                       0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $             1,663,730.49 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $             1,800,121.49 |

**Fill in this information to identify your case:**

Debtor 1    Alireza Moheb
       First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    24-40713
(if known)

■ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Ernest and Mary Childcare and<br>Little Birds Family Daycare<br>7007 Arthur Street<br>Oakland, CA 94605 | Lease at 7007 Arthur Street, Oakland; lease ends 1/31/2025 |
| 2.2   Gregory James Caffrey<br>7157 East Rancho Vista Drive, #1004<br>Scottsdale, AZ 85251 | Lease at 7157 East Rancho Vista Drive, #1004, Scottsdale, AZ; lease ends 6/14/2024 |
| 2.3   Ridgecrest Professional Offices, LTD | Lease at 1844 San Miguel Drive, Walnut Creek, CA |
| 2.4   SmartStop Storage<br>1597 Market Street<br>Concord, CA 94520 | Storage units #312, 329 and 362 |
| 2.5   St. Mary and St. Mina Coptic Orthodox<br>Church of Concord, Ezzat M. R. Ibrahim<br>155 Sharene Ln, #116<br>Walnut Creek, CA 94596 | Residenal Lease at 155 Sharene Ln, #116, Walnut Creek, CA; lease ends 1/31/2025 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Alireza Moheb |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 24-40713 |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 15 Sharene Lane, #116 Walnut Creek, CA 94596 | From-To: January 2021 - October 2022 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 290 Moraga Way Orinda, CA 94563 | From-To: October 2023 - May 2024 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 33 of 43

## Part 2    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:**   Rental income | $43,600.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
     ☐ No.    Go to line 7.
     ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☑ No.    Go to line 7.
     ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 34 of 43

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
|  |  |  |  |  |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Maria Alma Lombera vs. Alireza Moheb, D.D.S. RG17862894 |  | Superior Court of California County of Alameda 1225 Fallon Street Oakland, CA 94612 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Full satisfaction of judgment |
| Media DDS LLC v Homestreet Bank; American Titiel Inusrance Co and Does 1-20 FCS055596 | Wrongful foreclosure | Superior Court County of Solano | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Homestreet Bank Corp 601 Union Street, Ste 2000 Seattle, WA 98101 | 1716 Broadway, Oakland, CA 94612<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | Sold at public auction on 11/29/2023 for $2,025,881 | $0.00 |

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 35 of 43

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Homestreet Bank Corp<br>601 Union Street, Ste 2000<br>Seattle, WA 98101 | 2501 Nut Tree Road, Vacaville, CA 95687<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | Sold at public auction on 6/7/2022 for $993, 941 | $0.00 |
| Homestreet Bank Corp<br>601 Union Street, Ste 2000<br>Seattle, WA 98101 | 935 Trancas Street, Napa, CA 94558<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Homestreet Bank Corp<br>601 Union Street, Ste 2000<br>Seattle, WA 98101 | 4805 W. Thomas Road, Phoenix, AZ 85031<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | Sold at public auction on 9/16/2020 for $305,100 | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   - ■ No
   - ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   - ■ No
   - ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Case: 24-40713   Doc# 31   Filed: 06/14/24   Entered: 06/14/24 13:53:21   Page 36 of 43

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| RHM LAW LLP<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>matt@rhmfirm.com | Attorney Fees and filing fee | 1/25/2024 and 5/13/2024 | $44,238.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 37 of 43

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Bank of America | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Bank of America closed account around January 2, 2024 | $3,000.00 |
| Bank of America | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Approx. December 18, 2024 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| SmartStop Storage<br>1597 Market St<br>Concord, CA | Alireza Moheb | Patient files and old backup equipment for Moheb DMD, Inc. | ☐ No<br>☑ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 38 of 43

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ **No. None of the above applies.  Go to Part 12.**

   ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| Moheb DMD Inc. | Dental office | **EIN:**  26-2180536<br>**From-To**  9/12/2007 - present |
| Doctor Realty LLC | Real Estate | **EIN:**  26-1901836<br>**From-To** |
| Media DDS, LLC | Real Estate | **EIN:**  26-1901836<br>**From-To**  8/19/2010 - present |

Case: 24-40713    Doc# 31    Filed: 06/14/24    Entered: 06/14/24 13:53:21    Page 39 of 43

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

▪ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
| --- | --- |
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
Alireza Moheb                                                    Signature of Debtor 2
**Signature of Debtor 1**

Date    June 14, 2024 _____          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
▪ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
▪ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 501
Oakland, CA 94612


Murphy, Pearson, Bradley & Feeney, APC
Attorneys at Law
580 California St., 11th FL
San Francisco, CA 94104


Wendel Rosen LLP
1111 Broadway, 24th FL
Oakland, CA 94607


SmartStop Storage
1597 Market St
Concord, CA 94520

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): AMENDED SCHEDULES A/B, D, E/F, G, STATEMENT OF FINANCIAL AFFAIRS AND CREDITOR MATRIX

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/14/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __06/14/2024_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

SEE ATTACHED

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/14/2024 | Rosario Zubia | /s/ Rosario Zubia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**</u>:

- **Christopher M. McDermott**     ecfcanb@aldridgepite.com,
  CMM@ecf.inforuptcy.com
- **Roksana Daria Moradi-Brovia**     Roksana@rhmfirm.com
- **Office of the U.S. Trustee/Oak**     USTPRegion17.OA.ECF@usdoj.gov
- **Audrey Pak**     audrey.pak@usdoj.gov
- **Matthew D. Pham**     mpham@allenmatkins.com, marias@hahnlawyers.com
- **Matthew Resnik**     matt@rhmfirm.com, Roksana@rhmfirm.com
- **Phillip John Shine**     phillip.shine@usdoj.gov
- **Jennifer C. Wong**     bknotice@mccarthyholthus.com,
  jwong@ecf.courtdrive.com
- **David R. Zaro**     dzaro@allenmatkins.com, mdiaz@allenmatkins.com


2. <u>**SERVED BY UNITED STATES MAIL [CONTINUED]**</u>:


Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 501
Oakland, CA 94612

Murphy, Pearson, Bradley & Feeney, APC
Attorneys at Law
580 California St., 11th FL
San Francisco, CA 94104

Wendel Rosen LLP
1111 Broadway, 24th FL
Oakland, CA 94607

SmartStop Storage
1597 Market St
Concord, CA 94520