# United States Bankruptcy Court
## Northern District of California

In re   Alireza Moheb            Case No.    24-40713

           Debtor(s)         Chapter    11

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
AMENDED SCHEDULES D, E/F AND AMENDED CREDITOR MATRIX

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:AMENDED CREDITOR MATRIX

Date:    June 25, 2024

/s/ Matthew D. Resnik
Matthew D. Resnik
Attorney for Debtor(s)
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax:(818) 855-7013
matt@rhmfirm.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Alireza Moheb |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | 24-40713 |
| (if known) | |

■ Check if this is an amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**   Alameda County Property Taxes

Creditor's Name

| | | |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

**Describe the property that secures the claim:**

Notice only; taxes are current
7007 Arthur Street, Oakland, CA

1221 Oak Street, #131
Oakland, CA 94612

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Property Taxes

**Date debt was incurred** _____      **Last 4 digits of account number** _____

Case: 24-40713    Doc# 34    Filed: 06/25/24    Entered: 06/25/24 10:06:07    Page 2 of 23

| 2.2 | Contra Costa County Tax Collector | | $0.00 | $0.00 | $0.00 |

**Creditor's Name**

**Describe the property that secures the claim:**

Notice only; taxes are current
831 Acalanes Road, Lafayette, CA and
155 Sharlene Lane, #116, Walnut
Creek, CA

625 Court St #100
Martinez, CA 94553

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Property Taxes

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 | Franklin Funding Corp. | | $250,000.00 | $593,000.00 | $0.00 |

**Creditor's Name**

**Describe the property that secures the claim:**

7007 Arthur Street Oakland, CA
94605; loan is current

352 Pheasant Run Drive
Danville, CA 94506

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   First Mortgage

**Date debt was incurred** September 2015   **Last 4 digits of account number** _____

| Debtor 1 | Alireza Moheb | | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | Homestreet Bank | | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

c/o Allen Matkins Leck
Gamble Mallory
& Natsis LLP
865 S. Figueroa St., Ste.
2800
Los Angeles, CA
90017-2543

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Judgment entered 12/20/2022 -
$3,069,563.28.
Homestreet Bank vs. Alireza Moheb,
Moheb DMD, Inc., Media DDS LLC;
Case No. RG20066154. Homestreet
has foreclosed on the bulk of the
assets of these entities/parties.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.5 | Maricopa County Treasurer | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

301 W Jefferson St #100
Phoenix, AZ 85003

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Notice only; taxes are current
7157 E. Rancho Vista Drive., Unit
1004, Scottsdale, AZ

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     Property Taxes

Date debt was incurred _____     Last 4 digits of account number _____

Case: 24-40713    Doc# 34    Filed: 06/25/24    Entered: 06/25/24 10:06:07    Page 4 of 23

First Name     Middle Name     Last Name

| 2.6 | Mr. Cooper | | $308,331.00 | $780,000.00 | $0.00 |

**Creditor's Name**

United Wholesale
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

7157 E. Rancho Vista Drive, Unit 1004
Scottsdale, AZ 85251; loan is current

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    First Mortgage

**Date debt was incurred**    Opened 05/08  Last Active 3/15/24

**Last 4 digits of account number**    5813

---

| 2.7 | Optima Camelview Village Condo | | $2,261.03 | $780,000.00 | $0.00 |

**Creditor's Name**

P.O. Box 62465
Phoenix, AZ 85082-2465

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

7157 E. Rancho Vista Drive, Unit 1004
Scottsdale, AZ 85251

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Homeowner's Association

**Date debt was incurred**      **Last 4 digits of account number**    4729

| 2.8 | Pearson Dental Supplies, Inc. | $117,165.65 | $0.00 | $117,165.65 |

Creditor's Name

c/o Marshall Goldberg
Glass & Goldberg, A Law
Corporation
22917 Burbank Blvd.
Woodland Hills, CA
91367-4203

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Abstract of Judgment - Pearson Dental
Supplies, Inc vs  Moheb, DMD, Inc dba
Unlimited Smiles
Case No. 21CHCV00132

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.9 | Platinum Resolution Services, Inc. | $10,447.29 | $447,000.00 | $0.00 |

Creditor's Name

P.O. Box 576766
Modesto, CA 95357

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

155 Sharene Lane, #116 Walnut
Creek, CA 94596

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Homeowner's Association

Date debt was incurred   2023   Last 4 digits of account number   oHOA

| Debtor 1 | Alireza Moheb | | Case number (if known) | 24-40713 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.10 | PNC Mortgage | Describe the property that secures the claim: | $125,816.00 | $447,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Attn: Bankruptcy
8177 Washington Church Rd,
Dayton, OH 45458

