1 DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
2 ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
3 865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
4 Phone: (213) 622-5555
Fax: (213) 620-8816
5 E-Mail: dzaro@allenmatkins.com
         mpham@allenmatkins.com
6
Attorneys for Interested Party
7 UNION STREET HOLDINGS, LLC

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11 In re                              Case No. 24-40713

12 ALIREZA MOHEB,                     Chapter 11

13          Debtor.                   **NOTICE OF HEARING ON UNION
                                      STREET HOLDINGS, LLC'S MOTION
14                                    FOR RELIEF FROM THE AUTOMATIC
                                      STAY**
15
                                      Date:  July 12, 2024
16                                    Time:  10:00 a.m.
                                      Place: Courtroom 215
17                                           1300 Clay Street
                                             Oakland, CA 94612
18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND HIS COUNSEL; THE CREDITORS APPEARING ON THE LIST OF TWENTY LARGEST UNSECURED CREDITORS; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

PLEASE TAKE NOTICE that interested party Union Street Holdings, LLC ("Union Street") has filed a motion (the "Motion"), pursuant to § 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), for relief from the automatic stay in the above-captioned chapter 11 case of the debtor and debtor in possession Alireza Moheb ("Moheb" or the "Debtor"), as to that certain real property located at 1716 Broadway, Oakland, California 94612 (the "Oakland Property" or "Property"). The Motion is supported by this notice, the memorandum of points and authorities accompanying the Motion, and the concurrently filed declarations of Bob Granfelt, Rachel Sanders, Shauna Woods, and Matthew Pham and request for judicial notice.

PLEASE TAKE FURTHER NOTICE that by the Motion, Union Street seeks this Court's determination that cause exists for relief from the automatic stay under § 362(d)(1) of the Bankruptcy Code, or that the automatic stay is not applicable, based upon the Debtor's lack of any legal or equitable interest in the Oakland Property or, alternatively, his bad faith in filing his chapter 11 petition. To the extent that the Court makes a determination that cause exists, Union Street seeks retroactive annulment of the automatic stay. Union Street also seeks extraordinary relief in the form of an "in rem" order that renders the automatic stay arising in any bankruptcy case inapplicable to the Property for a 180-day period.

PLEASE TAKE FURTHER NOTICE that a preliminary hearing on the Motion will take place on **July 12, 2024**, at **10:00 a.m.** before the Honorable Charles Novack, United States Bankruptcy Judge, in Courtroom 215, located at 1300 Clay Street, Oakland, California 94612. **Counsel, parties, and other interested parties may attend the hearing in person or by Zoom video or telephone. Counsel, parties, and other interested parties who have filed any papers in connection with the Motion will receive an invitation to join the Zoom webinar from the Courtroom Deputy, Ruby Bautista, three days in advance of the hearing. Do not forward or share the Zoom webinar invitation with anyone. Counsel, parties, and other interested**

1 **parties who have not filed any papers in connection with the Motion but wish to attend the**

2 **hearing may contact the Courtroom Deputy no less than two days prior to the hearing by**

3 **email at Ruby_Bautista@canb.uscourts.gov to request an invitation to the Zoom webinar.**

4 **The Courtroom Deputy will email the requestor an invitation prior to the hearing.**  **The**

5 **requestor will attend in LISTEN-ONLY MODE.**

6         **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 4001-1(f) of the Bankruptcy

7 Local Rules, any party wishing to respond to the Motion is not required to, but may, file

8 responsive pleadings, points and authorities, and declarations for the preliminary hearing, but is

9 advised to appear personally or through counsel at the preliminary hearing.

10

11 Dated:  June 28, 2024                               ALLEN MATKINS LECK GAMBLE
                                                           MALLORY & NATSIS LLP
12                                                    DAVID R. ZARO
                                                     MATTHEW D. PHAM
13

14                                                   By:  _____/s/ Matthew D. Pham_____
                                                         MATTHEW D. PHAM
15                                                       Attorneys for Interested Party
                                                         UNION STREET HOLDINGS, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP