Entered on Docket
July 15, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
　　　　mpham@allenmatkins.com

Attorneys for Interested Party
UNION STREET HOLDINGS, LLC

The following constitutes the order of the Court.
Signed: July 14, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>　　　　Debtor. | Case No. 24-40713<br><br>Chapter 11<br><br>**ORDER GRANTING UNION STREET HOLDINGS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: July 12, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>　　　　1300 Clay Street<br>　　　　Oakland, CA 94612 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4869-5400-6992.1

On June 28, 2024, interested party Union Street Holdings, LLC ("Union Street") filed the *Motion for Relief from the Automatic Stay* (the "Motion"), ECF No. 35, seeking relief from stay with respect to that certain real property located at 1716 Broadway, Oakland, California 94612 (the "Property") and as to the acts taken or to be taken in the civil action captioned as *Union Street Holdings, LLC v. Media DDS, LLC, et al.* and bearing Case No. 24CV067837 (the "UD Action") pending before the Superior Court of California for the County of Alameda (the "Alameda Court"). On July 11, 2024, Union Street filed a supplement to the Motion (the "Supplement"), ECF No. 41, and, that same day, debtor and debtor in possession Alireza Moheb (the "Debtor") filed an opposition to the Motion (the "Opposition"), ECF No. 42.

A hearing on Union Street's Motion was held on July 12, 2024. Appearances are as noted on the record.

The Court having considered the Motion, the Supplement, the Opposition, and the related papers, as well as oral argument from the parties at the hearing, and for the reasons stated on the record at the hearing, including that cause exists under 11 U.S.C. § 362(d)(1) to grant the relief herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. Union Street's Motion is granted;

2. The automatic stay is annulled retroactively to the time that the Debtor filed his petition commencing this chapter 11 case, with respect to the Property and the acts taken in the UD Action, such that any postpetition acts taken by or for the benefit of Union Street in enforcing its remedies to obtain possession of the Property (including the Alameda Court's entry of the *Order Granting Plaintiff Union Street Holdings, LLC's Motion for Summary Judgment* on May 15, 2024, in the UD Action) do not constitute a violation of the automatic stay;

3. Union Street is authorized to enforce its remedies to obtain possession of the Property, including lockout, in accordance with applicable nonbankruptcy law; and

/ / /

/ / /

/ / /

4. The 14-day stay under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

**\* \* \* END OF ORDER \* \* \***

APPROVED AS TO FORM:

RHM LAW LLP
ROKSANA D. MORADI-BROVIA
MATTHEW D. RESNICK

By: /s/ Roksana D. Moradi-Brovia
ROKSANA D. MORADI-BROVIA
Attorneys for Debtor and Debtor in Possession
ALIREZA MOHEB

**COURT SERVICE LIST**

[None]