# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's May 2024 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

# Alireza Moheb
## Cash Receipts Detail Report
### May 14 - 31, 2024

| Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| **May 14 - 31, 24** | | | | | | |
| 05/24/2024 | DEP | First Republic Bank | Pre-Petition 1st Republic Bank | √ | Interest Income | 0.01 |
| 05/29/2024 | DEP | Media DDS, LLC | General DIP | √ | Past Due Rental Income From Tenant | 49,880.96 |
| 05/30/2024 | DEP | Moheb DMD, Inc. | General DIP | √ | Moheb DMD, Inc. Asset | 63,578.92 |
| **May 14 - 31, 24** | | | | | | **113,459.89** |

# Alireza Moheb
## Cash Disbursements Detail Report
### May 14 - 31, 2024

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **May 14 - 31, 24** | | | | | | | |
| | 05/14/2024 | EFT | Bureau Of Real Estate | Pre-Petition 1st Republic Bank | √ | Business Licenses and Permits | -15.00 |
| | 05/14/2024 | EFT | Speedway Express | Pre-Petition 1st Republic Bank | √ | Gas | -91.83 |
| | 05/15/2024 | EFT | XFinity Mobile | Pre-Petition 1st Republic Bank | √ | Utilities | -120.86 |
| | 05/15/2024 | EFT | FedEx | Pre-Petition 1st Republic Bank | √ | Postage and Delivery | -13.28 |
| | 05/15/2024 | EFT | Guardian Life | Pre-Petition 1st Republic Bank | √ | Insurance Expense | -313.80 |
| | 05/15/2024 | EFT | Guardian Life | Pre-Petition 1st Republic Bank | √ | Insurance Expense | -829.15 |
| | 05/15/2024 | EFT | Guardian Life | Pre-Petition 1st Republic Bank | √ | Insurance Expense | -1,436.42 |
| | 05/16/2024 | EFT | Erac Toll | Pre-Petition 1st Republic Bank | √ | Tolls | -12.95 |
| | 05/16/2024 | EFT | Life Cafe | Pre-Petition 1st Republic Bank | √ | Dining | -6.00 |
| | 05/18/2024 | EFT | Shoe Repair | Pre-Petition 1st Republic Bank | √ | Repairs and Maintenance | -19.65 |
| | 05/20/2024 | EFT | Lafayette Ace Hardware | Pre-Petition 1st Republic Bank | √ | Repairs and Maintenance | -70.00 |
| | 05/20/2024 | EFT | Chevron | Pre-Petition 1st Republic Bank | √ | Gas | -31.17 |
| | 05/21/2024 | EFT | Erac Toll | Pre-Petition 1st Republic Bank | √ | Tolls | -11.95 |
| | 05/21/2024 | EFT | Texas Center | Pre-Petition 1st Republic Bank | √ | Medical Expense | -465.00 |
| | 05/21/2024 | EFT | Berman Skin Institute | Pre-Petition 1st Republic Bank | √ | Medical Expense | -65.00 |
| | 05/22/2024 | EFT | Tacos Walnut Creek | Pre-Petition 1st Republic Bank | √ | Dining | -20.32 |
| | 05/23/2024 | EFT | CVS Pharmacy | Pre-Petition 1st Republic Bank | √ | Medical Expense | -15.00 |
| | 05/28/2024 | EFT | Safeway | Pre-Petition 1st Republic Bank | √ | Groceries | -4.59 |
| | 05/28/2024 | EFT | Berman Skin Institute | Pre-Petition 1st Republic Bank | √ | Medical Expense | -65.00 |
| | 05/28/2024 | EFT | Macy's | Pre-Petition 1st Republic Bank | √ | Clothing | -4.64 |
| | 05/28/2024 | EFT | Shell Oil | Pre-Petition 1st Republic Bank | √ | Gas | -16.81 |
| | 05/30/2024 | EFT | Sunrise Bistro | Pre-Petition 1st Republic Bank | √ | Dining | -24.13 |
| **May 14 - 31, 24** | | | | | | | **-3,652.55** |

