# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's June 2024 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

# Alireza Moheb
## Cash Receipts Detail Report
### June 2024

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| **Jun 24** | | | | | | |
| 06/04/2024 | DEP | Tenant | Arthur Cash Collateral DIP | √ | Arthur Street | 4,850.00 |
| 06/05/2024 | DEP | Caffery Insurance | Rancho Cash Collateral DIP | √ | Refund | 1,866.62 |
| 06/13/2024 | DEP | Media DDS, LLC Tenant | General DIP | √ | Past Due Rental Income | 25,000.00 |
| 06/13/2024 | DEP | Chase Bank | General DIP | √ | Interest Income | 0.04 |
| 06/14/2024 | DEP | Alireza Moheb | General DIP | √ | Management Income for Gas Stati | 7,500.00 |
| 06/18/2024 | DEP | UMB Bank | Arthur Cash Collateral DIP | √ | Refund | 2,250.00 |
| 06/24/2024 | DEP | Chase Bank | Arthur Cash Collateral DIP | √ | Interest Income | 0.01 |
| 06/27/2024 | DEP | Tenant | Arthur Cash Collateral DIP | √ | Arthur Street | 4,850.00 |
| **Jun 24** | | | | | | **46,316.67** |

# Alireza Moheb
## Cash Disbursements Detail Report
### June 2024

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Jun 24** | | | | | | | |
| | 06/05/2024 | EFT | Chase Bank | Rancho Cash Collateral DIP | √ | Bank Service Charges | -15.00 |
| | 06/14/2024 | EFT | Select Portfolio | Contributions from Debtor's Parents | √ | Acalanes Road | -6,515.00 |
| | 06/14/2024 | EFT | PNC Mortgage | Contributions from Debtor's Parents | √ | Sharene Lane | -1,746.00 |
| | 06/18/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| | 06/20/2024 | EFT | Mr. Cooper | General DIP | √ | Rancho Vista | -1,958.18 |
| | 06/21/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| | 06/24/2024 | 7998 | Debbie Tyrell | General DIP | √ | Bookkeeping | -700.00 |
| | 06/28/2024 | EFT | Caffery Insurance | General DIP | √ | Insurance Expense | -4,000.00 |
| **Jun 24** | | | | | | | **-19,434.18** |

**Alireza Moheb**
# Balance Sheet
**As of June 30, 2024**

|  | Jun 30, 24 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **Arthur Cash Collateral DIP** | 7,450.01 |
|       **General DIP** | 163,946.02 |
|       **Rancho Cash Collateral DIP** | 1,851.62 |
|     **Total Checking/Savings** | 173,247.65 |
|   **Total Current Assets** | 173,247.65 |
|   **Fixed Assets** | |
|     **Personal & Household Items** | 15,150.00 |
|     **Real Estate** | 4,875,700.00 |
|     **Vehicles** | 49,081.00 |
|   **Total Fixed Assets** | 4,939,931.00 |
|   **Other Assets** | |
|     **E*Trade Morgan Stanley** | 4,834.00 |
|   **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | **5,118,012.65** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Long Term Liabilities** | |
|       **Post-Petition** | |
|         **Secured Creditors** | 1,468.00 |
|       **Total Post-Petition** | 1,468.00 |
|       **Pre-Petition Priority Unsecured** | 14,811.83 |
|       **Pre-Petition Secured Creditors** | 3,029,975.97 |
|       **Pre-Petition Unsecured** | 1,800,121.49 |
|     **Total Long Term Liabilities** | 4,846,377.29 |
|   **Total Liabilities** | 4,846,377.29 |
|   **Equity** | |
|     **Opening Balance Equity** | 134,945.53 |
|     **Net Income** | 136,689.83 |
|   **Total Equity** | 271,635.36 |
| **TOTAL LIABILITIES & EQUITY** | **5,118,012.65** |

