Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Proposed Attorneys for Debtor*
Alireza Moheb

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 4:24-bk-40713-CN |
| | ) |
| ALIREZA MOHEB, | ) Chapter 11 |
| | ) |
| Debtor and Debtor-in-Possession. | ) |
| | ) *Status Conference:* |
| | ) Date:  September 13, 2024 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom 215 |
| | )          1300 Clay Street, 2nd Floor |
| | )          Oakland, CA 94612 |
| | )          *Or via ZoomGov* |
| | ) |
| | ) |
| | ) |

**DECLARATION OF ALIREZA MOHEB IN SUPPORT OF
STATUS CONFERENCE STATEMENT**

I, Alireza Moheb, declare as follows:

1.      I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto.  Where facts are alleged upon information and belief, I believe them to be true.

2.      I am the Debtor herein. I am not married.

3.      My Chapter 11 case was filed on May 14, 2024.

4.      I voluntarily surrendered my dental license, due to disability in mid-2021.

5.      I am now engaged in the ownership and operation of rental properties, and I also manage my father's gas station business.

6.      Although I am currently permitted to operate my own dental practice, I am permitted to manage a "dental service organization" (with duly licensed dentists). As such, I created a new entity postpetition, Unlimited Smiles Dental Service Organization, to operate a dental office from the location where my now defunct entity, Moheb DMD Inc., operated from: 1844 San Miguel Dr., Walnut Creek.

7.      I own the following real properties:

| | |
|---|---|
| SFR - Residence | FMV $2,465,700 |
| 831 Acalanes Road<br>Lafayette, CA 94596 | 1) USB/SPS (sole TD) is owed $843,397 (per POC No. 13) |
| APN 251-140-023-2 | 2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and Oakland properties) $1,393,967 (per POC No. 12) |
| | 3) Property taxes - current |
| Condo - Rental | FMV $447,000 |
| 155 Sharene Lane #116<br>Walnut Creek, CA 94596 | 1) USB/ PNC (sole TD) is owed $126,088 (per POC No. 4) |
| APN 178-470-100-3 | 2) HomeStreet (judgment lien – cross collateralized with Lafayette and Oakland properties) $1,393,967 (per POC No. 12) |
| Tenant pays $2,550 monthly rent; lease ends 1/31/2025; lease is current | 3) Property taxes - current |
| | 4) Greenwood Condominium HOA is owed $10,447.29 (arrears) |
| SFR - Rental | FMV $593,000 |
| 7007 Arthur Street<br>Oakland, CA 94605 | 1) Franklin Funding Corp (sole TD) is owed approx. $250,000 |
| APN 39-3305-12 | 2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and |

| | |
|---|---|
| Tenant pays $4,850 monthly rent; lease ends 1/31/2025; lease is current | Lafayette properties) $1,393,967 (per POC No. 12)<br><br>3) Property taxes - current |
| Condo - Rental<br><br>7157 E. Rancho Vista Drive # 1004 Scottsdale, AZ 85251<br><br>APN 173-33-693<br><br>Vacant; Debtor is in process of employing real estate agent to lease property – tough to find tenants in the summer months | FMV $780,000<br><br>1) Nationstar Mortgage (sole TD) is owed approx. $310,417 (per POC No. 10)<br><br>2) Property taxes - current<br><br>3) Optima Camelview Village Condo HOA is owed $2,261.03 (arrears) |
| SFR - Rental<br><br>362 Richardson Way Mill Valley, CA 94941<br><br>APN 049-161-26<br><br>Property is currently listed for lease at $7,500 | FMV $1,000,000<br><br>Debtor has 50% interest with Moheb Family Trust (his parents' trust).<br><br>Debtor is on title only, not on the loan.<br><br>Chase Bank (sole TD) is owed $440,00 (loan is current). |

8. This case was filed so that I can reorganize my financial affairs and maximize the value of my assets for the benefit of the estate, after years of litigation with Homestreet Bank. Homestreet ultimately obtained a judgment against me and my entities, at the end of 2022 in the amount of approx. $3,069,563.28 (Homestreet Bank vs. Alireza Moheb, Moheb DMD, Inc., Media DDS LLC; Case No. RG20066154).

9. My *Application to Employ RHM LAW LLP as General Bankruptcy Counsel* [Docket No. 27] was approved on July 16, 2024 [Docket No. 49] authorizing the employment of the firm as of the petition date.

10. The *Motion for Relief from the Automatic Stay filed* by Union Street Holdings, LLC ("Union Street"), predecessor in interest to HomeStreet Bank, related to real property located at 1716 Broadway, Oakland, California 94612, was granted on July 15, 2024 [Docket No. 44].

11.     Franklin Funding Corp., the trust deed holder on the Oakland property, ans I entered into a *Stipulation for Adequate Protection and Use of Cash Collateral* [Docket No. 45] that was approved by the Court on August 20, 2024 [Docket No. 57]. I am current on all payments.

12.     The *Motion for Order Directing Production of Documents and Examination of Alireza Moheb Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 50] filed by the United States of America, on behalf of the U.S. Small Business Administration ("SBA"), was granted on July 25, 2024 [Docket No. 53]. My examination is scheduled for September 26, 2024.

13.     The SBA and I entered into a *Stipulation to Extend Time for U.S. Small Business Administration to File § 727 and/or § 523 Complaint Objecting to Discharge and/or § 707(B) Motion to Dismiss,* which was approved on July 26, 2024 [Docket No. 54].

14.     I have been working with a bookkeeper who is assisting me with getting current on all tax filings – the 2020, 2021, 2022 and 2023 should be filed shortly.

15.     I believe that I am in substantial compliance with my obligations as a DIP at this time; the July *Monthly Operating Report* was filed on August 30, 2024 [Docket No. 58].


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this September 11, 2024, at Lafayette                    , California.

By:     _____
        ALIREZA MOHEB
        *Declarant*