# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's August 2024 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

# Cash Receipts Detail Report

| Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| **Aug 24** | | | | | | |
| 08/01/2024 | DEP | Tenant | Sharene Cash Collateral DIP | √ | 6 Months Rental Income | 14,850.00 |
| 08/05/2024 | DEP | Franklin Funding | Arthur Cash Collateral DIP | √ | Refund | 2,250.00 |
| 08/13/2024 | DEP | Chase Bank | General DIP | √ | Interest Income | 1.45 |
| 08/16/2024 | DEP | Chase Bank | Sharene Cash Collateral DIP | √ | Interest Income | 0.06 |
| 08/19/2024 | DEP | Tenant | Arthur Cash Collateral DIP | √ | Arthur Street | 4,850.00 |
| 08/20/2024 | DEP | Chase Bank | Rancho Cash Collateral DIP | √ | Interest Income | 0.02 |
| 08/21/2024 | DEP | Chase Bank | Arthur Cash Collateral DIP | √ | Interest Income | 0.07 |
| 08/22/2024 | DEP | Alireza Moheb | General DIP | √ | Management Income for Gas Stations | 7,500.00 |
| **Aug 24** | | | | | | **29,451.60** |

# Alireza Moheb
## Cash Disbursements Detail Report
### August 2024

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Aug 24** | | | | | | | |
| | 08/02/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| | 08/05/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| | 08/12/2024 | EFT | Optima Camelview Village | General DIP | √ | HOA Fee | -3,403.96 |
| | 08/12/2024 | EFT | Optima Camelview Village | General DIP | √ | Bank Service Charges | -2.95 |
| | 08/15/2024 | EFT | Guardian Life | General DIP | √ | Insurance Expense | -2,317.50 |
| | 08/19/2024 | EFT | Home Depot | General DIP | √ | Household Supplies | -86.45 |
| | 08/21/2024 | EFT | Safeway | General DIP | √ | Groceries | -63.03 |
| | 08/26/2024 | 8407 | Debbie Tyrell | General DIP | √ | Bookkeeping | -2,000.00 |
| | 08/26/2024 | EFT | Safeway | General DIP | √ | Groceries | -22.08 |
| | 08/28/2024 | EFT | Trader Joe's | General DIP | √ | Groceries | -16.38 |
| **Aug 24** | | | | | | | **-12,412.35** |

# Alireza Moheb
# Balance Sheet
### As of August 31, 2024

|  | Aug 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Arthur Cash Collateral DIP | 12,650.12 |
| General DIP | 170,563.36 |
| Rancho Cash Collateral DIP | 1,851.65 |
| Sharene Cash Collateral DIP | 14,850.06 |
| **Total Checking/Savings** | 199,915.19 |
| **Total Current Assets** | 199,915.19 |
| **Fixed Assets** | |
| Personal & Household Items | 15,150.00 |
| Real Estate | 4,875,700.00 |
| Vehicles | 49,081.00 |
| **Total Fixed Assets** | 4,939,931.00 |
| **Other Assets** | |
| E*Trade Morgan Stanley | 4,834.00 |
| **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | **5,144,680.19** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Quarterly Fees | 250.00 |
| **Total Other Current Liabilities** | 250.00 |
| **Total Current Liabilities** | 250.00 |
| **Long Term Liabilities** | |
| **Post-Petition** | |
| Secured Creditors | 15,275.19 |
| **Total Post-Petition** | 15,275.19 |
| Pre-Petition Priority Unsecured | 14,811.83 |
| Pre-Petition Secured Creditors | 3,029,975.97 |
| Pre-Petition Unsecured | 1,800,121.49 |
| **Total Long Term Liabilities** | 4,860,184.48 |
| **Total Liabilities** | 4,860,434.48 |
| **Equity** | |
| Opening Balance Equity | 128,137.12 |
| Net Income | 156,108.59 |
| **Total Equity** | 284,245.71 |
| **TOTAL LIABILITIES & EQUITY** | **5,144,680.19** |

