# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's September 2024 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

**Alireza Moheb**
# Cash Receipts Detail Report
### September 2024

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|------|-----|------|---------|-----|-------|--------|
| **Sep 24** | | | | | | | |
| | 09/05/2024 | DEP | Franklin Funding | Arthur Cash Collateral DIP | √ | Refund | 2,250.00 |
| | 09/06/2024 | DEP | Chase Bank | General DIP | √ | Interest Income | 1.04 |
| | 09/06/2024 | DEP | Chase Bank | Arthur Cash Collateral DIP | √ | Interest Income | 0.05 |
| | 09/06/2024 | DEP | Chase Bank | Rancho Cash Collateral DIP | √ | Interest Income | 0.01 |
| | 09/06/2024 | DEP | Chase Bank | Sharene Cash Collateral DIP | √ | Interest Income | 0.08 |
| | 09/19/2024 | DEP | Tenant | Arthur Cash Collateral DIP #2 | √ | Arthur Street | 4,850.00 |
| | 09/23/2024 | DEP | Alireza Moheb | General DIP #2 | √ | Management Income for Gas Stations | 7,500.00 |
| **Sep 24** | | | | | | | 14,601.18 |

# Alireza Moheb
## Cash Disbursements Detail Report
### September 2024

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| **Sep 24** | | | | | | |
| 09/03/2024 | EFT | City of Walnut Creek | General DIP | √ | Parking Fee | -0.50 |
| 09/03/2024 | EFT | City of Walnut Creek | General DIP | √ | Parking Fee | -1.50 |
| 09/03/2024 | EFT | Mr. Cooper | General DIP | √ | Rancho Vista | -6,125.68 |
| 09/03/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| 09/03/2024 | EFT | Jared Kaplan | Rancho Cash Collateral DIP | √ | HVAC | -109.00 |
| 09/03/2024 | EFT | Saeed Zarkharidi | Rancho Cash Collateral DIP | √ | HVAC | -54.00 |
| 09/05/2024 | 8408 | US Trustee | General DIP | √ | Quarterly Fee | -250.00 |
| 09/05/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| 09/13/2024 | EFT | Select Portfolio | General DIP #2 | √ | Acalanes Road | -6,579.26 |
| 09/16/2024 | EFT | Select Portfolio | General DIP #2 | √ | Acalanes Road | -6,579.26 |
| 09/17/2024 | EFT | Mr. Cooper | General DIP #2 | √ | Rancho Vista | -1,958.18 |
| 09/17/2024 | EFT | PNC Mortgage | Sharene Cash Collateral DIP #2 | √ | Sharene Lane | -1,748.01 |
| 09/20/2024 | 1001 | Optima Camelview Village | General DIP #2 | √ | HOA Fee | -2,355.40 |
| 09/25/2024 | EFT | Berman Skin Institute | General DIP #2 | √ | Medical Expense | -3.38 |
| 09/30/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP #2 | √ | Arthur | -2,200.00 |
| 09/30/2024 | EFT | Franklin Funding | Arthur Cash Collateral DIP #2 | √ | Arthur | -50.00 |
| **Sep 24** | | | | | | **-32,514.17** |

|  | Sep 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Arthur Cash Collateral DIP #2 | 13,025.17 |
| General DIP #2 | 154,136.24 |
| Rancho Cash Collateral DIP #2 | 1,713.66 |
| Sharene Cash Collateral DIP #2 | 13,127.13 |
| **Total Checking/Savings** | 182,002.20 |
| **Total Current Assets** | 182,002.20 |
| **Fixed Assets** | |
| Personal & Household Items | 15,150.00 |
| Real Estate | 4,875,700.00 |
| Vehicles | 49,081.00 |
| **Total Fixed Assets** | 4,939,931.00 |
| **Other Assets** | |
| E*Trade Morgan Stanley | 4,834.00 |
| **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | **5,126,767.20** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Post-Petition** | |
| Secured Creditors | 1,800.00 |
| **Total Post-Petition** | 1,800.00 |
| Pre-Petition Priority Unsecured | 14,811.83 |
| Pre-Petition Secured Creditors | 3,029,975.97 |
| Pre-Petition Unsecured | 1,800,121.49 |
| **Total Long Term Liabilities** | 4,846,709.29 |
| **Total Liabilities** | 4,846,709.29 |
| **Equity** | |
| Opening Balance Equity | 141,862.31 |
| Net Income | 138,195.60 |
| **Total Equity** | 280,057.91 |
| **TOTAL LIABILITIES & EQUITY** | **5,126,767.20** |

