

The following constitutes the order of the Court.
Signed: November 20, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ALIREZA MOHEB,

    Debtor.

Case No. 24-40713 CN
Chapter 11

**ORDER SETTING CHAPTER 11 PLAN CONFIRMATION AND CONTINUING STATUS CONFERENCE**

On September 13, 2024, the court ordered the debtor to file and serve a combined plan and disclosure statement by November 15, 2024. Debtor has complied with the court's order. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Chapter 11 Plan confirmation hearing and final hearing on the adequacy of disclosure are set for **February 28, 2025** at **11:00 a.m.** via Tele/Videoconference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

2. Debtor's counsel shall receive ballots by **February 21, 2025.**

3. Any objections to the confirmation of plan shall be filed and served by **February 21, 2025.**

4. Debtor's counsel shall file ballot summary and memoranda in support of plan confirmation by **February 25, 2025.**

***END OF ORDER***

Case No. 24-40713 CN

**COURT SERVICE LIST**

**Alireza Moheb**
831 Acalanes Road
Lafayette, CA 94596

Other recipients are ECF participants.