Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Proposed Attorneys for Debtor*
Alireza Moheb

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>Debtor and Debtor-in-Possession. | Case No. 4:24-bk-40713-CN<br><br>Chapter 11<br><br>*Status Conference:*<br>Date: February 7, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 215<br>1300 Clay Street, 2nd Floor<br>Oakland, CA 94612<br>*Or via ZoomGov* |

**DEBTOR'S STATUS CONFERENCE STATEMENT**

Alireza Moheb, the "Debtor" and "Debtor-in-Possession" ("DIP") in the above-stated Chapter 11 case, hereby submits his <u>third</u> Status Conference Statement, as follows.

**1. Introduction**

The Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. §101 <u>et</u> <u>seq</u>. (the "Bankruptcy Code") on May 14, 2024.

The Debtor is an unmarried individual. He voluntarily surrendered his dental license, due to disability in mid-2021. He is now engaged in the ownership and operation of a rental property business, and he manages his father's gas stations business.

The Debtor owns and operates the following real properties:

| Property | Details |
|---|---|
| SFR - Residence<br><br>831 Acalanes Road<br>Lafayette, CA 94596<br><br>APN 251-140-023-2 | FMV $2,465,700<br><br>1) USB/SPS (sole TD) is owed $843,397 (per POC No. 13)<br><br>2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and Oakland properties) $1,393,967 (per POC No. 12)<br><br>3) Property taxes - current |
| Condo - Rental<br><br>155 Sharene Lane #116<br>Walnut Creek, CA 94596<br><br>APN 178-470-100-3 | FMV $447,000<br><br>1) USB/ PNC (sole TD) is owed $126,088 (per POC No. 4)<br><br>2) HomeStreet (judgment lien – cross collateralized with Lafayette and Oakland properties) $1,393,967 (per POC No. 12)<br><br>3) Property taxes - current<br><br>4) Greenwood Condominium HOA is owed $10,447.29 (arrears) |
| SFR - Rental<br><br>7007 Arthur Street<br>Oakland, CA 94605<br><br>APN 39-3305-12 | FMV $593,000<br><br>1) Franklin Funding Corp (sole TD) is owed approx. $250,000<br><br>2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and Lafayette properties) $1,393,967 (per POC No. 12)<br><br>3) Property taxes - current |
| Condo - Rental<br><br>7157 E. Rancho Vista Drive # 1004 Scottsdale, AZ 85251<br><br>APN 173-33-693 | FMV $780,000<br><br>1) Nationstar Mortgage (sole TD) is owed approx. $310,417 (per POC No. 10)<br><br>2) Property taxes - current |

| | | |
|---|---|---|
| | | 3) Optima Camelview Village Condo HOA is owed $2,261.03 (arrears) |
| | SFR - Rental<br><br>362 Richardson Way<br>Mill Valley, CA 94941<br><br>APN 049-161-26 | FMV $1,000,000<br><br>Debtor has 50% interest with Moheb Family Trust (his parents' trust).<br><br>Debtor is on title only, not on the loan.<br><br>Chase Bank (sole TD) is owed $440,00 (loan is current). |

**2. Progress Since Last Status Conference**

The Debtor timely filed his *Proposed Combined Plan of Reorganization and Disclosure Statement* on November 15, 2024 [Docket No. 73] (the "Plan"). The Court entered an *Order Setting Chapter 11 Plan Confirmation* on November 20, 2024 [Docket No. 74], setting a hearing on Plan confirmation for February 28, 2025, and related dates and deadlines.

Since that time, the Debtor and his father, who is a major financial contributor to the Plan, as set forth in the projected income and expense chart attached to the Plan, have engaged in conversations about the Debtor exploring the sale of some of his real properties to pay down the Homestreet debt (see chart above) and thereby reduce future monthly payments on the balance of the secured debt. As such, the Debtor will voluntarily dismiss the Plan concurrently with the filing of this Status Report.

The Debtor expects to file an amended plan within the next 90-days and to have retained real estate agents/brokers for the anticipated sales by that time.

Dated: January 27, 2025        **RHM LAW LLP**

                 By: /s/ Roksana D. Moradi-Brovia
                    Roksana D. Moradi-Brovia
                    Matthew D. Resnik
                    *Attorneys for Debtor*
                    Alireza Moheb