Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Debtor*
Alireza Moheb

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>Debtor and Debtor-in-Possession. | Case No. 4:24-bk-40713-CN<br><br>Chapter 11<br><br>*Status Conference:*<br>Date: April 18, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 215<br>      1300 Clay Street, 2nd Floor<br>      Oakland, CA 94612<br>      *Or via ZoomGov* |

## DEBTOR'S STATUS CONFERENCE STATEMENT

Alireza Moheb, the "Debtor" and "Debtor-in-Possession" ("DIP") in the above-stated Chapter 11 case, hereby submits his fourth Status Conference Statement, as follows.

**1. Introduction**

The Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. §101 et seq. (the "Bankruptcy Code") on May 14, 2024.

The Debtor owns and operates the following real properties:

| | |
|---|---|
| SFR - Residence<br><br>831 Acalanes Road<br>Lafayette, CA 94596<br><br>APN 251-140-023-2 | FMV $2,465,700<br><br>1) USB/SPS (sole TD) is owed $843,397 (per POC No. 13)<br>2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and Oakland properties) $1,393,967 (per POC No. 12)<br>3) Property taxes - current |
| Condo - Rental<br><br>155 Sharene Lane #116<br>Walnut Creek, CA 94596<br><br>APN 178-470-100-3 | FMV $447,000<br><br>1) USB/ PNC (sole TD) is owed $126,088 (per POC No. 4)<br>2) HomeStreet (judgment lien – cross collateralized with Lafayette and Oakland properties) $1,393,967 (per POC No. 12)<br>3) Property taxes - current<br>4) Greenwood Condominium HOA is owed $10,447.29 (arrears) |
| SFR - Rental<br><br>7007 Arthur Street<br>Oakland, CA 94605<br><br>APN 39-3305-12 | FMV $593,000<br><br>1) Franklin Funding Corp (sole TD) is owed approx. $250,000<br>2) HomeStreet (judgment lien – cross collateralized with Walnut Creek and Lafayette properties) $1,393,967 (per POC No. 12)<br><br>3) Property taxes - current |
| Condo - Rental<br><br>7157 E. Rancho Vista Drive # 1004<br>Scottsdale, AZ 85251<br><br>APN 173-33-693 | FMV $780,000<br><br>1) Nationstar Mortgage (sole TD) is owed approx. $310,417 (per POC No. 10)<br>2) Property taxes - current<br>3) Optima Camelview Village Condo HOA is owed $2,261.03 (arrears) |
| SFR - Rental<br><br>362 Richardson Way<br>Mill Valley, CA 94941<br><br>APN 049-161-26 | FMV $1,000,000<br><br>Debtor has 50% interest with Moheb Family Trust (his parents' trust). He is on title only, not on the loan. Chase Bank (sole TD) is owed $440,00 (loan is current). |

Case: 24-40713   Doc# 112   Filed: 04/10/25   Entered: 04/10/25 17:18:35   Page 2 of 3

2

This case was filed so that the Debtor can reorganize his financial affairs and maximize the value of his assets for the benefit of the estate, after years of litigation with Homestreet Bank.

2. **Progress Since Last Status Conference**

The Debtor timely filed his *Proposed Combined Plan of Reorganization and Disclosure Statement* on November 15, 2024 [Docket No. 73] (the "Plan").

As set forth in the Debtor's last *Status Report* [Docket No. 81], he and his father - who is a major financial contributor to the Plan - thereafter determined that the more appropriate course of action will be for the Debtor to market and sell three of his real properties (Mill Valley, Walnut Creek, Scottsdale) to pay down the Homestreet debt (see chart above) and thereby reduce future monthly payments on the balance of the secured claim. As such, the Debtor voluntarily withdrew the Plan on January 27, 2025 [Docket No. 83].

The Court set a deadline of March 31, 2025 [Docket No. 89] for the Debtor to file applications to employ real estate professionals; the three applications were filed timely [Docket Nos. 93, 96, 99].

Based on the foregoing, the Debtor requests that the Court continue the Status Conference in this case for about 45-day so that his real estate professionals can continue to market the properties for sale.

Dated: April 7, 2025                  **RHM LAW LLP**

                                          **By:**    **/s/ Roksana D. Moradi-Brovia**
                                                    **Roksana D. Moradi-Brovia**
                                                    **Matthew D. Resnik**
                                                    *Attorneys for Debtor*
                                                    Alireza Moheb