**Entered on Docket**
**April 21, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Roksana D. Moradi-Brovia, SBN 266572
Nina Z. Javan, SBN 271392
**RHM LAW LLP**
17609 Ventura Boulevard, Suite 314
Encino, CA 91316
Telephone: (818) 285-0100
Facsimile: (818) 855-7013
Email: nina@rhmfirm.com

Counsel for Debtor ALIREZA MOHEB

**The following constitutes the order of the Court.**
**Signed: April 21, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:

ALIREZA MOHEB,

Debtor and Debtor in Possession.

Case No. 24-bk-40713

Chapter 11

**ORDER (I) AUTHORIZING THE DEBTOR AND DEBTOR IN POSSESSION TO (1) EMPLOY REAL ESTATE BROKER COMPASS THROUGH ITS AGENT DANA WILLIAMS; AND (2) ENTER INTO EXCLUSIVE LISTING AGREEMENT; AND (II) GRANTING RELATED RELIEF**

Upon the application (the "<u>Application</u>", Dkt. No. 96)[1] filed by Debtor and Debtor in Possession Alireza Moheb in the above-captioned Bankruptcy Case, pursuant to sections 105(a), 327(a), 328, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, for the entry of an order (a) authorizing the employment and broker Compass, through its agent Dana Williams, as real estate broker to the Debtor in the Bankruptcy Case, pursuant to the Listing Agreement attached to the concurrently filed Declaration of the Agent (Dkt. No. 97) as **Exhibit "B"**, dated as of March 31, 2025, and (b) authorizing the Debtor to enter into the Listing Agreement, and (c) granting related relief, all as more fully set forth

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

RHM LAW LLP
17609 VENTURA BLVD SUITE 314
ENCINO, CA 91316

in the Application; and upon the Agent and Moheb Declarations submitted in support of the Application; and this Court having reviewed the Application and the Moheb and Agent Declarations; and this Court having found that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order No. 24 (N.D. Cal.), and Rule 5011-1(a) of the Local Rules; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and (c) due and proper notice of the Application was sufficient under the circumstances; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate, creditors, and other parties-in-interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED as set forth in this Order.

2. The Debtor is authorized to retain Compass as its real estate broker, through its agent Dana Williams, effective as of March 31, 2025, under the terms set forth in the Listing Agreement, and the Broker is authorized and directed to perform the services described in the Listing Agreement and Application.

3. The Broker shall be compensated in accordance with the Listing Agreement on a commission basis in accordance with Bankruptcy Code Section 328(a) and shall not be required to maintain time records or file a fee application to receive such compensation.

4. In the event of any inconsistency between the Listing Agreement, the Application, and this Order, this Order shall govern.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable immediately upon its entry.

6. The Debtor is authorized and empowered to take all action necessary to effectuate the relief granted in this Order.

///

2
ORDER APPROVING APPLICATION TO EMPLOY BROKER

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

*** END OF ORDER ***

RHM LAW LLP
17609 VENTURA BLVD SUITE 314
ENCINO, CA 91316

ORDER APPROVING APPLICATION TO EMPLOY BROKER

**COURT SERVICE LIST**

All persons entitled to notice of entry of this Order are ECF registered.

RHM LAW LLP
17609 VENTURA BLVD SUITE 314
ENCINO, CA 91316

Case: 24-40713    Doc# 119    Filed: 04/21/25    Entered: 04/21/25 15:56:41    Page 4 of 4

ORDER APPROVING APPLICATION TO EMPLOY BROKER