SULLIVAN PRATT LLP
Christopher D. Sullivan (SBN 148083)
csullivan@sullivanblackburn.com
Roxanne Bahadurji (SBN 290117)
rbahadurji@sullivanblackburn.com
601 Montgomery Street, Suite 1200
San Francisco, California 94111
Tel: 415.691.4518 | Fax: 415.966.2955

*Proposed Attorneys for Debtor*
ALIREZA MOHEB

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br>ALIREZA MOHEB,<br>Debtor and Debtor-in-Possession | Case No. 24-bk-40713-CN<br>Chapter 11<br>DECLARATION OF AHMAD MOHEB IN SUPPORT OF 1) WAIVER OF CLAIM; AND 2) APPLICATION TO EMPLOY COUNSEL |

I, Ahmad Moheb, declare:

1. I am a listed creditor in the above-entitled chapter 11 bankruptcy case of Alireza Moheb ("Debtor"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. I am the Debtor's father.

3. On information and belief, my son – the Debtor – listed me as a creditor in the amount of $400,000.00 on Schedule E/F because he was required to list all known creditors as part of his bankruptcy case.

4. I hereby waive said claim and all claims against the Debtor and his bankruptcy estate. I waive all pre-and post-petition claims.

5. I gave $75,000.00 to the Debtor's proposed bankruptcy counsel Sullivan Pratt, LLP ("Sullivan Pratt") as a post-petition retainer.

6. Before I gave the $75,000.00 as a post-petition retainer to Sullivan Pratt, I waived any and all claims I have against my son and the bankruptcy estate.

7. I understand and accept that I have not received any consideration and will not receive any consideration in exchange for the $75,000.00. I understand and accept that Sullivan Pratt does not represent me.

8. I also understand that Sullivan Pratt represents the bankruptcy estate and not just the Debtor. Accordingly, I understand and accept that my son and Sullivan Pratt must act as fiduciaries of the estate and in the best interests of all creditors.

9. I also understand that the best interests of the estate may not align with the interests of my son or any interests that I may have.

10. My signature on this declaration confirms the above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8 day of May 2025, at Orinda, CA

*/s/ Ahmad Moheb*
Ahmad Moheb

SULLIVAN PRATT LLP
Christopher D. Sullivan (SBN 148083)
csullivan@sullivanblackburn.com
Roxanne Bahadurji (SBN 290117)
rbahadurji@sullivanblackburn.com
601 Montgomery Street, Suite 1200
San Francisco, California 94111
Tel: 415.691.4518 | Fax: 415.966.2955

*Proposed Attorneys for Debtor*
ALIREZA MOHEB

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE<br><br>ALIREZA MOHEB,<br><br>Debtor and Debtor-in-Possession | Case No. 24-bk-40713-CN<br>Chapter 11<br><br>DECLARATION OF AHMAD MOHEB IN SUPPORT OF 1) WAIVER OF CLAIM; AND 2) APPLICATION TO EMPLOY COUNSEL |

I, Ahmad Moheb, declare:

1. I am a listed creditor in the above-entitled chapter 11 bankruptcy case of Alireza Moheb ("Debtor"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. I am the Debtor's father.

3. On information and belief, my son – the Debtor – listed me as a creditor in the amount of $400,000.00 on Schedule E/F because he was required to list all known creditors as part of his bankruptcy case.

4. I hereby waive said claim and all claims against the Debtor and his bankruptcy estate. I waive all pre-and post-petition claims.

5. I gave $75,000.00 to the Debtor's proposed bankruptcy counsel Sullivan Pratt, LLP ("Sullivan Pratt") as a post-petition retainer.

6. Before I gave the $75,000.00 as a post-petition retainer to Sullivan Pratt. I waived any and all claims I have against my son and the bankruptcy estate.

7. I understand and accept that I have not received any consideration and will not receive any consideration in exchange for the $75,000.00. I understand and accept that Sullivan Pratt does not represent me.

8. I also understand that Sullivan Pratt represents the bankruptcy estate and not just the Debtor. Accordingly, I understand and accept that my son and Sullivan Pratt must act as fiduciaries of the estate and in the best interests of all creditors.

9. I also understand that the best interests of the estate may not align with the interests of my son or any interests that I may have.

10. My signature on this declaration confirms the above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8 day of May 2025, at Orinda, CA

Ahmad Moheb