SULLIVAN PRATT LLP
Christopher D. Sullivan (SBN 148083)
csullivan@sullivanblackburn.com
Roxanne Bahadurji (SBN 290117)
rbahadurji@sullivanblackburn.com
601 Montgomery Street, Suite 1200
San Francisco, California 94111
Tel: 415.691.4518 | Fax: 415.966.2955

*Proposed Attorneys for Debtor*
ALIREZA MOHEB

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In re

ALIREZA MOHEB,

Debtor and Debtor-in-Possession

Case No. 24-bk-40713-CN

Chapter 11

WAIVER OF CLAIM OF AHMAD MOHEB

I, Ahmad Moheb, hereby waive any and all claims that I have or may have against the above-captioned Debtor and/or against the bankruptcy estate of the above-captioned Debtor.

*/s/ Ahmad Moheb*
Ahmad Moheb

SULLIVAN PRATT LLP
Christopher D. Sullivan (SBN 148083)
csullivan@sullivanblackburn.com
Roxanne Bahadurji (SBN 290117)
rbahadurji@sullivanblackburn.com
601 Montgomery Street, Suite 1200
San Francisco, California 94111
Tel: 415.691.4518 | Fax: 415.966.2955

*Proposed Attorneys for Debtor*
ALIREZA MOHEB

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE<br>ALIREZA MOHEB,<br>Debtor and Debtor-in-Possession | Case No. 24-bk-40713-CN<br>Chapter 11<br><br>WAIVER OF CLAIM OF AHMAD MOHEB |

I, Ahmad Moheb, hereby waive any and all claims that I have or may have against the above-captioned Debtor and/or against the bankruptcy estate of the above-captioned Debtor.

[signature]
*Ahmad Moheb*