

SULLIVAN PRATT LLP
Christopher D. Sullivan (SBN 148083)
csullivan@sullivanblackburn.com
Roxanne Bahadurji (SBN 290117)
rbahadurji@sullivanblackburn.com
601 Montgomery Street, Suite 1200
San Francisco, California 94111
Tel: 415.691.4518 | Fax: 415.966.2955
*Proposed Attorneys for Debtor-in Possession*

**The following constitutes the order of the Court.**
**Signed: May 21, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re

ALIREZA MOHEB,

    Debtor and Debtor-in-Possession

Case No. 24-bk-40713-CN

Chapter 11

ORDER APPROVING APPLICATION TO EMPLOY SULLIVAN PRATT LLP AS BANKRUPTCY COUNSEL

Upon consideration of the Application to Employ Sullivan Pratt, LLP as Bankruptcy Counsel (Dkt 127) ("Application") and the supporting documents and declarations, it appearing that the law firm of Sullivan Pratt, LLP ("SP") is qualified to represent the Debtor and the Debtor-in-Possession, the employment of SP is in the best interest of the estate, that SP represents no interest adverse to the estate, that SP is disinterested, and that further notice or opportunity for hearing is not necessary in connection with the Application;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

    1.  The Application is approved;

    2.  The Debtor and Debtor-in-Possession is authorized to employ SP as his counsel pursuant to 11 U.S.C. § 327(a) and under the terms set forth in the Application; and

///

3. SP shall not withdraw from this representation absent order of the Court.

*** END OF ORDER***

**Court Service List**

All persons entitled to notice of entry of this Order are ECF registered.

Case: 24-40713    Doc# 134    Filed: 05/21/25    Entered: 05/21/25 14:25:02    Page 3 of 3