**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re: ) Bankruptcy No.: 24-40713
ALIREZA MOHEB ) R.S. No.:
) Hearing Date: 11/12/2025
) Time: 10:00 a.m.
Debtor(s) )
_____ )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 05/14/2024                                    Chapter: 11
     Prior hearings on this obligation: Not Applicable                  Last Day to File §523/§727 Complaints: 08/09/24

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):
     Secured Creditor [ ] or lessor [ ]
     Fair market value: $_____    Source of value: _____
     Contract Balance: $_____     Pre-Petition Default: $_____
     Monthly Payment: $_____                No. of months: _____
     Insurance Advance: $_____    Post-Petition Default: $_____
                                                    No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

     Fair market value: $_____ Source of value:_____ If appraisal, date: _____

     Moving Party's position (first trust deed, second, abstract, etc.):

     Approx. Bal. $_____              Pre-Petition Default: $_____
     As of (date): _____                      No. of months: _____
     Mo. payment: $_____              Post-Petition Default: $_____
     Notice of Default (date): _____          No. of months: _____
     Notice of Trustee's Sale:_____   Advances Senior Liens: $_____

     Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

(D)  Other pertinent information: Debtor seeks relief from automatic stay for cause under 11 USC section 362(d)(1) to allow him to move the Superior Court County of Alameda for an order setting aside and vacating the judgment entered against him in favor of HomeStreet Bank in the case, *HomeStreet Bank v. Moheb DMD, Inc, Media DDS, LLC, Alireza Moheb*, Case No. RG20066154. Judgment in that case was a result of attorney misconduct and abandonment, and Debtor seeks to file a motion to vacate and set aside the judgment.

Dated: October 29, 2025                                          */s/ Christoper D. Sullivan*
                                                                        Signature

                                                                 Christopher D. Sullivan
                                                                 Print or Type Name

Case: 24-40713   Doc# 149   Filed: 10/29/25   Entered: 10/29/25 10:22:49   Page 1 of 2

Attorney for Debtor, Alireza Moheb