DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Secured Creditor
MECHANICS BANK

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re | Case No. 24-40713 |
|---|---|
| ALIREZA MOHEB, | Chapter 11 |
| Debtor. | **MECHANICS BANK'S LIMITED OBJECTION TO DEBTOR-IN-POSSESSION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: November 12, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>        1300 Clay Street<br>        Oakland, California 94612 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Secured creditor Mechanics Bank ("Mechanics"), as successor in interest to HomeStreet Bank ("HomeStreet") by merger,[1] hereby submits this limited objection (the "Limited Objection") to the *Debtor-in-Possession's Motion for Relief from the Automatic Stay* (the "Motion"), ECF No. 147, filed by the debtor and debtor in possession Alireza Moheb ("Moheb" or the "Debtor"). In support of the Limited Objection, Mechanics respectfully represents as follows:

## I.   ARGUMENT

By the Motion, the Debtor seeks relief from the automatic stay in order to pursue a motion to vacate the judgment entered by the Superior Court of California for the County of Alameda (the "Alameda Court") in the civil action captioned as *HomeStreet Bank v. Moheb DMD, Inc., et al.* and bearing Case No. RG20066154 (the "Alameda Action").  The judgment at issue is one entered by the Alameda Court on December 20, 2022, in favor of HomeStreet and against the defendants in the Alameda Action, including the Debtor (the "Judgment"), which, among other things, awarded HomeStreet a money judgment against the Debtor in the amount of $3,069,563.28 (which was the basis for HomeStreet's filed claim in this bankruptcy case).

While Mechanics, as HomeStreet's successor, strenuously opposes the relief that the Debtor would be seeking in the Alameda Action (and it is unclear whether the Debtor can even pursue such relief after already attempting to present a motion to vacate the Judgment to the Alameda Court[2] and also pursuing a since-dismissed appeal of the Judgment), Mechanics acknowledges that this Court is not the appropriate forum for the parties to litigate the merits of the Debtor's proposed motion to vacate the Judgment that would be filed in the Alameda Action. However, Mechanics anticipates that whatever motion is ultimately presented in the Alameda Action may rise to the level of a frivolous filing subject to sanctions under § 128.7 of the California Code of Civil Procedure (i.e., the California statutory equivalent to Rule 9011 of the Federal Rules of Bankruptcy Procedure).  Accordingly, if the Court is inclined to grant the

---

[1]   Effective September 2, 2025, HomeStreet Bank merged with and into Mechanics Bank.

[2]   On or about June 20, 2023, the Debtor served a motion to vacate the Judgment and the related supporting papers on HomeStreet, but the only document filed by the Debtor with the Alameda Court was a declaration in support of that motion.  Accordingly, the Debtor's motion was never heard by the Alameda Court.

Debtor's Motion, Mechanics requests that any order also modify the automatic stay to permit Mechanics to pursue sanctions against the Debtor in connection with anything filed by the Debtor in the Alameda Action. To the extent that monetary sanctions are ordered against the Debtor and made payable to Mechanics, Mechanics would not enforce any sanctions order against the Debtor or his bankruptcy estate but would instead file in this Court a motion for payment of the sanctions award as an administrative expense.

## II. CONCLUSION

For the foregoing reasons, Mechanics respectfully requests that the Court enter an order sustaining the Limited Objection and providing for such and further relief as the Court deems appropriate under the circumstances.

Dated: November 10, 2025

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
MATTHEW D. PHAM

By: _____ /s/ Matthew D. Pham _____
MATTHEW D. PHAM
Attorneys for Secured Creditor
MECHANICS BANK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 865 South Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On November 10, 2025, I used the U.S. Bankruptcy Court for the Northern District of California's Electronic Case Filing System, to file the following document(s):

MECHANICS BANK'S LIMITED OBJECTION TO DEBTOR-IN-POSSESSION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

Via Messenger Service Nationwide Legal, Inc., service via personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 10, 2025, at Los Angeles, California.

/s/ Patricia Morris
Patricia Morris