# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's September 2025 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Accounts Receivable Aging

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

# Alireza Moheb
## Cash Receipts Detail Report
### September 2025

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Sep 25** | | | | | | | |
| | 09/19/2025 | DEP | Tenant | Arthur Cash Collateral DIP | √ | Rental Income | 4,850.00 |
| **Sep 25** | | | | | | | 4,850.00 |

Case: 24-40713    Doc# 162-1    Filed: 11/26/25    Entered: 11/26/25 04:55:52    Page 2 of 35

# Alireza Moheb
## Cash Disbursements Detail Report
### September 2025

| Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| **Sep 25** | | | | | | |
| 09/02/2025 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| 09/05/2025 | EFT | PNC Mortgage | General DIP | √ | Sharene Lane | -5,337.36 |
| 09/08/2025 | EFT | Kae | General DIP | √ | House Cleaning | -370.00 |
| 09/11/2025 | EFT | Rushmore Servicing | Rancho Cash Collateral DIP | √ | Rancho Vista | -7,832.83 |
| 09/16/2025 | EFT | Select Portfolio | General DIP | √ | Acalanes Road | -6,351.60 |
| 09/30/2025 | EFT | Wells Fargo | Sharene Cash Collateral DIP | √ | Bank Service Charges | -10.00 |
| **Sep 25** | | | | | | **-22,151.79** |

Case: 24-40713     Doc# 162-1     Filed: 11/26/25     Entered: 11/26/25 04:55:52     Page 3 of 35

# Alireza Moheb
# Balance Sheet
### As of September 30, 2025

| | Sep 30, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Arthur Cash Collateral DIP** | 42,262.31 |
| **General DIP** | 122,987.52 |
| **Rancho Cash Collateral DIP** | 3,598.57 |
| **Sharene Cash Collateral DIP** | 266.06 |
| **Total Checking/Savings** | 169,114.46 |
| **Other Current Assets** | |
| **Accounts Receivable** | 7,500.00 |
| **Total Other Current Assets** | 7,500.00 |
| **Total Current Assets** | 176,614.46 |
| **Fixed Assets** | |
| **Personal & Household Items** | 15,150.00 |
| **Real Estate** | 4,875,700.00 |
| **Vehicles** | 49,081.00 |
| **Total Fixed Assets** | 4,939,931.00 |
| **Other Assets** | |
| **E\*Trade Morgan Stanley** | 4,834.00 |
| **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | **5,121,379.46** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Quarterly Fees** | 0.62 |
| **Total Other Current Liabilities** | 0.62 |
| **Total Current Liabilities** | 0.62 |
| **Long Term Liabilities** | |
| **Post-Petition** | |
| **Legal Fees** | 83,610.22 |
| **Secured Creditors** | 23,270.32 |
| **Total Post-Petition** | 106,880.54 |
| **Pre-Petition Priority Unsecured** | 14,811.83 |
| **Pre-Petition Secured Creditors** | 3,029,975.97 |
| **Pre-Petition Unsecured** | 1,800,121.49 |
| **Total Long Term Liabilities** | 4,951,789.83 |
| **Total Liabilities** | 4,951,790.45 |
| **Equity** | |
| **Opening Balance Equity** | 44,281.15 |
| **Owners Equity** | 143,421.62 |
| **Net Income** | -18,113.76 |
| **Total Equity** | 169,589.01 |
| **TOTAL LIABILITIES & EQUITY** | **5,121,379.46** |

|  | Sep 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | 4,850.00 |
| **Total Income** | 4,850.00 |
| **Expense** | |
| **Bank Service Charges** | 10.00 |
| **Mortgage** | |
| **Acalanes Road** | 6,351.60 |
| **Arthur** | 2,250.00 |
| **Rancho Vista** | 7,832.83 |
| **Sharene Lane** | 5,337.36 |
| **Total Mortgage** | 21,771.79 |
| **Sharene  Ln** | |
| **House Cleaning** | 370.00 |
| **Total Sharene Lane** | 370.00 |
| **Total Expense** | 22,151.79 |
| **Net Ordinary Income** | -17,301.79 |
| **Net Income** | **-17,301.79** |

FOR MONTH ENDED: _____9/30/25_____

## ACCOUNTS RECEIVABLE

_____ *Indicate if none*

| | | | Aging of Pre Petition and Post-Petition Accounts Receivable |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: New Receivables for this Month | 7,500.00 | 0 - 30 Days | 7,500.00 |
| Less: Amounts Collected this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 7,500.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 7,500.00 | | 7,500.00 |
| Less: Allowance for Doubtful Accounts | 0.00 | | |
| Accounts Receivable, Net | 7,500.00 | | |

