1   CHRISTOPHER D. SULLIVAN (148083)
    ROXANNE BAHADURJI (290117)
2   **SULLIVAN PRATT LLP**
3   601 Montgomery Street, Suite 525
    San Francisco, CA 94111
4   Phone: (415) 691-4518
    Email: csullivan@sullivanblackburn.com
5         rbahadurji@sullivanblackburn.com

6   Attorneys for Debtor and Debtor-in-Possession

7

8                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                         OAKLAND DIVISION

10  In re:                              |   Case No.: 24-bk-40713-CN

11

12  ALIREZA MOHEB                       |   Chapter 11

13  Debtor and Debtor-in-Possession.

14                                          **STATUS CONFERENCE STATEMENT**

15                                          Date: December 19, 2025
                                            Time: 11:00 a.m.
16                                          Place: Courtroom 215
                                                  1300 Clay Street
17                                                  Oakland, CA 94612

18

19          Alireza Moheb, Debtor-in-Possession herein ("Debtor") submits this Status Conference

20  Statement to provide the Court with an update on the status of the litigation before the Alameda

21  Superior Court.

22          1.      The *Order Granting Debtor-in-Possession's Motion For Relief From The Automatic

23  Stay* was entered on November 19, 2025 ("Order"). The Order allowed the Debtor to take action

24  to vacate or set aside the judgment that was entered against him in the case *HomeStreet Bank v.

    Moheb DMD, Inc., Media DDS, LLC*, *Alireza Moheb*, Case No. RG20066154 pending in
25
    Alameda Superior Court.
26
            2.      This Court held a status conference on November 20, 2025, at which time the Court
27

28                                              -1-

inquired as to the status of the Debtor's efforts to vacate the judgment.

3.    On December 16, 2025, the Debtor filed and served the following documents with respect to his efforts to vacate the judgment:

- *Notice of Motion and Motion to Vacate Judgment*; *Memorandum of Points and Authorities*
- *Declaration of David A. Bovino, Esq. In Support of Defendants' Motion to Vacate Judgment*;
- *Declaration of Alireza Moheb In Support of Defendants' Motion to Vacate Judgment*;
- *Appendix of Evidence In Support of Defendants' Motion to Vacate Judgment*; and
- *Proposed Order*

True and correct copies of the papers are attached as exhibits to the Declaration of David Bovino filed concurrently filed herewith. Mr. Bovino's declaration details the merits of the *Motion to Vacate Judgment*.

4.    A hearing on the *Motion to Vacate Judgment* is set for April 9, 2026. This was the earliest date available based on the Alameda Superior Court's calendar. The Debtor is hopeful that now that the *Motion to Vacate Judgment* is filed, it will serve as a platform for negotiations with HomeStreet Bank (now Mechanics Bank).

5.    Since the last status conference, the Debtor has filed his September and October Monthly Operating Reports.

Dated: December 16, 2025                    SULLIVAN PRATT LLP


                                                          */s/ Christopher D. Sullivan*
                                                          Christopher D. Sullivan
                                                          Attorneys for Debtor-in-Possession

-2-