# Alireza Moheb
# Supporting Documentation

**Attached are the following supporting documents for Alireza Moheb's February 2026 MOR :**

Statements of cash receipts and disbursements

Balance Sheet

Profit Loss Statement

Accounts Receivable Aging

Post-Petition Liabilities Aging

Bank statements and bank reconciliations for the reporting period

# Alireza Moheb
# Cash Reciepts Detail Report
### February 2026

| Date | Num | Name | Account | Clr | Split | Amount |
|------|-----|------|---------|-----|-------|--------|
| **Feb 26** | | | | | | |
| 02/18/2026 | DEP | Tenant | Arthur Cash Collateral DIP | √ | Arthur Street | 4,850.00 |
| **Feb 26** | | | | | | 4,850.00 |

Case: 24-40713    Doc# 176-1    Filed: 04/06/26    Entered: 04/06/26 14:11:15    Page 2 of 30

# Alireza Moheb
# Cash Disbursements Detail Report
## February 2026

| | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Feb 26** | | | | | | | |
| | 02/02/2026 | EFT | Franklin Funding | Arthur Cash Collateral DIP | √ | Arthur | -2,250.00 |
| * | 02/03/2026 | EFT | Dr Khakpur | Arthur Cash Collateral DIP | √ | Dental Expense | -1,700.00 |
| * | 02/03/2026 | EFT | Amy | Arthur Cash Collateral DIP | √ | Dental Expense | -467.00 |
| | 02/18/2026 | EFT | Select Portfolio | General DIP | √ | Acalanes Road | -6,351.60 |
| | 02/20/2026 | EFT | Debbie Tyrell | General DIP | √ | Bookkeeping | -2,000.00 |
| **Feb 26** | | | | | | | **-12,768.60** |

\* These transactions, totaling $2,167.00 were paid out of the wrong account.  This account will be reimbursed from the General DIP in March.

Case: 24-40713     Doc# 176-1     Filed: 04/06/26     Entered: 04/06/26 14:11:15     Page 3 of 30

## Alireza Moheb
# Balance Sheet
### As of February 28, 2026

|  | Feb 28, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Arthur Cash Collateral DIP** | 53,095.31 |
| **General DIP** | 99,658.45 |
| **Rancho Cash Collateral DIP** | 3,598.57 |
| **Sharene Cash Collateral DIP** | 253.06 |
| **Total Checking/Savings** | 156,605.39 |
| **Other Current Assets** | |
| **Accounts Receivable** | 22,500.00 |
| **Total Other Current Assets** | 22,500.00 |
| **Total Current Assets** | 179,105.39 |
| **Fixed Assets** | |
| **Personal & Household Items** | 15,150.00 |
| **Real Estate** | 4,875,700.00 |
| **Vehicles** | 49,081.00 |
| **Total Fixed Assets** | 4,939,931.00 |
| **Other Assets** | |
| **E*Trade Morgan Stanley** | 4,834.00 |
| **Total Other Assets** | 4,834.00 |
| **TOTAL ASSETS** | **5,123,870.39** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Quarterly Fees** | 250.62 |
| **Total Other Current Liabilities** | 250.62 |
| **Total Current Liabilities** | 250.62 |
| **Long Term Liabilities** | |
| **Post-Petition** | |
| **Legal Fees** | 93,184.34 |
| **Property Taxes** | 2,086.81 |
| **Secured Creditors** | 41,510.32 |
| **Total Post-Petition** | 136,781.47 |
| **Pre-Petition Priority Unsecured** | 14,811.83 |
| **Pre-Petition Secured Creditors** | 3,029,975.97 |
| **Pre-Petition Unsecured** | 1,800,121.49 |
| **Total Long Term Liabilities** | 4,981,690.76 |
| **Total Liabilities** | 4,981,941.38 |
| **Equity** | |
| **Opening Balance Equity** | 29,130.22 |
| **Owners Equity** | 143,421.62 |
| **Net Income** | -30,622.83 |

Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 4 of 30

|  | Feb 28, 26 |
|---|---|
| **Total Equity** | 141,929.01 |
| **TOTAL LIABILITIES & EQUITY** | **5,123,870.39** |

|  | Feb 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| **Arthur Street** | 4,850.00 |
| **Total Rental Income** | 4,850.00 |
| **Total Income** | 4,850.00 |
| **Expense** | |
| **Dental Expense** | 2,167.00 |
| **Mortgage** | |
| **Acalanes Road** | 6,351.60 |
| **Arthur** | 2,250.00 |
| **Total Mortgage** | 8,601.60 |
| **Total Expense** | 10,768.60 |
| **Net Ordinary Income** | -5,918.60 |
| **Other Income/Expense** | |
| **Other Expense** | |
| **Bookkeeping** | 2,000.00 |
| **Total Other Expense** | 2,000.00 |
| **Net Other Income** | -2,000.00 |
| **Net Income** | **-7,918.60** |

