CHRISTOPHER D. SULLIVAN (148083)
ROXANNE BAHADURJI (290117)
**SULLIVAN PRATT LLP**
601 Montgomery Street, Suite 525
San Francisco, CA 94111
Phone: (415) 691-4518
Email: csullivan@sullivanblackburn.com
        rbahadurji@sullivanblackburn.com

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

ALIREZA MOHEB

Debtor and Debtor-in-Possession.

Case No.: 24-bk-40713-CN

Chapter 11

**STATUS CONFERENCE STATEMENT**

Date: April 17, 2025
Time: 11:00 a.m.
Place: Courtroom 215
       1300 Clay Street
       Oakland, CA 94612

Alireza Moheb, Debtor-in-Possession herein ("Debtor") submits this Status Conference Statement to provide the Court with an update on the status of this case.

1. As the Court is aware, the genesis of the Debtor's difficulties is his dispute with HomeStreet Bank ("HomeStreet"). HomeStreet filed Proof of Claim No. 12 in the amount of $1,393,966.42 stemming from a judgment entered against the Debtor in Alameda Superior Court because of the Debtor's former state court attorney's admitted failure to oppose a summary judgment motion. Per the Proof of Claim, HomeStreet asserts that its claim is secured having recorded an abstract of judgment.

2. This case was commenced by filing a voluntary chapter 11 petition on May 14,

-1-

2024. Due to a breakdown in the attorney-client relationship between the Debtor and his former bankruptcy counsel, no action was taken with respect to the HomeStreet judgment. Following Sullivan Pratt LLP's employment as general bankruptcy counsel, the Debtor moved to obtain approval of Bovino & Associates, P.C.'s ("Bovino Law") employment as special litigation counsel. Bovino Law's application was approved on August 15, 2025.

3. Following a motion filed by the Debtor, the Court entered its *Order Granting Debtor-in-Possession's Motion For Relief From The Automatic Stay* on November 19, 2025 ("Order"). The Order allowed the Debtor to take action to vacate or set aside the judgment that was entered against him in the case *HomeStreet Bank v. Moheb DMD, Inc., Media DDS, LLC*, *Alireza Moheb*, Case No. RG20066154 in the Alameda Superior Court.

4. On December 16, 2025, the Debtor through Bovino Law filed and served his *Notice of Motion and Motion to Vacate Judgment* and accompanying documents in the Alameda Superior Court. Copies were also filed in this bankruptcy case (Dkt. No. 165).

5. HomeStreet filed an opposition to the Motion to Vacate. HomeStreet also filed a motion for sanctions under CCP § 128.7. Both motions were heard by the Alameda Superior Court on April 9, 2026. The Alameda Superior Court denied the motion to vacate HomeStreet's judgment and also denied HomeStreet's motion for sanctions.

6. The Debtor was hopeful that at last the wrongs committed by his former state court attorney would be remedied – to an extent.

7. The Debtor recognizes that this is an inflection point. The Debtor is evaluating his options, including his appellate rights.  In that light, the Debtor has reinvigorated his efforts to sell certain of his properties. The previous listing agreements expired and thus the Debtor has since relisted the following two properties.

155 Sharene Lane # 116, Walnut Creek, CA 94596

Listing Price: $425,000

- US Bank/PNC - $126,000 (POC No. 4)[1]

---

[1] Following US Bank's lien and prior to HomeSteet's abstract of judgment, there are a series of

Case: 24-40713    Doc# 177    Filed: 04/14/26    Entered: 04/14/26 14:08:59    Page 2 of 3

- Per Proof of Claim No. 12 HomeStreet contends that this property is subject to its 1,393,966.42 judgment.

7157 E. Rancho Vista Drive # 1004, Scottsdale, AZ 85251

Listing Price: $749,000

- Nationstar - $310,416.13 (POC No. 10)

8. The Debtor's primary residence is the property located in Lafayette – 831 Alcanes Road, Lafayette, California. US Bank has filed Proof of Claim No. 13 in the amount of $843,396. Per Proof of Claim No. 12, HomeStreet contends that this property is subject to its judgment.

9. The Debtor rents out his Oakland property – 7007 Arthur Street, Oakland, Alameda, and receives $4,850 per month.

10. The Debtor is current on his monthly operating reports.

11. The adversary proceeding filed by the SBA against the Debtor remains pending. A status conference on that matter is also scheduled for April 17, 2026. By an order entered by this Court, the dispositive motion deadline is now August 10, 2026.

Dated: April 14, 2026                    SULLIVAN PRATT LLP

                                         */s/ Christopher D. Sullivan*
                                         Christopher D. Sullivan
                                         Attorneys for Debtor-in-Possession

---

liens totaling approximately $357,123. The Debtor is investigating these liens as the claims giving rise to some of the liens have been paid off.

-3-