Number, Street, City, State & Zip Code

155 Sharene Lane, #116 Walnut Creek, CA 94596; loan is current

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage

| Date debt was incurred | Opened 01/05  Last Active 4/02/24 | Last 4 digits of account number | 4913 |
|---|---|---|---|

| 2.11 | Select Portfolio Servicing, Inc | Describe the property that secures the claim: | $843,894.00 | $2,465,700.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Number, Street, City, State & Zip Code

831 Acalanes Road Lafayette, CA 94596; loan is current

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage

| Date debt was incurred | Opened 11/06  Last Active 04/24 | Last 4 digits of account number | 3108 |
|---|---|---|---|

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 10:06:07   Page 7 of 23

| Debtor 1 | Alireza Moheb | | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 2 | U.S. Small Business Admin. | Describe the property that secures the claim: | $388,900.00 | $0.00 | $388,900.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> EIDL loan for Media DDS, LLC
> Debtor is guarantor

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  UCC filed 6/28/2020

**Date debt was incurred** 6/16/2020 & 2/5/2022    **Last 4 digits of account number** 7905

---

| 2.1 3 | U.S. Small Business Admin. | Describe the property that secures the claim: | $498,900.00 | $0.00 | $498,900.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> PPP Loan for Moheb DMD Inc.
> Debtor is guarantor

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 5/8/2020    **Last 4 digits of account number** 7406

---

| 2.1 4 | U.S. Small Business Admin. | Describe the property that secures the claim: | $484,261.00 | $0.00 | $484,261.00 |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> PPP Loan for Moheb DMD Inc.
> Debtor is guarantor

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 2/14/2021    **Last 4 digits of account number** 8404

Case: 24-40713    Doc# 34    Filed: 06/25/24    Entered: 06/25/24 10:06:07    Page 8 of 23

| Debtor 1 | Alireza Moheb | | | Case number (if known) | 24-40713 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.15 | U.S. Small Business Admin. | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

312 N. Spring Street, 5th FL
Los Angeles, CA 90012

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

SBA loan for Moheb, DMD Inc.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   2021          Last 4 digits of account number   7802

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,029,975.97 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,029,975.97 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]   Name, Number, Street, City, State & Zip Code
Greenwood Condominum HOA
6088 Sunol Blvd #100
Pleasanton, CA 94566

On which line in Part 1 did you enter the creditor?   2.9

Last 4 digits of account number   t116

[  ]   Name, Number, Street, City, State & Zip Code
Homestreet Bank Corp
601 Union Street, Ste 2000
Seattle, WA 98101

On which line in Part 1 did you enter the creditor?   2.4

Last 4 digits of account number   ___

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 10:06:07   Page 9 of 23

**Fill in this information to identify your case:**

Debtor 1    Alireza Moheb
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    24-40713
(if known)    _____

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Franchise Tax Board | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Bankruptcy Section MS: A340
P.O. Box 2952
Sacramento, CA 95812-2952
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

28141

Case: 24-40713    Doc# 34    Filed: 06/25/24    Entered: 06/25/24 10:06:07    Page 10 of 23

| 2.2 | Internal Revenue Service | Last 4 digits of account number ____  ____  ____  ____ | $14,811.83 | Unknown | Unknown |

**Priority Creditor's Name**
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | **Total claim** |
|---|---|---|---|
| 4.1 | Ahmad Moheb | Last 4 digits of account number ____  ____  ____  ____ | $400,000.00 |

Nonpriority Creditor's Name
290 Moraga Way
Orinda, CA 94563
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Loan _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 10:06:07   Page 11 of 23

| 4.2 | AirGas |
|---|---|

**Nonpriority Creditor's Name**
PO Box 102289
Pasadena, CA 91189-2289
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    4053                    $15,012.55

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Alireza Moheb DMD; helium rental

---

| 4.3 | Amex |
|---|---|

**Nonpriority Creditor's Name**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    6203                    $0.00

**When was the debt incurred?**    Opened 08/09  Last Active 2/12/21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice only

---

| 4.4 | ARM Solutions |
|---|---|

**Nonpriority Creditor's Name**
P.O. Box 2929
Camarillo, CA 93011-3666
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    5731                    $2,027.04

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Moheb DMD dba Unlimited Smiles