**Alireza Moheb**
# Balance Sheet
**As of May 31, 2024**

|  | May 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| General DIP | 138,104.16 |
| **Total Checking/Savings** | 138,104.16 |
| **Total Current Assets** | 138,104.16 |
| **Fixed Assets** | |
| Personal & Household Items | 15,150.00 |
| Real Estate | 4,875,700.00 |
| Vehicles | 49,081.00 |
| **Total Fixed Assets** | 4,939,931.00 |
| **Other Assets** | |
| E*Trade Morgan Stanley | 4,834.00 |
| **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | 5,082,869.16 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Pre-Petition Priority Unsecured | 14,811.83 |
| Pre-Petition Secured Creditors | 3,029,975.97 |
| Pre-Petition Unsecured | 1,800,121.49 |
| **Total Long Term Liabilities** | 4,844,909.29 |
| **Total Liabilities** | 4,844,909.29 |
| **Equity** | |
| Opening Balance Equity | 128,152.53 |
| Net Income | 109,807.34 |
| **Total Equity** | 237,959.87 |
| **TOTAL LIABILITIES & EQUITY** | 5,082,869.16 |

|  | May 14 - 31, 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Past Due Rental Income From Tenant | 49,880.96 |
| **Total Income** | 49,880.96 |
| **Expense** | |
| Business Licenses and Permits | 15.00 |
| Clothing | 4.64 |
| Dining | 50.45 |
| Gas | 139.81 |
| Groceries | 4.59 |
| Insurance Expense | 2,579.37 |
| Medical Expense | 610.00 |
| Postage and Delivery | 13.28 |
| Repairs and Maintenance | 89.65 |
| Tolls | 24.90 |
| Utilities | 120.86 |
| **Total Expense** | 3,652.55 |
| **Net Ordinary Income** | 46,228.41 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.01 |
| Moheb DMD, Inc. Asset | 63,578.92 |
| **Total Other Income** | 63,578.93 |
| **Net Other Income** | 63,578.93 |
| **Net Income** | **109,807.34** |

FOR MONTH ENDED: 5/31/24

# EXHIBIT E

## POST-PETITION ACCOUNTS PAYABLE

X *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PROFESSIONAL FEES & EXPENSES PAYABLE

X *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Fees/Exp Incurred this Month | 0.00 | | |
| Less: Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

X *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Payments Due this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

|  | May 31, 24 |
|---|---|
| **Beginning Balance** | 27,753.61 |
| **Cleared Transactions** | |
| **Checks and Payments - 23 items** | -27,753.62 |
| **Deposits and Credits - 1 item** | 0.01 |
| **Total Cleared Transactions** | -27,753.61 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 05/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |

# Account Statement
ATM REBATE CHECKING



ALIREZA MOHEB
1844 SAN MIGUEL DR
STE 206
WALNUT CREEK, CA 94596-4963

The case was filed on 5/14/24 and the bank statement dates are overlapping.  Only transactions from 5/14/24 through 5/31/24 are included.

## Account Summary — XXXXXX 4399

| | | | |
|---|---|---|---|
| Beginning Balance | $23,319.65 | Average Daily Balance | $24,849.98 |
| Total Deposits and Credits | $4,850.01 | Minimum Balance | $23,119.65 |
| Total Withdrawals and Debits | $3,953.42- | Service Charges | $0.00 |
| Total Checks Paid | $0.00 | Interest Paid This Period | $0.01 |
| **Ending Balance** | **$24,216.24** | Interest Year to Date | $0.09 |

## Account Activity

| Date | Description | Amount |
|---|---|---|
| | **Deposits and Credits** | |
| 05/13 | | |
| 05/24 | INTEREST CREDIT | $0.01 |
| | **Total Deposits and Credits** | |

## TO BALANCE YOUR ACCOUNT

1. Go through your register and mark each check, withdrawal, ATM card transaction, payment, deposit, or other credit listed on this statement. Be sure your register shows any interest paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding checks, ATM withdrawals, purchases made with your ATM card, or any other withdrawals (including any from previous months) which are listed on your register but are not shown on this statement.

3. Balance your account by filling in the spaces below.

| ITEMS OUTSTANDING | |
|---|---|
| Check or Transaction Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

ENTER:
The Ending Balance as shown on this Statement

$ _____

ADD
Any deposits listed       $ _____
in your register or       $ _____
transfers into your       $ _____
account which are not     $ _____
shown on this statement   $ _____

TOTAL +     $ _____

CALCULATE THE SUBTOTAL

$ _____

SUBTRACT:
The total outstanding checks and withdrawals from the chart at left

$ _____

CALCULATE THE CURRENT BALANCE
This amount should be the same as the current balance shown in your check register.

$ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

Please call us at (888) 408-0288 or write us at First Republic, 111 Pine Street, San Francisco, CA 94111 immediately if you believe there is an error on your statement or transaction receipt, or if you need more information about an electronic transaction listed on the statement or receipt. When you call or write us:

1. Tell us your name and account number or ATM/Debit Card number
2. As clearly as you can, describe the error or the transaction you are unsure about, and explain why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

For personal accounts only: You must report the suspected error to us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. We well investigate your question(s) and will correct any error promptly. If our investigation takes longer than 10 business days (or 20 business days for new accounts), we will temporarily credit your account for the amount you believe is in error, so that you will have use of the money until our investigation is completed.