# Alireza Moheb
## Profit & Loss
### June 2024

|  | Jun 24 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Management Income for Gas Stations** | 7,500.00 |
| **Past Due Rental Income** | 25,000.00 |
| **Rental Income** |  |
| **Arthur Street** | 9,700.00 |
| **Total Rental Income** | 9,700.00 |
| **Total Income** | 42,200.00 |
| **Expense** |  |
| **Bank Service Charges** | 15.00 |
| **Insurance Expense** | 4,000.00 |
| **Mortgage** |  |
| **Acalanes Road** | 6,515.00 |
| **Arthur** | 4,500.00 |
| **Rancho Vista** | 1,958.18 |
| **Sharene Lane** | 1,746.00 |
| **Total Mortgage** | 14,719.18 |
| **Total Expense** | 18,734.18 |
| **Net Ordinary Income** | 23,465.82 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| **Interest Income** | 0.05 |
| **Refund** | 4,116.62 |
| **Total Other Income** | 4,116.67 |
| **Other Expense** |  |
| **Bookkeeping** | 700.00 |
| **Total Other Expense** | 700.00 |
| **Net Other Income** | 3,416.67 |
| **Net Income** | 26,882.49 |

FOR MONTH ENDED: _6/30/24_

## POST-PETITION ACCOUNTS PAYABLE    X *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PROFESSIONAL FEES
## & EXPENSES PAYABLE    X *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Fees/Exp Incurred this Month | 0.00 | | |
| Less: Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

## POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS    *Indicate if none*

| | | | Post-Petition Aging |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Payments Due this Month | 13,937.18 | 0 - 30 Days | 1,468.00 |
| Less: Payments Made this Month | 12,469.18 | 31 - 60 Days | 0.00 |
| Subtotal | 1,468.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 1,468.00 | | 1,468.00 |

**Alireza Moheb**
# Reconciliation Summary
**General DIP, Period Ending 06/30/2024**

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 138,104.16 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -6,658.18 |
| Deposits and Credits - 3 items | 32,500.04 |
| **Total Cleared Transactions** | 25,841.86 |
| **Cleared Balance** | **163,946.02** |
| **Register Balance as of 06/30/2024** | 163,946.02 |
| **Ending Balance** | 163,946.02 |

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 7 of 36



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 13, 2024

Account Number:               2829



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00032685 DRE 703 141 16624 NNNNNNNNNNN T 1 000000000 09 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

The bank statement dates are overlapping.  Only transactions in June are included.

## CHECKING SUMMARY     Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$0.00** |
| Deposits and Additions | 163,104.20 |
| **Ending Balance** | **$163,104.20** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 05/29 | | | |
| 05/29 | | | |
| 05/29 | | | |
| 05/29 | | | |
| 05/30 | | | 138,104.16 |
| 06/13 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Ground Urban Ref: 11134900252 Info: Text-  Iid: 20240613021000021P1Brjpc00500077359 Recd: 21:14:29 Trn: 0071831166Gb | 25,000.00 | 163,104.16 |
| 06/13 | Interest Payment | 0.04 | 163,104.20 |
| | **Ending Balance** | | **$163,104.20** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Case: 24-40713    Doc# 55-1    Filed: 07/29/24    Entered: 07/29/24 12:51:22    Page 9 of 36



June 14, 2024 through July 12, 2024

Account Number:                2829



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | **1-888-262-4273** |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00324961 DRE 703 219 19624 NNNNNNNNNNN  1 000000000 09 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Good news – we reduced the Non-Chase ATM Fee in several U.S. territories

As of February 20, 2024, we reduced the Non-Chase ATM Fee to $3 (previously $5) in American Samoa, Guam and the Northern Mariana Islands. We'll continue to waive this fee for eligible accounts and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking[SM] and Chase Private Client Savings[SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## We updated the Digital Services Agreement and digital Transfers Terms & Conditions

To help protect your account, we've updated our terms for our Transfers Service. We now determine the limit for each external transfer (a transfer between your eligible Chase account and an external account you've added to your online profile) based on internal Chase criteria at the time you schedule the transfer, rather than applying predetermined limits. The new terms may affect your maximum daily external transfer limit.

You can see the new terms in section 1.2 of the Digital Services Agreement, Addendum: Transfers Service or in the Transfers Agreement.