**Alireza Moheb**
## Profit & Loss
**August 2024**

|  | Aug 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Management Income for Gas Stations | 7,500.00 |
| Rental Income | |
| Arthur Street | 4,850.00 |
| Total Rental Income | 4,850.00 |
| Sharene Lane | |
| 6 Months Rental Income | 14,850.00 |
| Total Sharene Lane | 14,850.00 |
| **Total Income** | 27,200.00 |
| **Expense** | |
| Bank Service Charges | 2.95 |
| Groceries | 101.49 |
| Household Supplies | 86.45 |
| Insurance Expense | 2,317.50 |
| Mortgage | |
| Arthur | 4,500.00 |
| Total Mortgage | 4,500.00 |
| Rancho Vista Property | |
| HOA Fee | 3,403.96 |
| Total Rancho Vista Property | 3,403.96 |
| **Total Expense** | 10,412.35 |
| **Net Ordinary Income** | 16,787.65 |
| **Other Income/Expense** | |
| Other Income | |
| Interest Income | 1.60 |
| Refund | 2,250.00 |
| Total Other Income | 2,251.60 |
| Other Expense | |
| Bookkeeping | 2,000.00 |
| Total Other Expense | 2,000.00 |
| **Net Other Income** | 251.60 |
| **Net Income** | **17,039.25** |

FOR MONTH ENDED:    8/31/24

## POST-PETITION LIABILITIES

**POST-PETITION ACCOUNTS PAYABLE**    **X** *Indicate if none*

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| *Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**POST-PETITION PROFESSIONAL FEES
 & EXPENSES PAYABLE**    **X** *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Fees/Exp Incurred this Month | 0.00 | | |
| Less:  Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS**    *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 6,642.19 | | |
| Add:  Payments Due this Month | 14,286.96 | 0 - 30 Days | 10,669.00 |
| Less:  Payments Made this Month | 5,653.96 | 31 - 60 Days | 4,156.19 |
| Subtotal | 15,275.19 | 61 - 90 Days | 450.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 15,275.19 | | 15,275.19 |

**U.S. TRUSTEE QUARTERLY FEES DUE**    *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 250.00 | | |
| Add:  Fees Due this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 250.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 250.00 | | 250.00 |

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 170,974.26 |
| **Cleared Transactions** | |
| Checks and Payments - 8 items | -7,912.35 |
| Deposits and Credits - 2 items | 7,501.45 |
| **Total Cleared Transactions** | -410.90 |
| **Cleared Balance** | **170,563.36** |
| **Register Balance as of 08/31/2024** | 170,563.36 |
| **Ending Balance** | 170,563.36 |



# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00325007 DRE 703 219 22724 NNNNNNNNNNN 1 000000000 09 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$163,447.32** |
| Deposits and Additions | 7,528.39 |
| Electronic Withdrawals | -3,406.91 |
| **Ending Balance** | **$167,568.80** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.45 |
| Interest Paid Year-to-Date | $2.79 |

Good news! Your Chase Sapphire Checking Monthly Service Fee was waived because you kept an average beginning day balance of $75,000 or more in qualifying linked deposits and investments during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$163,447.32** |
| 07/24 | | | |
| 08/12 | PI*Hoapayment   Web Pmts   Yb6Hn6      Web ID: 9000414133 | -3,403.96 | 167,570.30 |
| 08/12 | PI*Paylease     Web Pmts   Yz4Hn6    Web ID: 9000287225 | -2.95 | 167,567.35 |
| 08/13 | Interest Payment | 1.45 | 167,568.80 |
| | **Ending Balance** | | **$167,568.80** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 14, 2024 through September 13, 2024

Account Number: **2829**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00322002 DRE 703 219 25824 NNNNNNNNNNN 1 000000000 09

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$167,568.80** |
| Deposits and Additions | 7,501.04 |
| Checks Paid | -2,250.00 |
| ATM & Debit Card Withdrawals | -289.94 |
| Electronic Withdrawals | -8,443.18 |
| Other Withdrawals | -164,086.72 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.04 |
| Interest Paid Year-to-Date | $3.83 |

Please note that this account was closed on 09/06/24.