**Alireza Moheb**
# Profit & Loss
### September 2024

| | Sep 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Management Income for Gas Stations** | 7,500.00 |
| **Rental Income** | |
| **Arthur Street** | 4,850.00 |
| **Total Rental Income** | 4,850.00 |
| **Total Income** | 12,350.00 |
| **Expense** | |
| **Medical Expense** | 3.38 |
| **Mortgage** | |
| **Acalanes Road** | 13,158.52 |
| **Arthur** | 6,750.00 |
| **Rancho Vista** | 8,083.86 |
| **Sharene Lane** | 1,748.01 |
| **Total Mortgage** | 29,740.39 |
| **Parking Fee** | 2.00 |
| **Rancho Vista Property** | |
| **HOA Fee** | 2,355.40 |
| **Total Rancho Vista Property** | 2,355.40 |
| **Repairs and Maintenance** | |
| **HVAC** | 163.00 |
| **Total Repairs and Maintenance** | 163.00 |
| **Total Expense** | 32,264.17 |
| **Net Ordinary Income** | -19,914.17 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Income** | 1.18 |
| **Refund** | 2,250.00 |
| **Total Other Income** | 2,251.18 |
| **Other Expense** | |
| **Quarterlly Fee** | 250.00 |
| **Total Other Expense** | 250.00 |
| **Net Other Income** | 2,001.18 |
| **Net Income** | **-17,912.99** |

FOR MONTH ENDED:          9/30/24

## POST-PETITION LIABILITIES

**POST-PETITION ACCOUNTS PAYABLE**              **X**  *Indicate if none*

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| *Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**POST-PETITION PROFESSIONAL FEES**
**& EXPENSES PAYABLE**              **X**  *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Fees/Exp Incurred this Month | 0.00 | | |
| Less:  Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS**
**AND OTHER PARTIES TO EXECUTORY CONTRACTS**          *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 15,275.19 | | |
| Add:  Payments Due this Month | 16,265.20 | 0 - 30 Days | 450.00 |
| Less:  Payments Made this Month | 29,740.39 | 31 - 60 Days | 450.00 |
| Subtotal | 1,800.00 | 61 - 90 Days | 450.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 450.00 |
| Ending Balance | 1,800.00 | | 1,800.00 |

**U.S. TRUSTEE QUARTERLY FEES DUE**          *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 250.00 | | |
| Add:  Fees Due this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 250.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**Alireza Moheb**
# Reconciliation Summary
**General DIP, Period Ending 09/30/2024**

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 170,563.36 |
| **Cleared Transactions** | |
| Checks and Payments - 10 items | -170,564.40 |
| Deposits and Credits - 1 item | 1.04 |
| **Total Cleared Transactions** | -170,563.36 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 09/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |

Case: 24-40713   Doc# 66-1   Filed: 10/24/24   Entered: 10/24/24 17:03:31   Page 7 of 49



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 14, 2024 through September 13, 2024

Account Number:        2829



00322002 DRE 703 219 25824 NNNNNNNNNNN 1 000000000 09
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
GENERAL ACCOUNT
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$167,568.80** |
| Deposits and Additions | 7,501.04 |
| Checks Paid | -2,250.00 |
| ATM & Debit Card Withdrawals | -289.94 |
| Electronic Withdrawals | -8,443.18 |
| Other Withdrawals | -164,086.72 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.04 |
| Interest Paid Year-to-Date | $3.83 |

Please note that this account was closed on 09/06/24.