FOR MONTH ENDED: _____9/30/25_____

## POST-PETITION LIABILITIES

### POST-PETITION ACCOUNTS PAYABLE                    X  *Indicate if none*

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add: Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| *Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

### POST-PETITION PROFESSIONAL FEES
### & EXPENSES PAYABLE                    _____ *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 83,610.22 | | |
| Add: Fees/Exp Incurred this Month | 0.00 | | |
| Less: Payments Made this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 83,610.22 | 61 - 90 Days | 0.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 83,610.22 |
| Ending Balance | 83,610.22 | | 83,610.22 |

### POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS      _____ *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 31,268.51 | | |
| Add: Payments Due this Month | 13,773.60 | 0 - 30 Days | 1,468.00 |
| Less: Payments Made this Month | 21,771.79 | 31 - 60 Days | 1,468.00 |
| Subtotal | 23,270.32 | 61 - 90 Days | 1,468.00 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 18,866.32 |
| Ending Balance | 23,270.32 | | 23,270.32 |

### U.S. TRUSTEE QUARTERLY FEES DUE              _____ *Indicate if none*

| | | Post-Petition Aging | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.62 | | |
| Add: Fees Due this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less: Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.62 | 61 - 90 Days | 0.62 |
| Adjustments (+/-) *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.62 | | 0.62 |

|  | Sep 30, 25 |
|---|---|
| **Beginning Balance** | 135,046.48 |
|   **Cleared Transactions** | |
|     **Checks and Payments - 3 items** | -12,058.96 |
|   **Total Cleared Transactions** | -12,058.96 |
| **Cleared Balance** | **122,987.52** |
| **Register Balance as of 09/30/2025** | 122,987.52 |
| **Ending Balance** | 122,987.52 |

Case: 24-40713   Doc# 162-1   Filed: 11/26/25   Entered: 11/26/25 04:55:52   Page 8 of 35

# Wells Fargo Everyday Checking



ALIREZA MOHEB
GENERAL ACCOUNT
DEBTOR-IN-POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $135,046.48 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 12,058.96 |
| **Ending balance on 9/30** | **$122,987.52** |

Account number: **8454 (primary account)**

**ALIREZA MOHEB**
**GENERAL ACCOUNT**
**DEBTOR-IN-POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | PNC Make A Pmt Loan Pymt 250826 0003814913 Alireza Moheb | | 5,337.36 | 129,709.12 |
| 9/8 | | Zelle to Kae on 09/06 Ref # Wfct0Z7Zzbcx | | 370.00 | 129,339.12 |
| 9/16 | | Select Portfolio Sps 0028293108 Alireza Moheb | | 6,351.60 | 122,987.52 |
| **Totals** | | | **$0.00** | **$12,058.96** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $500.00 | $122,987.52 ☑ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION





We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Starting November 10, 2025, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first day of the next fee period.

Due to this change in timing, your first statement after November 10, 2025, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

_____

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

_____

Updates to your Everyday Checking account
In addition to the changes we shared in your August statement, the monthly service fee will be $15 for fee periods that begin on or after November 29, 2025.

Reminder: You can avoid the monthly service fee when you meet any one of the following conditions for fee periods that begin on or after October 25, 2025 (1):
- Most used: $500 or more in total qualifying (2) electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both (3)
- Updated: $1,500 minimum daily balance (increased from $500)
- A primary account owner who is 17 to 24 years old (4)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (5)

The $15 fee ($10 for fee periods before November 29, 2025) will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.

For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?
If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
2. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
3. On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.
4. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
5. Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.



----

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

----

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
| Account Balance Calculation Worksheet | | | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement.. . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . . $ _____

| | | Total $ |
|---|---|---|

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



# Reconciliation Summary
### Arthur Cash Collateral DIP, Period Ending 09/30/2025

|  | Sep 30, 25 |
|---|---|
| **Beginning Balance** | 39,662.31 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -2,250.00 |
| Deposits and Credits - 1 item | 4,850.00 |
| **Total Cleared Transactions** | 2,600.00 |
| **Cleared Balance** | **42,262.31** |
| **Register Balance as of 09/30/2025** | 42,262.31 |
| **Ending Balance** | 42,262.31 |

Case: 24-40713    Doc# 162-1    Filed: 11/26/25    Entered: 11/26/25 04:55:52    Page 15 of 35

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR IN POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.