FOR MONTH ENDED: _____2/28/26_____

## ACCOUNTS RECEIVABLE

_____ *Indicate if none*

|  |  |  | **Aging of Pre Petition and Post-Petition Accounts Receivable** |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 15,000.00 |  |  |
| Add:  New Receivables for this Month | 7,500.00 | 0 - 30 Days | 7,500.00 |
| Less:  Amounts Collected this Month | 0.00 | 31 - 60 Days | 7,500.00 |
| Subtotal | 22,500.00 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 7,500.00 |
| Ending Balance | 22,500.00 |  | 22,500.00 |
| Less: Allowance for Doubtful Accounts | 0.00 |  |  |
| Accounts Receivable, Net | 22,500.00 |  |  |

FOR MONTH ENDED:      2/28/26

## POST-PETITION LIABILITIES

**POST-PETITION ACCOUNTS PAYABLE**      **X** *Indicate if none*

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 0.00 | | |
| Add:  Debts Incurred this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 0.00 | 61 - 90 Days | 0.00 |
| *Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.00 |
| Ending Balance | 0.00 | | 0.00 |

**POST-PETITION PROFESSIONAL FEES**
 **& EXPENSES PAYABLE**      *Indicate if none*

Post-Petition
Aging

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 83,610.22 | | |
| Add:  Fees/Exp Incurred this Month | 9,574.12 | | |
| Less:  Payments Made this Month | 0.00 | 0 - 30 Days | 9,574.12 |
| Less:  Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 0.00 |
| Subtotal | 93,184.34 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 83,610.22 |
| Ending Balance | 93,184.34 | | 93,184.34 |

**POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS**
**AND OTHER PARTIES TO EXECUTORY CONTRACTS**      *Indicate if none*

Post-Petition
Aging

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 38,425.13 | | |
| Add:  Payments Due this Month | 13,773.60 | 0 - 30 Days | 5,172.00 |
| Less:  Payments Made this Month | 8,601.60 | 31 - 60 Days | 5,172.00 |
| Subtotal | 43,597.13 | 61 - 90 Days | 5,300.81 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 27,952.32 |
| Ending Balance | 43,597.13 | | 43,597.13 |

**U.S. TRUSTEE QUARTERLY FEES DUE**      *Indicate if none*

Post-Petition
Aging

| | | | |
|---|---|---|---|
| Ending Balance Reported in Prior Month | 250.62 | | |
| Add:  Fees Due this Month | 0.00 | 0 - 30 Days | 0.00 |
| Less:  Payments Made this Month | 0.00 | 31 - 60 Days | 250.00 |
| Subtotal | 250.62 | 61 - 90 Days | 0.00 |
| Adjustments (+/-)  *(Explanation Required)* | 0.00 | 90+ Days | 0.62 |
| Ending Balance | 250.62 | | 250.62 |

|  | Feb 28, 26 |
|---|---|
| **Beginning Balance** | 108,010.05 |
| **Cleared Transactions** |  |
| **Checks and Payments - 2 items** | -8,351.60 |
| **Total Cleared Transactions** | -8,351.60 |
| **Cleared Balance** | **99,658.45** |
| **Register Balance as of 02/28/2026** | 99,658.45 |
| **Ending Balance** | 99,658.45 |

Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 9 of 30

# Wells Fargo Everyday Checking



ALIREZA MOHEB
GENERAL ACCOUNT
DEBTOR-IN-POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.

Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 10 of 30



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $108,010.05 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 8,351.60 |
| **Ending balance on 2/28** | **$99,658.45** |

Account number:  8454  (primary account)

**ALIREZA MOHEB**
**GENERAL ACCOUNT**
**DEBTOR-IN-POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/18 | | Select Portfolio Sps 0028293108 Alireza Moheb | | 6,351.60 | 101,658.45 |
| 2/20 | | Zelle to Tyrell Debbie on 02/20 Ref # Wfct0Ztmd6Dv | | 2,000.00 | 99,658.45 |
| **Totals** | | | **$0.00** | **$8,351.60** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $1,500.00 | $99,658.45 ☑ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.


Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 11 of 30



Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total $ | |

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement.. . . . . . . . . . . . . . . $_____

ADD
B. Any deposits listed in your          $_____
register or transfers into             $_____
your account which are not             $_____
shown on your statement.            + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . - $_____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . . $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



**Alireza Moheb**
# Reconciliation Summary
### Arthur Cash Collateral DIP, Period Ending 02/28/2026

|  | Feb 28, 26 |
|---|---|
| **Beginning Balance** | 52,662.31 |
|    **Cleared Transactions** | |
|       **Checks and Payments - 3 items** | -4,417.00 |
|       **Deposits and Credits - 1 item** | 4,850.00 |
|    **Total Cleared Transactions** | 433.00 |
| **Cleared Balance** | **53,095.31** |
| **Register Balance as of 02/28/2026** | 53,095.31 |
| **Ending Balance** | 53,095.31 |

Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 15 of 30



ALIREZA MOHEB
DEBTOR IN POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $52,662.31 |
| Deposits/Additions | 4,850.00 |
| Withdrawals/Subtractions | - 4,417.00 |
| **Ending balance on 2/28** | **$53,095.31** |

Account number:     **8439  (primary account)**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Zelle to Frank Nejat on 02/02 Ref # Wfct0Zrnw7Jf | | 2,250.00 | 50,412.31 |
| 2/3 | | Zelle to Drk Zell on 02/03 Ref # Wfct0Zrr7R9Z | | 1,700.00 | |
| 2/3 | | Zelle to Amy Rda on 02/03 Ref # Wfct0Zrr7Vm2 | | 467.00 | 48,245.31 |
| 2/18 | | eDeposit IN Branch 02/18/26 03:23:02 PM 10700 Macarthur Blvd Oakland CA | 4,850.00 | | 53,095.31 |
| **Totals** | | | **$4,850.00** | **$4,417.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $1,500.00 | $48,245.31 | √ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| • Age of primary account owner | 17 - 24 | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# ✔️ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.





Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| Account Balance Calculation Worksheet | Number | Items outstanding | Amount |
|---|---|---|---|
| 1. Use the following worksheet to calculate your overall account balance. | | | |
| 2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period. | | | |
| 3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement. | | | |

**ENTER**

A. The ending balance
shown on your statement.. . . . . . . . . . . . . .  $ _____

**ADD**

B. Any deposits listed in your            $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .  $ _____

| | | | Total $ _____ |
|---|---|---|---|

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



# Reconciliation Summary

|  | Feb 28, 26 |
|---|---|
| Beginning Balance | 3,598.57 |
| Cleared Balance | 3,598.57 |
| Register Balance as of 02/28/2026 | 3,598.57 |
| Ending Balance | 3,598.57 |

Case: 24-40713   Doc# 176-1   Filed: 04/06/26   Entered: 04/06/26 14:11:15   Page 21 of 30

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR-IN-POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $3,598.57 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/28** | **$3,598.57** |

Account number:　　　　**8520　(primary account)**

**ALIREZA MOHEB**
**DEBTOR-IN-POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following each fee period | | | |
| • Minimum daily balance | $1,500.00 | $3,598.57 | √ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| • Age of primary account owner | 17 - 24 | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# IMPORTANT ACCOUNT INFORMATION

―――――――――

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

―――――――――

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total $ | | |

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

A.  The ending balance
    shown on your statement.. . . . . . . . . . . . . .   $ _____

### ADD

B.  Any deposits listed in your                    $ _____
    register or transfers into                     $ _____
    your account which are not                     $ _____
    shown on your statement.                     + $ _____
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

### CALCULATE THE SUBTOTAL
    (Add Parts A and B)
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

### SUBTRACT

C.  The total outstanding checks and
    withdrawals from the chart above.  . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register. . . . . . . . . . . . . . . . . . . . .  $ _____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



|  | Feb 28, 26 |
|---|---|
| **Beginning Balance** | 253.06 |
| **Cleared Balance** | 253.06 |
| **Register Balance as of 02/28/2026** | 253.06 |
| **Ending Balance** | 253.06 |

# Wells Fargo Everyday Checking



ALIREZA MOHEB
DEBTOR IN POSSESSION
CH11 CASE #24-40713 (NCA)
831 ACALANES RD
LAFAYETTE CA 94549-3352

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $253.06 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/28** | **$253.06** |

Account number:     **8447  (primary account)**

**ALIREZA MOHEB**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-40713 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $1,500.00 | $253.06 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Other Wells Fargo Benefits

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

Case: 24-40713    Doc# 176-1    Filed: 04/06/26    Entered: 04/06/26 14:11:15    Page 28 of 30



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . $_____

### ADD
B. Any deposits listed in your                $_____
   register or transfers into                $_____
   your account which are not                $_____
   shown on your statement.               + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