---

| 4.5 | Bank of America | Last 4 digits of account number    9275 | $3,948.00 |

**Bank of America**
Nonpriority Creditor's Name
Business Card
P O Box 15796
Wilmington, DE 19886-5796
Number Street City State Zip Code

**Last 4 digits of account number** 9275

**When was the debt incurred?**

**$3,948.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Credit Card debt of Moheb DMD Inc

---

| 4.6 | Department of Labor | Last 4 digits of account number    7194 | $7,500.00 |

**Department of Labor**
Nonpriority Creditor's Name
Breann Prien
2031 Howe Ave Suite 100
Sacramento, CA 95825
Number Street City State Zip Code

**Last 4 digits of account number** 7194

**When was the debt incurred?** 2024

**$7,500.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Claim for Moheb DMD

---

| 4.7 | Health Resources & Services Admin | Last 4 digits of account number    536 | $987,227.93 |

**Health Resources & Services Admin**
Nonpriority Creditor's Name
5600 Fishers Lane
Rockville, MD 20857
Number Street City State Zip Code

**Last 4 digits of account number** 536

**When was the debt incurred?**

**$987,227.93**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Debt of Moheb DMD Inc.

| 4.8 | Key Bank N.A. | Last 4 digits of account number | 0002 | $6,770.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
Oh-01-51-0622 4910 Tiedeman Rd
Brooklyn, OH 44144
Number Street City State Zip Code

**When was the debt incurred?** Opened 05/99 Last Active 02/24

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student loan

| 4.9 | Key Bank N.A. | Last 4 digits of account number | 0001 | $6,153.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
Oh-01-51-0622 4910 Tiedeman Rd
Brooklyn, OH 44144
Number Street City State Zip Code

**When was the debt incurred?** Opened 11/98 Last Active 02/24

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student loan

| 4.10 | Law Offices of Jason W. Estavillo, PC | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1330 Broadway, Suite 501
Oakland, CA 94612
Number Street City State Zip Code

**When was the debt incurred?** 2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Legal services

**4.1 1**

Light Speed Staffing Solutions

Nonpriority Creditor's Name
dba Mayday Dental Staffing
165 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $2,271.24

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Judgment - Light Speed Staffing Solutions dba Mayday Dental Staffing vs Alireza Moheb Case No. MSC18-0020

---

**4.1 2**

Maria Lombera

Nonpriority Creditor's Name
c/o The Goldman Law Firm
55 Main Street
Penns Creek, PA 17862-8940
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2894          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Notice only; insurance covered the claim.

---

**4.1 3**

Morello Accounting Group, et al

Nonpriority Creditor's Name
c/o Law Office of Steven A. Booska
P.O. Box 2169
Oakland, CA 94621
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Notice only

---

| 4.1 4 | Murphy, Pearson, Bradley & Feeney, APC | Last 4 digits of account number | 2221 | $24,369.12 |

Nonpriority Creditor's Name
Attorneys at Law
580 California St., 11th FL
San Francisco, CA 94104
Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Legal Services

---

| 4.1 5 | Nelnet | Last 4 digits of account number | 9124 | $96,706.00 |

Nonpriority Creditor's Name
Attn: Claims
Po Box 82505
Lincoln, NE 68501
Number Street City State Zip Code

**When was the debt incurred?**   Opened 08/04  Last Active 05/23

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

                                               Student loan

---

| 4.1 6 | Nelnet | Last 4 digits of account number | 9024 | $26,762.00 |

Nonpriority Creditor's Name
Attn: Claims
Po Box 82505
Lincoln, NE 68501
Number Street City State Zip Code

**When was the debt incurred?**   Opened 08/04  Last Active 05/23

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

                                               Student loan

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 10:06:07   Page 16 of 23

**4.17**

Quadient Leasing USA, Inc.

Nonpriority Creditor's Name

Dept 3682
P.O. Box 123682
Dallas, TX 75312-3682

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    1771                              $619.76

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.18**

Richard Antognini

Nonpriority Creditor's Name

Law Office of Richard L. Atognini
2485 Notre Dame Blvd., Suite 370 #45
Chico, CA 95928-7167

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                              $70,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Legal services

---

**4.19**

SmartStop Storage

Nonpriority Creditor's Name

1597 Market St
Concord, CA 94520

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    1664                            $1,434.05

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Storage Units for Moheb DMD Inc.
                    Unit No. 312, 329, 362,

---

Case: 24-40713    Doc# 34    Filed: 06/25/24    Entered: 06/25/24 10:06:07    Page 17 of
23

| Debtor 1 | Alireza Moheb | Case number (if known) | 24-40713 |
|---|---|---|---|