# Account Statement

ATM REBATE CHECKING


**FIRST REPUBLIC**
*now part of* JPMORGAN CHASE

ALIREZA MOHEB

| Account Activity | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | **Withdrawals and Debits** | |
| 05/11 | | |
| 05/13 | | |
| 05/13 | | |
| 05/13 | | |
| 05/14 | POS PURCHASE<br>POS PURCHASE TERMINAL 51468000 BUREAU OF REAL EST<br>ATE   877-37345 CA XXXXXXXXXXXX1949 | $15.00 - |
| 05/14 | POS PURCHASE<br>POS PURCHASE TERMINAL 55742 SPEEDWAY 4481 WALNUT CR CA<br>XXXXXXXXXXXX1949 | $91.83 - |
| 05/15 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 XFINITY MOBILE 888-936-4 PA<br>XXXXXXXXXXXX1949 | $120.86 - |
| 05/15 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 FEDEX OFFIC1840001<br>8424 ORINDA   CA XXXXXXXXXXXX1949 | $13.28 - |
| 05/15 | ACH DEBIT<br>GUARDIAN LIFE ACH PAYMNT MOHEB ALIREZA 9555845005 | $313.80 - |
| 05/15 | ACH DEBIT<br>GUARDIAN LIFE ACH PAYMNT MOHEB ALIREZA 9970011000 | $829.15 - |
| 05/15 | ACH DEBIT<br>GUARDIAN LIFE ACH PAYMNT MOHEB ALIREZA 9970011000 | $1,436.42 - |
| 05/16 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 ERAC TOLL 42N4H0 877-860-1 CA<br>XXXXXXXXXXXX1949 | $12.95 - |

111 Pine Street, San Francisco, California 94111, TEL (888) 408-0288 | firstrepublic.com
Deposit products and related services are offered by JPMorgan Chase Bank, N.A. Member FDIC.
©2023 JPMorgan Chase & Co.

# Account Statement

ATM REBATE CHECKING



ALIREZA MOHEB

**Statement Period: May 11, 2024-**
**May 24, 2024**

**Account Number: XXXXXX 4399**

## Account Activity

| Date | Description | Amount |
|------|-------------|--------|
| | **Withdrawals and Debits (Continued)** | |
| 05/16 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 LIFE CAFE #283 WALNUT CR CA<br>XXXXXXXXXXXX1949 | $6.00 - |
| 05/18 | POS PURCHASE<br>POS PURCHASE TERMINAL 06486142 A-1 SHOE REPAIR WALNUT CR CA<br>XXXXXXXXXXXX1949 | $19.65 - |
| 05/20 | POS PURCHASE<br>POS PURCHASE TERMINAL 00002726 LAFAYETTE ACE HARD<br>WARE  LAFAYETTE CA XXXXXXXXXXXX1949 | $70.00 - |
| 05/20 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 CHEVRON 0212924 HAYWARD  CA<br>XXXXXXXXXXXX1949 | $31.17 - |
| 05/21 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 ERACTOLL 42N4H0 877-860-1 CA<br>XXXXXXXXXXXX1949 | $11.95 - |
| 05/21 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 IN *TEXAS CENTER W<br>ELLN  512-56350 TX XXXXXXXXXXXX1949 | $465.00 - |
| 05/21 | POS PURCHASE<br>POS PURCHASE TERMINAL RGS7IJJK BERMAN SKIN INSTIT<br>UTE   HTTPSWWW. CA XXXXXXXXXXXX1949 | $65.00 - |
| 05/22 | POS PURCHASE<br>POS PURCHASE TERMINAL VBASE2 TACOS WALNUT CREEK<br>WALNUT CR CA XXXXXXXXXXXX1949 | $20.32 - |
| 05/23 | POS PURCHASE<br>POS PURCHASE TERMINAL 30993814 CVS/PHARMACY #0993<br>8    LAFAYETTE CA XXXXXXXXXXXX1949 | $15.00 - |
| | ***Total Withdrawals and Debits*** | ***$3,953.42 -*** |
| | ANNUAL PERCENTAGE YIELD EARNED (APY-E)          0.00% | |

111 Pine Street, San Francisco, California 94111. TEL (888) 408-0288 I firstrepublic.com
Deposit products and related services are offered by JPMorgan Chase Bank, N.A. Member FDIC.
©2023 JPMorgan Chase & Co.

# Account Statement

ATM REBATE CHECKING



ALIREZA MOHEB

## Fee Summary

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Message

**Reminder: Your First Republic deposit account(s) will transition to JPMorgan Chase on May 25**
Please visit firstrepublic.com to learn more.