How to view the Digital Services Agreement or Transfers Agreement:

- On chase.com after you log in to your account, click on the Main Menu then select "Agreements & disclosures."
- On the Chase Mobile® app, select "Legal Information" from Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

Case: 24-40713    Doc# 55-1    Filed: 07/29/24    Entered: 07/29/24 12:51:22    Page 10 of 36



## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$163,104.20** |
| Deposits and Additions | 7,501.30 |
| Checks Paid | -700.00 |
| Electronic Withdrawals | -6,458.18 |
| **Ending Balance** | **$163,447.32** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.30 |
| Interest Paid Year-to-Date | $1.34 |

Good news! Your Chase Sapphire Checking Monthly Service Fee was waived because you kept an average beginning day balance of $75,000 or more in qualifying linked deposits and investments during the statement period.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 7998 ^ | 06/24 | $700.00 |
| **Total Checks Paid** | | **$700.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted to electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $163,104.20 |
| 06/14 | Deposit | 7,500.00 | 170,604.20 |
| 06/20 | Nsm Dbamr.Cooper Nsm Dbamr 8732521          Web ID: 0000452701 | -1,958.18 | 168,646.02 |
| 06/24 | Check           # 7998 | -700.00 | 167,946.02 |
| 06/28 | 06/28 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Caffery Insurance Agency LLC Renton WA 98058 US Ref:/Time/05:29 Imad: 0628Mmqfmp2M004853 Trn: 3068244180Es | -4,000.00 | 163,946.02 |
| 07/02 | | | |
| 07/12 | | | |
| | Ending Balance | | |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:

1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 13 of 36

**Alireza Moheb**
# Reconciliation Summary
**Arthur Cash Collateral DIP, Period Ending 06/30/2024**

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 2 items** | -4,500.00 |
| **Deposits and Credits - 4 items** | 11,950.01 |
| **Total Cleared Transactions** | 7,450.01 |
| **Cleared Balance** | **7,450.01** |
| **Register Balance as of 06/30/2024** | 7,450.01 |
| **Ending Balance** | 7,450.01 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 24, 2024

Account Number: **3587**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



00306707 DRE 703 219 17724 NNNNNNNNNNN 1 000000000 15 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

---

## CHECKING SUMMARY      Chase Sapphire Checking

| | AMOUNT |
|---|---:|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 7,100.01 |
| Electronic Withdrawals | -4,500.00 |
| **Ending Balance** | **$2,600.01** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

---

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | **Beginning Balance** | | **$0.00** |
| 06/04 | Deposit      2077083671 | **4,850.00** | 4,850.00 |
| 06/18 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Aba/101000695 Umb Bank, N.A. Ref:/Bnf/Our Ref Jpm240618-009055 Chaseref0745051170Ff Rtn Dtd 06/18/202 4 Trn 3335394170Es As Ref Our Phon E Call For Further Info OR Contac T 1 -855-536-1269 Trn: 3507800170Hh | **2,250.00** | 7,100.00 |
| 06/18 | 06/18 Online Domestic Wire Transfer Via: Umb Bk NA/101000695 A/C: Aba/101205681 Warsaw MO US Ben: Franklin Funding Corp Danville CA 94506 US Imad: 0618Mmqfmp2L020973 Trn: 3335394170Es | -2,250.00 | 4,850.00 |
| 06/21 | 06/21 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Franklin Funding Danville CA 94506 US Ref:/Time/05.39 Imad: 0621Mmqfmp2L004318 Trn: 3010154173Es | -2,250.00 | 2,600.00 |
| 06/24 | Interest Payment | **0.01** | 2,600.01 |
| | **Ending Balance** | | **$2,600.01** |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 25, 2024 through July 22, 2024

Account Number: **3587**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00305911 DRE 703 219 20524 NNNNNNNNNNN 1 000000000 15 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Good news – we reduced the Non-Chase ATM Fee in several U.S. territories

As of February 20, 2024, we reduced the Non-Chase ATM Fee to $3 (previously $5) in American Samoa, Guam and the Northern Mariana Islands. We'll continue to waive this fee for eligible accounts and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## We updated the Digital Services Agreement and digital Transfers Terms & Conditions

To help protect your account, we've updated our terms for our Transfers Service. We now determine the limit for each external transfer (a transfer between your eligible Chase account and an external account you've added to your online profile) based on internal Chase criteria at the time you schedule the transfer, rather than applying predetermined limits. The new terms may affect your maximum daily external transfer limit.

You can see the new terms in section 1.2 of the Digital Services Agreement, Addendum: Transfers Service or in the Transfers Agreement.