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 8407 ^ | 08/26 | $2,000.00 |
| 8408 ^ | | |
| **Total Checks Paid** | | **$2,250.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$167,568.80** |
| 08/15 | Guardian Life ACH Paymnt          PPD ID: 9970011000 | -2,317.50 | 165,251.30 |
| 08/19 | Card Purchase With Pin  08/17 The Home Depot #0634 Concord CA Card 0437 | -86.45 | 165,164.85 |
| 08/21 | Card Purchase          08/20 Safeway #0917 Walnut Creek CA Card 0437 | -63.03 | 165,101.82 |
| 08/22 | Deposit      1243266996 | 7,500.00 | 172,601.82 |
| 08/26 | Card Purchase          08/24 Safeway #0783 Lafayette CA Card 0437 | -22.08 | 172,579.74 |
| 08/26 | Check          # 8407 | -2,000.00 | 170,579.74 |
| 08/28 | Card Purchase With Pin  08/28 Trader Joe S #12 Trad Walnut Creek CA Card 0437 | -16.38 | 170,563.36 |
| 09/03 | | | |
| 09/03 | | | |
| 09/03 | | | |
| 09/05 | | | |
| 09/06 | | | |
| 09/06 | | | |
| 09/06 | | | |
| 09/06 | | | |
| | **Ending Balance** | | **$0.00** |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC




**The following are excerpts of the more significant updates to** *Section X. Arbitration; Resolving Disputes* **to be published November 17, 2024:**

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, whether actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1. **Mass Arbitration Filing Requirements:**
     In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2. **Process Arbitrator Appointment:**
     You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.



3. **Matters To Be Decided by a Process Arbitrator:**
In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4. **Mass Arbitration Procedures:**
Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5. **Interpretation and Enforcement of Mass Arbitration Provision:**
Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

**Alireza Moheb**
# Reconciliation Summary
**Arthur Cash Collateral DIP, Period Ending 08/31/2024**

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 10,050.05 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -4,500.00 |
| Deposits and Credits - 3 items | 7,100.07 |
| **Total Cleared Transactions** | 2,600.07 |
| **Cleared Balance** | **12,650.12** |
| **Register Balance as of 08/31/2024** | 12,650.12 |
| **Ending Balance** | 12,650.12 |

Case: 24-40713   Doc# 65-1   Filed: 10/10/24   Entered: 10/10/24 16:19:32   Page 14 of 32



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 23, 2024 through August 21, 2024

Account Number:                    3587

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00305736 DRE 703 219 23524 NNNNNNNNNNN  1 000000000 15 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352



## CHECKING SUMMARY   Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$10,050.05** |
| Deposits and Additions | 7,100.07 |
| Electronic Withdrawals | -4,500.00 |
| **Ending Balance** | **$12,650.12** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.07 |
| Interest Paid Year-to-Date | $0.12 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$10,050.05** |
| 08/02 | 08/02 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Franklin Funding Danville CA 94506 US Ref:/Time/05:34 Imad: 0802Mmqfmp2K003687 Trn: 3000984215Es | -2,250.00 | 7,800.05 |
| 08/05 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Aba/101000695 Umb Bank, N.A. Ref:/Bnf/Our Ref Jpm240805-008108 Chaseref0272971218Ff Rtn Dtd 08/05/202 4 Trn 3323594218Es As Ref Our Phon E Call For Further Info OR Contac T 1 -855-536-1269 Trn: 6160600218Hh | 2,250.00 | 10,050.05 |
| 08/05 | 08/05 Online Domestic Wire Transfer Via: Umb Bk NA/101000695 A/C: Aba/101205681 Warsaw MO US Ben: Franklin Funding Corp Danville CA 94506 US Imad: 0805Mmqfmp2L010314 Trn: 3323594218Es | -2,250.00 | 7,800.05 |
| 08/19 | Deposit      1244512371 | 4,850.00 | 12,650.05 |
| 08/21 | Interest Payment | 0.07 | 12,650.12 |
| | **Ending Balance** | | **$12,650.12** |


---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE** ◘

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 22, 2024 through September 23, 2024

Account Number:                    **3587**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00030111 DRE 703 141 26824 NNNNNNNNNNNN T 1 000000000 15 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,650.12** |
| Deposits and Additions | 2,250.05 |
| Electronic Withdrawals | -4,500.00 |
| Other Withdrawals | -10,400.17 |
| **Ending Balance** | **$0.00** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $0.17 |

Please note that this account was closed on 09/06/24.



August 22, 2024 through September 23, 2024

Account Number: **3587**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$12,650.12** |
| 09/03 | | | |
| 09/05 | | | |
| 09/05 | | | |
| 09/06 | | | |
| 09/06 | | | |
| 09/06 | | | |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 24-40713    Doc# 65-1    Filed: 10/10/24    Entered: 10/10/24 16:19:32    Page 18 of 32



The following are excerpts of the more significant updates to *Section X. Arbitration; Resolving Disputes* to be published November 17, 2024:

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, whether actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.
- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.
- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.
- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

**Who will pay for costs?:**
Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

**NEW SECTION: What about mass arbitration matters?:**
You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

1. **Mass Arbitration Filing Requirements:**
   In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

2. **Process Arbitrator Appointment:**
   You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.