Case: 24-40713    Doc# 66-1    Filed: 10/24/24    Entered: 10/24/24 17:03:31    Page 8 of 49



**CHASE**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 8407 ^ | 08/26 | |
| 8408 ^ | 09/05 | 250.00 |
| **Total Checks Paid** | | **$2,250.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$167,568.80** |
| 08/15 | | | |
| 08/19 | | | |
| 08/21 | | | |
| 08/22 | | | |
| 08/26 | | | |
| 08/26 | | | 170,563.36 |
| 08/28 | | | |
| | Card 0437 | | |
| 09/03 | Card Purchase 08/31 City of Walnut Creek Walnut Creek CA Card 0437 | -0.50 | 170,562.86 |
| 09/03 | Card Purchase 08/31 City of Walnut Creek Walnut Creek CA Card 0437 | -1.50 | 170,561.36 |
| 09/03 | Nsm Dbamr.Cooper Nsm Dbamr 2609007 Web ID: 0000452701 | -6,125.68 | 164,435.68 |
| 09/05 | Check # 8408 | -250.00 | 164,185.68 |
| 09/06 | Interest Payment | 1.04 | 164,186.72 |
| 09/06 | Card Purchase 09/05 Wf New Acct Dep #000202 Lafayette CA Card 0437 | -100.00 | 164,086.72 |
| 09/06 | 09/06 Withdrawal | -164,085.68 | 1.04 |
| 09/06 | 09/06 Withdrawal | -1.04 | 0.00 |
| | **Ending Balance** | | **$0.00** |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC




**The following are excerpts of the more significant updates to** *Section X. Arbitration; Resolving Disputes* **to be published November 17, 2024:**

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, other actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION?: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1. **Mass Arbitration Filing Requirements:**
     In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2. **Process Arbitrator Appointment:**
     You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.



3.  **Matters To Be Decided by a Process Arbitrator:**
    In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4.  **Mass Arbitration Procedures:**
    Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5.  **Interpretation and Enforcement of Mass Arbitration Provision:**
    Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 5 items | -17,475.48 |
| Deposits and Credits - 4 items | 171,611.72 |
| **Total Cleared Transactions** | 154,136.24 |
| **Cleared Balance** | **154,136.24** |
| **Register Balance as of 09/30/2024** | 154,136.24 |
| **Ending Balance** | 154,136.24 |

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR-IN-POSSESSION GENERAL ACCOUNT
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/5 | $0.00 |
| Deposits/Additions | 171,611.72 |
| Withdrawals/Subtractions | - 17,475.48 |
| **Ending balance on 9/30** | **$154,136.24** |

Account number: **8454**

**ALIREZA MOHEB**
**DEBTOR-IN-POSSESSION GENERAL ACCOUNT**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 9/6 | | eDeposit IN Branch 09/06/24 02:58:02 PM 3157 Danville Blvd Alamo CA | 164,086.72 | | 164,111.72 |
| 9/13 | | Select Portfolio Sps 0028293108 Alireza Moheb | | 6,579.26 | 157,532.46 |
| 9/16 | | Select Portfolio Sps 0028293108 Alireza Moheb | | 6,579.26 | 150,953.20 |
| 9/18 | | Nsm Dbamr.Cooper Nsm Dbamr 240917 8375829 Alireza *Moheb | | 1,958.18 | 148,995.02 |
| 9/20 | 1001 | Check | | 2,355.40 | 146,639.62 |
| 9/23 | | Deposit Made In A Branch/Store | 7,500.00 | | 154,139.62 |
| 9/25 | | Purchase authorized on 09/24 Berman Skin Instit Httpswww.Skin CA S464268557513663 Card 7163 | | 3.38 | 154,136.24 |
| **Ending balance on 9/30** | | | | | **154,136.24** |
| **Totals** | | | **$171,611.72** | **$17,475.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1001 | 9/20 | 2,355.40 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/05/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $500.00 | $25.00 ☐ |



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

---

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement and in the Monthly Service Fee Summary section through Wells Fargo Online® in your Activity Summary or Wells Fargo Mobile® in Routing & Details.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
****Eligibility is based on university and college participation in the Wells Fargo Campus Card program. Ask a banker or visit wellsfargo.com/campuscard for additional details.
*****You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military

Case: 24-40713   Doc# 66-1   Filed: 10/24/24   Entered: 10/24/24 17:03:31   Page 15 of 49



direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.            $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** List outstanding checks, withdrawals, other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