Case: 24-40713   Doc# 162-1   Filed: 11/26/25   Entered: 11/26/25 04:55:52   Page 16 of 35



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $39,662.31 |
| Deposits/Additions | 4,850.00 |
| Withdrawals/Subtractions | - 2,250.00 |
| **Ending balance on 9/30** | **$42,262.31** |

Account number: **8439 (primary account)**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Zelle to Frank Nejat on 09/02 Ref # Wfct0Z7Mmw64 | | 2,250.00 | 37,412.31 |
| 9/19 | | eDeposit IN Branch 09/19/25 12:29:11 PM 10700 Macarthur Blvd Oakland CA | 4,850.00 | | 42,262.31 |
| **Totals** | | | **$4,850.00** | **$2,250.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $37,412.31 ☑ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

## ✔ IMPORTANT ACCOUNT INFORMATION

We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Starting November 10, 2025, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first day of the next fee period.



Due to this change in timing, your first statement after November 10, 2025, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

---

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

Updates to your Everyday Checking account
In addition to the changes we shared in your August statement, the monthly service fee will be $15 for fee periods that begin on or after November 29, 2025.

Reminder: You can avoid the monthly service fee when you meet any one of the following conditions for fee periods that begin on or after October 25, 2025 (1):
- Most used: $500 or more in total qualifying (2) electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both (3)
- Updated: $1,500 minimum daily balance (increased from $500)
- A primary account owner who is 17 to 24 years old (4)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (5)

The $15 fee ($10 for fee periods before November 29, 2025) will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.

For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?
If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
2. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
3. On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.
4. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
5. Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement.. . . . . . . . . . . . . .   $_____

### ADD
B. Any deposits listed in your                        $_____
register or transfers into                            $_____
your account which are not                            $_____
shown on your statement.                          + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .   $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



|  | Sep 30, 25 |
|---|---|
| **Beginning Balance** | 11,431.40 |
|   **Cleared Transactions** | |
|     Checks and Payments - 1 item | -7,832.83 |
|   **Total Cleared Transactions** | -7,832.83 |
| **Cleared Balance** | **3,598.57** |
| **Register Balance as of 09/30/2025** | 3,598.57 |
| **Ending Balance** | 3,598.57 |

Case: 24-40713   Doc# 162-1   Filed: 11/26/25   Entered: 11/26/25 04:55:52   Page 22 of 35

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR-IN-POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $11,431.40 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 7,832.83 |
| **Ending balance on 9/30** | **$3,598.57** |

Account number:  **8520  (primary account)**

**ALIREZA MOHEB**
**DEBTOR-IN-POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/11 | | Rushmore Rushmore 250910 0007349 Alireza *Moheb | | 7,832.83 | 3,598.57 |
| **Totals** | | | **$0.00** | **$7,832.83** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $3,598.57 √ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Starting November 10, 2025, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first day of the next fee period.



Due to this change in timing, your first statement after November 10, 2025, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

---

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

Updates to your Everyday Checking account
In addition to the changes we shared in your August statement, the monthly service fee will be $15 for fee periods that begin on or after November 29, 2025.

Reminder: You can avoid the monthly service fee when you meet any one of the following conditions for fee periods that begin on or after October 25, 2025 (1):
- Most used: $500 or more in total qualifying (2) electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both (3)
- Updated: $1,500 minimum daily balance (increased from $500)
- A primary account owner who is 17 to 24 years old (4)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (5)

The $15 fee ($10 for fee periods before November 29, 2025) will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.

For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?
If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
2. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
3. On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.
4. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
5. Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total $ | | |

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . $ _____

### ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . . $ _____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



|  | Sep 30, 25 |
|---|---|
| **Beginning Balance** | 276.06 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -10.00 |
| **Total Cleared Transactions** | -10.00 |
| **Cleared Balance** | **266.06** |
| Register Balance as of 09/30/2025 | 266.06 |
| **Ending Balance** | 266.06 |

Case: 24-40713    Doc# 162-1    Filed: 11/26/25    Entered: 11/26/25 04:55:52    Page 29
of 35

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR IN POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $276.06 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 9/30** | **$266.06** |

Account number: **8447 (primary account)**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/30 | | Monthly Service Fee | | 10.00 | 266.06 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $276.06 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Starting November 10, 2025, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first day of the next fee period.



Due to this change in timing, your first statement after November 10, 2025, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

---

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

Updates to your Everyday Checking account
In addition to the changes we shared in your August statement, the monthly service fee will be $15 for fee periods that begin on or after November 29, 2025.

Reminder: You can avoid the monthly service fee when you meet any one of the following conditions for fee periods that begin on or after October 25, 2025 (1):
- Most used: $500 or more in total qualifying (2) electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both (3)
- Updated: $1,500 minimum daily balance (increased from $500)
- A primary account owner who is 17 to 24 years old (4)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (5)

The $15 fee ($10 for fee periods before November 29, 2025) will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.

For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?
If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
2. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
3. On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.
4. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
5. Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement.. . . . . . . . . . . . . . $ _____

### ADD
B. Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