**4.20**

Stuart Bestland

Nonpriority Creditor's Name
2573 Oakridge Court E.
Maplewood, MN 55119

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   $3,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Judgment; Small Claims No. CC2022196875SC

---

**4.21**

T mobile

Nonpriority Creditor's Name
POB 629025
El Dorado Hills, CA 95762

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 6448   $529.45

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Moheb DMD T Mobile Account

---

**4.22**

Thomas Lile

Nonpriority Creditor's Name
c/o Law Offices of James R. Morgan
1511 Treat Blvd., Suite 600
Walnut Creek, CA 94598

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   $8,050.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Judgment - Thomas Lile vs. Unlimited Smiles, LLC: Alireza Moheb, DMD et al. Case No. C22-01053; Landlord 1844 San Miguel Dr., Walnut Creek

---

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 10:06:07   Page 18 of 23

| 4.2 3 | | | |
|---|---|---|---|

**Utility Self Reported**
Nonpriority Creditor's Name
Po Box 4500
Allen, TX 75013
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   6EF6                                  $488.00

**When was the debt incurred?**   Last Active 12/26/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Agriculture Chkg/Pacific Gas and Electric

---

| 4.2 4 | | | |
|---|---|---|---|

**Utility Self Reported**
Nonpriority Creditor's Name
Po Box 4500
Allen, TX 75013
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   50C9                                  $210.00

**When was the debt incurred?**   Last Active 12/01/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Agriculture Chkg/EBMUD

---

| 4.2 5 | | | |
|---|---|---|---|

**Wendel Rosen LLP**
Nonpriority Creditor's Name
1111 Broadway, 24th Fl
Oakland, CA 94607
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                  $136,543.35

**When was the debt incurred?**   2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Legal services
Moheb, Alireza D.D.S. - Adv. Homestreet Bank

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Debtor 1 | Alireza Moheb | Case number (if known) | 24-40713 |
|---|---|---|---|

| Name and Address | | |
|---|---|---|
| Light Speed Staffing Solutions<br>dba Mayday Dental Staffing<br>1216 Arkell Road<br>Walnut Creek, CA 94598 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| Maria Lombera<br>430 6th Ave<br>Menlo Park, CA 94025 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| Thomas Lile<br>c/o Ridgecrest Professional Offices<br>435 Legacy Drive<br>Alamo, CA 94507 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 14,811.83 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 14,811.83 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 136,391.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,663,730.49 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,800,121.49 |

**ADD CREDITOR:**

Pearson Dental Supplies, Inc.
c/o Marshall Goldberg
Glass & Goldberg, A Law Corporation
22917 Burbank Blvd.
Woodland Hills, CA 91367-4203


**REMOVE CREDITORS:**

Pearson Dental Supplies, Inc.
dba Pearson Dental Supply Company
c/o Law Office of Jeffrey E. Wulkun
19528 Ventura Blvd., Ste. 352
Tarzana, CA 91356-2917


U.S. Bank National Association dba
U.S. Bank Equipment Finance
c/o Barbara Gross, Esq.
420 Spruce St., Ste B
San Diego, CA 92103

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

 17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): AMENDED SCHEDULES D, E/F
AND CREDITOR MATRIX

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/25/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 SEE ATTACHED

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __06/25/2024_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 SEE ATTACHED

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/25/2024 | Rosario Zubia | /s/ Rosario Zubia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                F 9013-3.1.PROOF.SERVICE

Case: 24-40713   Doc# 34   Filed: 06/25/24   Entered: 06/25/24 16:36:07   Page: 22 of 23

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]:**

- **Christopher M. McDermott**    ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **Roksana Daria Moradi-Brovia**    Roksana@rhmfirm.com
- **Office of the U.S. Trustee/Oak**    USTPRegion17.OA.ECF@usdoj.gov
- **Audrey Pak**    audrey.pak@usdoj.gov
- **Matthew D. Pham**    mpham@allenmatkins.com, marias@hahnlawyers.com
- **Matthew Resnik**    matt@rhmfirm.com, Roksana@rhmfirm.com
- **Phillip John Shine**    phillip.shine@usdoj.gov
- **Jennifer C. Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **David R. Zaro**    dzaro@allenmatkins.com, mdiaz@allenmatkins.com

2.  **SERVED BY UNITED STATES MAIL [CONTINUED]:**

Pearson Dental Supplies, Inc.
c/o Marshall Goldberg
Glass & Goldberg, A Law Corporation
22917 Burbank Blvd.
Woodland Hills, CA 91367-4203