### Additional Information About Your Deposit Account

Effective May 1, 2023, deposit products and services are offered by JPMorgan Chase Bank, N.A., Member FDIC. All references to First Republic in this statement now refer to JPMorgan Chase Bank, N.A. All terms and conditions, fees and rates for accounts, products, and services are in full force and effect as disclosed, until otherwise communicated .



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 25, 2024 through June 12, 2024
Account Number: **4399**

00041106 DRE 703 142 16524 NNNNNNNNNNN T  1 000000000 28 0000
ALIREZA MOHEB
1844 SAN MIGUEL DR STE 206
WALNUT CREEK CA 94596-4963

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



Chase Bank took over First Republic Bank in May.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$24,216.24** |
| ATM & Debit Card Withdrawals | -115.17 |
| Other Withdrawals | -24,101.07 |
| **Ending Balance** | **$0.00** |
| Interest Paid Year-to-Date | $0.09 |

Please note that this account was closed on 05/30/24.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$24,216.24** |
| 05/28 | Card Purchase | 05/24 Safeway #0917 Walnut Creek CA Card 1949 | -4.59 | 24,211.65 |
| 05/28 | Card Purchase 1949 | 05/24 Berman Skin Institute 925-9323800 CA Card | -65.00 | 24,146.65 |
| 05/28 | Card Purchase Card 1949 | 05/25 Macys 324 Wck Sbux 17 Walnut Creek CA | -4.64 | 24,142.01 |
| 05/28 | Card Purchase | 05/25 Shell Oil 57444681902 Lafayette CA Card 1949 | -16.81 | 24,125.20 |
| 05/29 | 05/29 Transfer To Chk Xxxxx2829 | | -24,101.07 | 24.13 |
| 05/30 | Card Purchase | 05/29 Sunrise Bistro Walnut Creek CA Card 1949 | -24.13 | 0.00 |
| | **Ending Balance** | | | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# Alireza Moheb
# Reconciliation Summary
### Pre-Petition Chase #1, Period Ending 05/31/2024

|  | May 31, 24 |
|---|---|
| **Beginning Balance** | 125.00 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -125.00 |
| **Total Cleared Transactions** | -125.00 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 05/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |

Case: 24-40713   Doc# 51-1   Filed: 07/22/24   Entered: 07/22/24 15:33:08   Page 15 of 36



**CHASE** 🔵

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 20, 2024 through May 21, 2024

Account Number:                  **0783**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00684313 DRE 703 219 14324 NNNNNNNNNNN 1 000000000 15 0000
ALIREZA MOHEB
1844 SAN MIGUEL DR STE 208
WALNUT CREEK CA 94596-4913

---

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$125.00** |
| **Ending Balance** | **$125.00** |

The monthly service fee for this account was waived as an added feature of a linked Chase Premier Plus Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 24-40713   Doc# 51-1   Filed: 07/23/24   Entered: 07/22/24 15:33:09   Page 16 of 36


This Page Intentionally Left Blank

Case: 24-40713   Doc# 51-1   Filed: 07/22/24   Entered: 07/22/24 15:33:08   Page 17
of 36



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 22, 2024 through June 24, 2024

Account Number: **0783**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |

We accept operator relay calls

00077536 DRE 703 141 17724 NNNNNNNNNNN T  1 000000000 15 0000
ALIREZA MOHEB
831 ACALANES RD
LAFAYETTE CA 94549-3352



---

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$125.00** |
| Other Withdrawals | -125.00 |
| **Ending Balance** | **$0.00** |

Please note that this account was closed on 05/29/24.

---

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$125.00** |
| 05/29 | 05/29 Transfer To Chk Xxxxx2829 | -125.00 | 0.00 |
| | **Ending Balance** | | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---

Case: 24-40713   Doc# 51-1   Filed: 07/22/24   Entered: 07/22/24 15:33:08   Page 18
of 36



This Page Intentionally Left Blank

Case: 24-40713   Doc# 51-1   Filed: 07/22/24   Entered: 07/22/24 15:33:08   Page 19
of 36

# Alireza Moheb
# Reconciliation Summary
### Pre-Petition Chase #2, Period Ending 05/31/2024

|  | May 31, 24 |
|---|---|
| **Beginning Balance** | 418.21 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -418.21 |
| **Total Cleared Transactions** | -418.21 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 05/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 13, 2024 through May 14, 2024