How to view the Digital Services Agreement or Transfers Agreement:

- On chase.com after you log in to your account, click on the Main Menu then select "Agreements & disclosures."
- On the Chase Mobile® app, select "Legal information" from Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."



| CHECKING SUMMARY | Chase Sapphire Checking |
|---|---|

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,600.01** |
| Deposits and Additions | 11,950.04 |
| Electronic Withdrawals | -4,500.00 |
| **Ending Balance** | **$10,050.05** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.05 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,600.01** |
| 06/27 | Deposit 2079508992 | **4,850.00** | 7,450.01 |
| 07/03 | | | |
| 07/05 | | | |
| 07/05 | | | |
| 07/22 | | | |
| 07/22 | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬤

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:

1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

Case: 24-40713    Doc# 55-1    Filed: 07/29/24    Entered: 07/29/24 12:51:22    Page 19 of 36



This Page Intentionally Left Blank

# Alireza Moheb
# Reconciliation Summary
### Rancho Cash Collateral DIP, Period Ending 06/30/2024

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -15.00 |
| **Deposits and Credits - 1 item** | 1,866.62 |
| **Total Cleared Transactions** | 1,851.62 |
| **Cleared Balance** | **1,851.62** |
| **Register Balance as of 06/30/2024** | 1,851.62 |
| **Ending Balance** | 1,851.62 |

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 21 of 36



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 21, 2024

Account Number:                    **3850**

00297006 DRE 703 219 17424 NNNNNNNNNNN  1 000000000 14 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$0.00** |
| Deposits and Additions | 1,866.62 |
| Fees | -15.00 |
| **Ending Balance** | **$1,851.62** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 06/05 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Caffrey Insurance Agency LLC AZ 85018 Ref: Chase Nyc/Ctr/Bnf=Alireza Moheb Debtor IN Possession Lafayette CA 9454 9-3352 US/Ac-000000006060 Rfb=Ow000 04565763492 Bbi=/Chgs/USD0,00/ Imad: 0605l1B7033R018587 Trn: 0906111157Ff | **1,866.62** | 1,866.62 |
| 06/05 | Domestic Incoming Wire Fee | -15.00 | 1,851.62 |
| | **Ending Balance** | | **$1,851.62** |


---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 22, 2024 through July 19, 2024

Account Number: ███ **3850**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | **1-888-262-4273** |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00295690 DRE 703 219 20224 NNNNNNNNNNN 1 000000000 14 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Good news — we reduced the Non-Chase ATM Fee in several U.S. territories

As of February 20, 2024, we reduced the Non-Chase ATM Fee to $3 (previously $5) in American Samoa, Guam and the Northern Mariana Islands. We'll continue to waive this fee for eligible accounts and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## We updated the Digital Services Agreement and digital Transfers Terms & Conditions

To help protect your account, we've updated our terms for our Transfers Service. We now determine the limit for each external transfer (a transfer between your eligible Chase account and an external account you've added to your online profile) based on internal Chase criteria at the time you schedule the transfer, rather than applying predetermined limits. The new terms may affect your maximum daily external transfer limit.

You can see the new terms in section 1.2 of the Digital Services Agreement, Addendum: Transfers Service or in the Transfers Agreement.

How to view the Digital Services Agreement or Transfers Agreement:

- On chase.com after you log in to your account, click on the Main Menu then select "Agreements & disclosures."
- On the Chase Mobile® app, select "Legal information" from Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."



## CHECKING SUMMARY | Chase Sapphire Checking

|  | AMOUNT |
| --- | --- |
| **Beginning Balance** | **$1,851.62** |
| Deposits and Additions | 0.01 |
| **Ending Balance** | **$1,851.63** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
|  | **Beginning Balance** |  | **$1,851.62** |
| 07/19 |  |  |  |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 24-40713    Doc# 55-1    Filed: 07/29/24    Entered: 07/29/24 12:51:22    Page 25 of 36

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.


This Page Intentionally Left Blank

**Alireza Moheb**
# Reconciliation Summary
**Sharene Cash Collateral DIP, Period Ending 06/30/2024**

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 06/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 28 of 36

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2024 through June 18, 2024

Account Number: ████ **3058**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00321066 DRE 703 219 17124 NNNNNNNNNN  1 000000000 12 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

Page 1 of 2


This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 19, 2024 through July 17, 2024

Account Number:                    **3058**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00318484 DRE 703 219 20024 NNNNNNNNNNN 1 000000000 12 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352



## Good news – we reduced the Non-Chase ATM Fee in several U.S. territories

As of February 20, 2024, we reduced the Non-Chase ATM Fee to $3 (previously $5) in American Samoa, Guam and the Northern Mariana Islands. We'll continue to waive this fee for eligible accounts and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings[SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking account(s) at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:

- Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM], Chase Secure Checking[SM] and Chase First Checking[SM].
- Overdraft Protection is not available for Chase Secure Checking[SM] and Chase First Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## We updated the Digital Services Agreement and digital Transfers Terms & Conditions

To help protect your account, we've updated our terms for our Transfers Service. We now determine the limit for each external transfer (a transfer between your eligible Chase account and an external account you've added to your online profile) based on internal Chase criteria at the time you schedule the transfer, rather than applying predetermined limits. The new terms may affect your maximum daily external transfer limit.

You can see the new terms in section 1.2 of the Digital Services Agreement, Addendum: Transfers Service or in the Transfers Agreement.

How to view the Digital Services Agreement or Transfers Agreement:

- On chase.com after you log in to your account, click on the Main Menu then select "Agreements & disclosures."
- On the Chase Mobile® app, select "Legal information" from Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 31 of 36



## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $0.00 |
| **Ending Balance** | $0.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. Whether your account has enough money to cover a transaction is determined during our nightly processing. During our nightly processing, we take your previous end of day's balance and post credits. If there are any deposits not yet available for use or holds (such as a garnishment), these will reduce the account balance used to pay your transactions. Then we subtract any debit transactions presented during our nightly processing. The available balance shown to you during the day may not be the same amount used to pay your transactions as some transactions may not be displayed to you before nightly processing.

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any transactions presented for payment. If we do not authorize an overdraft, your transaction will be declined. If we do not pay an overdraft, your transaction will be returned. Additional information about overdrafts and your account features can be found in the *Deposit Account Agreement*.

We can cover your overdrafts in three different ways:
1. We have a Standard Overdraft Practice that comes with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practice. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage℠, which allows you to choose how we treat your everyday debit card transactions (e.g. groceries, gasoline or dining out), in addition to our Standard Overdraft Practice.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What is the Standard Overdraft Practice that comes with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  If you enroll in Chase Debit Card Coverage we **may** authorize and pay overdrafts for **everyday debit card transactions** (e.g. groceries, gasoline or dining out) in addition to our Standard Overdraft Practice.

- **What fees will I be charged if Chase pays my overdraft?**
  If we authorize and pay an overdraft, we'll charge you a $34 Overdraft Fee per transaction during our nightly processing beginning with the first transaction that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

  We won't charge you an Overdraft Fee in the following circumstances:
  - With Chase Overdraft Assist℠, we won't charge an Overdraft Fee if you're overdrawn by $50 or less at the end of the business day **OR** if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11 p.m ET (8 p.m PT) to make a deposit or transfer). Chase Overdraft Assist does not require enrollment and comes with eligible Chase checking accounts.
  - We won't charge an Overdraft Fee for transactions that are $5 or less.
  - We won't charge an Overdraft Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Overdraft Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Overdraft Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner want Chase to authorize overdrafts on your everyday debit card transactions, please make your Chase Debit Card Coverage selection. You can change your Chase Debit Card Coverage selection at any time by signing in to chase.com or Chase Mobile® to update your account settings, calling us at 1-800-935-9935 (or at 1-713-262-1679 if outside the U.S.), or visiting a Chase branch. We accept operator relay calls.

Case: 24-40713   Doc# 55-1   Filed: 07/29/24   Entered: 07/29/24 12:51:22   Page 33 of 36


This Page Intentionally Left Blank

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 8,261.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 2 items** | -8,261.00 |
| **Total Cleared Transactions** | -8,261.00 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 06/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |

# Alireza Moheb

Register: Contributions from Debtor's Parents
From 06/01/2024 through 06/30/2024 Sorted
by: Date, Type, Number/Ref **Date**

| Number | Payee | | Account | Memo | Payment | C | Deposit | Balance |
|--------|-------|--|---------|------|---------|---|---------|---------|
| 06/14/2024 | EFT | Select Portfolio | Mortgage:Acalanes Road | | 6,515.00 | X | | 1,746.00 |
| 06/14/2024 | EFT | PNC Mortgage | Mortgage:Sharene Lane | | 1,746.00 | X | | 0.00 |

Case: 24-40713    Doc# 55-1    Filed: 07/29/24    Entered: 07/29/24 12:51:22    Page 36