3. **Matters To Be Decided by a Process Arbitrator:**
In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4. **Mass Arbitration Procedures:**
Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5. **Interpretation and Enforcement of Mass Arbitration Provision:**
Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

**Alireza Moheb**
# Reconciliation Summary
**Rancho Cash Collateral DIP, Period Ending 08/31/2024**

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 1,851.63 |
| **Cleared Transactions** | |
| **Deposits and Credits - 1 item** | 0.02 |
| **Total Cleared Transactions** | 0.02 |
| **Cleared Balance** | **1,851.65** |
| **Register Balance as of 08/31/2024** | 1,851.65 |
| **Ending Balance** | 1,851.65 |



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 20, 2024 through August 20, 2024

Account Number:                    3850



00297376 DRE 703 219 23424 NNNNNNNNNNN  1 000000000 14 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$1,851.63** |
| Deposits and Additions | 0.02 |
| **Ending Balance** | **$1,851.65** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.03 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,851.63** |
| 08/20 | Interest Payment | **0.02** | 1,851.65 |
| | **Ending Balance** | | **$1,851.65** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS :** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 21, 2024 through September 20, 2024

Account Number: **3850**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00028088 DRE 703 141 26524 NNNNNNNNNNN T 1 000000000 14 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,851.65** |
| Deposits and Additions | 0.01 |
| Electronic Withdrawals | -163.00 |
| Other Withdrawals | -1,688.66 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.04 |

Please note that this account was closed on 09/06/24.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,851.65** |
| 09/03 | | | |
| 09/03 | | | |
| 09/06 | | | |
| 09/06 | | | |
| 09/06 | | | $0.00 |
| | **Ending Balance** | | |

Case: 24-40713   Doc# 65-1   Filed: 10/10/24   Entered: 10/10/24 16:19:32   Page 24 of 32



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**Alireza Moheb**
# Reconciliation Summary
**Sharene Cash Collateral DIP, Period Ending 08/31/2024**

|  | Aug 31, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Deposits and Credits - 2 items** | 14,850.06 |
| **Total Cleared Transactions** | 14,850.06 |
| **Cleared Balance** | **14,850.06** |
| **Register Balance as of 08/31/2024** | 14,850.06 |
| **Ending Balance** | 14,850.06 |

Case: 24-40713   Doc# 65-1   Filed: 10/10/24   Entered: 10/10/24 16:19:32   Page 26 of 32



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 18, 2024 through August 16, 2024

Account Number:                    **3058**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00018614 DRE 703 219 23024 NNNNNNNNNN 1 000000000 12 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$0.00** |
| Deposits and Additions | 14,850.06 |
| **Ending Balance** | **$14,850.06** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $0.06 |

The monthly service fee for this account was waived as an added feature of a linked Chase Sapphire Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 08/01 | Deposit      1243266621 | **14,850.00** | 14,850.00 |
| 08/16 | Interest Payment | **0.06** | 14,850.06 |
| | **Ending Balance** | | **$14,850.06** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 17, 2024 through September 18, 2024

Account Number: **3058**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00028858 DRE 703 141 26324 NNNNNNNNNNN T 1 000000000 12 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $14,850.06 |
| Deposits and Additions | 0.08 |
| Other Withdrawals | -14,850.14 |
| Ending Balance | $0.00 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $0.14 |

Please note that this account was closed on 09/06/24.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $14,850.06 |
| 09/06 | | | |
| 09/06 | | | |
| 09/06 | | | |
| | Ending Balance | | $0.00 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**




**The following are excerpts of the more significant updates to *Section X. Arbitration; Resolving Disputes* to be published November 17, 2024:**

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, other actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION?: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1. **Mass Arbitration Filing Requirements:**
     In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2. **Process Arbitrator Appointment:**
     You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.


3.  **Matters To Be Decided by a Process Arbitrator:**
    In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4.  **Mass Arbitration Procedures:**
    Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5.  **Interpretation and Enforcement of Mass Arbitration Provision:**
    Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.