# Reconciliation Summary

**Arthur Cash Collateral DIP, Period Ending 09/30/2024**

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 12,650.12 |
| **Cleared Transactions** | |
| Checks and Payments - 4 items | -14,900.17 |
| Deposits and Credits - 2 items | 2,250.05 |
| **Total Cleared Transactions** | -12,650.12 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 09/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051



00000111 DRE 703 141 26824 NNNNNNNNNNN T 1 000000000 15 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
ARTHUR CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY    Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $12,650.12 |
| Deposits and Additions | 2,250.05 |
| Electronic Withdrawals | -4,500.00 |
| Other Withdrawals | -10,400.17 |
| Ending Balance | $0.00 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $0.17 |

Please note that this account was closed on 09/06/24.



## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|      | Beginning Balance | | $12,650.12 |
| 09/03 | 09/03 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Franklin Funding Danville CA 94506 US Ref:/Time/04:03 Imad: 0903Mmqfmp2M005490 Trn: 3162724247Es | -2,250.00 | 10,400.12 |
| 09/05 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Aba/101000695 Umb Bank, N.A. Ref:/Bnf/Our Ref Jpm240905-011453 Chaseref0419621249Ff Rtn Dtd 09/05/202 4 Trn 3076204249Es As Ref Our Phon E Call For Further Info OR Contac T 1 -855-536-1269 Trn: 2157700249Hh | 2,250.00 | 12,650.12 |
| 09/05 | 09/05 Online Domestic Wire Transfer Via: Umb Bk NA/101000695 A/C: Aba/101205681 Warsaw MO US Ben: Franklin Funding Corp Danville CA 94506 US Imad: 0905Mmqfmp2L007431 Trn: 3076204249Es | -2,250.00 | 10,400.12 |
| 09/06 | Interest Payment | 0.05 | 10,400.17 |
| 09/06 | 09/06 Withdrawal | -10,400.12 | 0.05 |
| 09/06 | 09/06 Withdrawal | -0.05 | 0.00 |
|      | Ending Balance | | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



The following are excerpts of the more significant updates to *Section X. Arbitration; Resolving Disputes* to be published November 17, 2024:

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, whether actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1. **Mass Arbitration Filing Requirements:**
     In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2. **Process Arbitrator Appointment:**
     You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.





3. **Matters To Be Decided by a Process Arbitrator:**

In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4. **Mass Arbitration Procedures:**

Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5. **Interpretation and Enforcement of Mass Arbitration Provision:**

Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 2 items** | -2,250.00 |
| **Deposits and Credits - 4 items** | 15,275.17 |
| **Total Cleared Transactions** | 13,025.17 |
| **Cleared Balance** | **13,025.17** |
| **Register Balance as of 09/30/2024** | 13,025.17 |
| **Ending Balance** | 13,025.17 |

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR IN POSSESSION ARTHUR CCA
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/5 | $0.00 |
| Deposits/Additions | 15,275.17 |
| Withdrawals/Subtractions | - 2,250.00 |
| **Ending balance on 9/30** | **$13,025.17** |

Account number: **8439**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION ARTHUR CCA**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 9/6 | | eDeposit IN Branch 09/06/24 03:05:05 PM 3157 Danville Blvd Alamo CA | 10,400.17 | | 10,425.17 |
| 9/19 | | eDeposit IN Branch 09/19/24 01:28:45 PM 10700 Macarthur Blvd Oakland CA | 4,850.00 | | 15,275.17 |
| 9/30 | | Zelle to Frank Nejat on 09/30 Ref #Pp0Y3Wqz27 Oct Payment | | 2,200.00 | |
| 9/30 | | Zelle to Frank Nejat on 09/30 Ref #Pp0Y3Wr55V | | 50.00 | 13,025.17 |
| **Ending balance on 9/30** | | | | | **13,025.17** |
| **Totals** | | | **$15,275.17** | **$2,250.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/05/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $500.00 | $25.00 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement and in the Monthly Service Fee Summary section through Wells Fargo Online® in your Activity Summary or Wells Fargo Mobile® in Routing & Details.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
****Eligibility is based on university and college participation in the Wells Fargo Campus Card program. Ask a banker or visit wellsfargo.com/campuscard for additional details.
*****You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.

Case: 24-40713    Doc# 66-1    Filed: 10/24/24    Entered: 10/24/24 17:03:31    Page 26 of 49



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.

Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** $ | |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** $ | |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 1,851.65 |
| **Cleared Transactions** | |
| **Checks and Payments - 3 items** | -1,851.66 |
| **Deposits and Credits - 1 item** | 0.01 |
| **Total Cleared Transactions** | -1,851.65 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 09/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 21, 2024 through September 20, 2024

Account Number: **3850**



00028088 DRE 703 141 26524 NNNNNNNNNNN T 1 000000000 14 0000
ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
RANCHO CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,851.65 |
| Deposits and Additions | 0.01 |
| Electronic Withdrawals | -163.00 |
| Other Withdrawals | -1,688.66 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.04 |

Please note that this account was closed on 09/06/24.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,851.65 |
| 09/03 | Zelle Payment To Jared Kaplan Jpm99An1G14N | -109.00 | 1,742.65 |
| 09/03 | Zelle Payment To Saeed 21931831522 | -54.00 | 1,688.65 |
| 09/06 | Interest Payment | 0.01 | 1,688.66 |
| 09/06 | 09/06 Withdrawal | -1,688.65 | 0.01 |
| 09/06 | 09/06 Withdrawal | -0.01 | 0.00 |
| | **Ending Balance** | | **$0.00** |

Case: 24-40713   Doc# 66-1   Filed: 10/24/24   Entered: 10/24/24 17:03:31   Page 30 of 49


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**





**The following are excerpts of the more significant updates to** *Section X. Arbitration; Resolving Disputes* **to be published November 17, 2024:**

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, other actual, potential, canceled, or other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1. **Mass Arbitration Filing Requirements:**
     In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2. **Process Arbitrator Appointment:**
     You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.




3. **Matters To Be Decided by a Process Arbitrator:**
   In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4. **Mass Arbitration Procedures:**
   Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5. **Interpretation and Enforcement of Mass Arbitration Provision:**
   Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

| | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Deposits and Credits - 2 items** | 1,713.66 |
| **Total Cleared Transactions** | 1,713.66 |
| **Cleared Balance** | **1,713.66** |
| **Register Balance as of 09/30/2024** | 1,713.66 |
| **Ending Balance** | 1,713.66 |

Case: 24-40713    Doc# 66-1    Filed: 10/24/24    Entered: 10/24/24 17:03:31    Page 34
of 49

# Wells Fargo Everyday Checking

September 30, 2024 ■ Page 1 of 4



ALIREZA MOHEB
DEBTOR-IN-POSSESSION RANCHO CCA
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/5 | $0.00 |
| Deposits/Additions | 1,713.66 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 9/30** | **$1,713.66** |

Account number: **8520**

**ALIREZA MOHEB**
**DEBTOR-IN-POSSESSION RANCHO CCA**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 9/6 | | eDeposit IN Branch 09/06/24 03:02:52 PM 3157 Danville Blvd Alamo CA | 1,688.66 | | 1,713.66 |
| **Ending balance on 9/30** | | | | | **1,713.66** |
| **Totals** | | | **$1,713.66** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/05/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $500.00 | $25.00 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

## ☑ IMPORTANT ACCOUNT INFORMATION





NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

––––––––––––––––

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

––––––––––––––––

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

––––––––––––––––

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement and in the Monthly Service Fee Summary section through Wells Fargo Online® in your Activity Summary or Wells Fargo Mobile® in Routing & Details.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
****Eligibility is based on university and college participation in the Wells Fargo Campus Card program. Ask a banker or visit wellsfargo.com/campuscard for additional details.
*****You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.

––––––––––––––––

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| Total       | $      |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| Total              | $      |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



# Alireza Moheb
# Reconciliation Summary
### Sharene Cash Collateral DIP, Period Ending 09/30/2024

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 14,850.06 |
|    Cleared Transactions | |
|       Checks and Payments - 1 item | -14,850.14 |
|       Deposits and Credits - 1 item | 0.08 |
|    **Total Cleared Transactions** | -14,850.06 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 09/30/2024** | 0.00 |
| **Ending Balance** | 0.00 |



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 17, 2024 through September 18, 2024

Account Number: 3058

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Para Espanol: | 1-888-262-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00028858 DRE 703 141 26324 NNNNNNNNNNN T 1 000000000 12 0000

ALIREZA MOHEB
DEBTOR IN POSSESSION CASE 24-40713
SHARENE CASH COLL. ACCNT.
831 ACALANES RD
LAFAYETTE CA 94549-3352

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-935-9935.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement.

## CHECKING SUMMARY  Chase Sapphire Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $14,850.06 |
| Deposits and Additions | 0.08 |
| Other Withdrawals | -14,850.14 |
| Ending Balance | $0.00 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $0.14 |

Please note that this account was closed on 09/06/24.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $14,850.06 |
| 09/06 | Interest Payment | 0.08 | 14,850.14 |
| 09/06 | 09/06 Withdrawal | -14,850.06 | 0.08 |
| 09/06 | 09/06 Withdrawal | -0.08 | 0.00 |
| | Ending Balance | | $0.00 |

Case: 24-40713   Doc# 66-1   Filed: 10/24/24   Entered: 10/24/24 17:03:31   Page 40 of 49


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



The following are excerpts of the more significant updates to *Section X. Arbitration; Resolving Disputes* to be published November 17, 2024:

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, other transactions, any product, service, or agreement with us, or interactions of any kind with Chase employees are subject to arbitration.

- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitrate if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-935-9935. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later, will be invalid.

- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.

- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

**Who will pay for costs?:**
Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

**NEW SECTION: What about mass arbitration matters?:**
You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

1. **Mass Arbitration Filing Requirements:**
   In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

2. **Process Arbitrator Appointment:**
   You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.




3.  **Matters To Be Decided by a Process Arbitrator:**
    In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4.  **Mass Arbitration Procedures:**
    Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5.  **Interpretation and Enforcement of Mass Arbitration Provision:**
    Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

**Alireza Moheb**
# Reconciliation Summary
**Sharene Cash Collateral DIP #2, Period Ending 09/30/2024**

|  | Sep 30, 24 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -1,748.01 |
| Deposits and Credits - 2 items | 14,875.14 |
| **Total Cleared Transactions** | 13,127.13 |
| **Cleared Balance** | **13,127.13** |
| **Register Balance as of 09/30/2024** | 13,127.13 |
| **Ending Balance** | 13,127.13 |

Page 1

# Wells Fargo Everyday Checking

September 30, 2024 ■ Page 1 of 5



ALIREZA MOHEB
DEBTOR IN POSSESSION SHARENE CCA
CH11 CASE #24-40713 (NCA
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/5 | $0.00 |
| Deposits/Additions | 14,875.14 |
| Withdrawals/Subtractions | - 1,748.01 |
| **Ending balance on 9/30** | **$13,127.13** |

Account number: **8447**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION SHARENE CCA**
**CH11 CASE #24-40713 (NCA**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 9/6 | | eDeposit IN Branch 09/06/24 03:01:45 PM 3157 Danville Blvd Alamo CA | 14,850.14 | | 14,875.14 |
| 9/17 | | PNC Make A Pmt Loan Pymt 240915 0003814913 Alireza Moheb | | 1,748.01 | 13,127.13 |
| **Ending balance on 9/30** | | | | | **13,127.13** |
| **Totals** | | | **$14,875.14** | **$1,748.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/05/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $500.00 | $25.00 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement and in the Monthly Service Fee Summary section through Wells Fargo Online® in your Activity Summary or Wells Fargo Mobile® in Routing & Details.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
****Eligibility is based on university and college participation in the Wells Fargo Campus Card program. Ask a banker or visit wellsfargo.com/campuscard for additional details.
*****You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.

Case: 24-40713    Doc# 66-1    Filed: 10/24/24    Entered: 10/24/24 17:03:31    Page 47 of 49



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score. Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** $ | ▶      |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** $        | ▶      |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