Account Number        **1508**

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00019588 DRE 703 210 13624 NNNNNNNNNNN  1 000000000 30 0000
ALIREZA MOHEB
OR AHMAD MOHEB
1844 SAN MIGUEL DR STE 208
WALNUT CREEK CA 94596-4913



| **CHECKING SUMMARY** | Chase Premier Plus Checking |
|---|---|

|  | AMOUNT |
|---|---|
| **Beginning Balance** | $418.21 |
| **Ending Balance** | $418.21 |
| Annual Percentage Yield Earned This Period | 0.00% |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank



**CHASE** 🏦
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 15, 2024 through June 14, 2024
Account Number:                    **1508**



### CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00004357 DRE 703 142 16724 NNNNNNNNNNN T 1 000000000 30 0000
ALIREZA MOHEB
OR AHMAD MOHEB
831 ACALANES RD
LAFAYETTE CA 94549-3352

---

| **CHECKING SUMMARY** | Chase Premier Plus Checking |
|---|---|

| | **AMOUNT** |
|---|---|
| **Beginning Balance** | **$418.21** |
| Other Withdrawals | -418.21 |
| **Ending Balance** | **$0.00** |

| Annual Percentage Yield Earned This Period | 0.00% |
|---|---|

Please note that this account was closed on 05/29/24.

---

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$418.21** |
| 05/29 | 05/29 Transfer To Chk Xxxxx2829 | -418.21 | 0.00 |
| | **Ending Balance** | | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

|  | **May 31, 24** |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Deposits and Credits - 5 items** | 138,104.16 |
| **Total Cleared Transactions** | 138,104.16 |
| **Cleared Balance** | **138,104.16** |
| **Register Balance as of 05/31/2024** | 138,104.16 |
| **Ending Balance** | 138,104.16 |



**CHASE** ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 13, 2024

Account Number: 2829



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00032685 DRE 703 141 16624 NNNNNNNNNNNN T 1 000000000 09 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

---

## CHECKING SUMMARY     Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 163,104.20 |
| **Ending Balance** | **$163,104.20** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 05/29 | Deposit     2079608875 | 49,880.96 | 49,880.96 |
| 05/29 | Transfer From Chk Xxxxxxx4399 | 24,101.07 | 73,982.03 |
| 05/29 | Transfer From Chk Xxxxxx1508 | 418.21 | 74,400.24 |
| 05/29 | Transfer From Chk Xxxxxxx0783 | 125.00 | 74,525.24 |
| 05/30 | Deposit     2079608883 | 63,578.92 | 138,104.16 |
| 06/13 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Ground Urban Ref: 11134900252 Info: Text- Iid: 20240613021000021P1Brjpc00500077359 Recd: 21:14:29 Trn: 0071831166Gb | 25,000.00 | 163,104.16 |
| 06/13 | Interest Payment | 0.04 | 163,104.20 |
| | **Ending Balance** | | **$163,104.20** |

Case: 24-40713    Doc# 51-1    Filed: 07/22/24    Entered: 07/22/24 15:33:08    Page 26 of 36


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**Alireza Moheb**
# Reconciliation Summary
**Arthur Cash Collateral DIP, Period Ending 05/31/2024**

|  | May 31, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 05/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 24, 2024

Account Number: **3587**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00306707 DRE 703 219 17724 NNNNNNNNNNN  1 000000000 15 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

---

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 7,100.01 |
| Electronic Withdrawals | -4,500.00 |
| **Ending Balance** | **$2,600.01** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 06/04 | | | |
| 06/18 | | | |
| 06/18 | | | |
| 06/21 | | | |
| 06/24 | | | |

Case: 24-40713    Doc# 51-1    Filed: 07/22/24    Entered: 07/22/24 15:33:08    Page 29 of 36



May 29, 2024 through June 24, 2024

Account Number:                3587

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

|                                          | May 31, 24 |
|------------------------------------------|-----------:|
| **Beginning Balance**                    | 0.00 |
| **Cleared Balance**                      | 0.00 |
| **Register Balance as of 05/31/2024**    | 0.00 |
| **Ending Balance**                       | 0.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 29, 2024 through June 21, 2024

Account Number: 3850

00297006 DRE 703 219 17424 NNNNNNNNNNN 1 000000000 14 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 1,866.62 |
| Fees | -15.00 |
| **Ending Balance** | **$1,851.62** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 06/05 | | | |
| 06/05 | | | |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# Alireza Moheb
# Reconciliation Summary
### Sharene Cash Collateral DIP, Period Ending 05/31/2024

|  | May 31, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 05/31/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 29, 2024 through June 18, 2024

Account Number: **3058**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00321066 DRE 703 219 17124 NNNNNNNNNN  1 000000000 12 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352



## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

* Your name and account number;
* A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
* The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank