**Entered on Docket
April 21, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 21, 2026

_____

**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

ALIREZA MOHEB,

           Debtor.

Case No.  24-40713 CN
Chapter 11

**ORDER TO SHOW CAUSE WHY THIS CHAPTER 11 CASE SHOULD NOT BE CONVERTED OR DISMISSED AND CONTINUING STATUS CONFERENCE**

On April 17, 2026, the court conducted a continued Chapter 11 status conference. Appearances were stated on the record.  At the hearing, the court indicated its intent to issue an Order to Show Cause why the case should not be converted or dismissed on the ground that Debtor had failed to make any real progress in reorganizing his affairs. Specifically, the court noted that: (1) Debtor's February 2026 Monthly Operating Report showed negative cash flow; (2) Debtor's motion to vacate HomeStreet Bank's judgment had been denied by the Alameda County Superior Court; and (3) despite telling the court for the past year that Debtor was going to sell real property to generate funds, Debtor has not sold any property.  Accordingly, and pursuant to 11 U.S.C. § 1112(b),

    **IT IS HEREBY ORDERED** that:

1. Debtor shall show cause why this Chapter 11 case should not be dismissed or converted to chapter 7.  The court will hold a hearing on this Order to Show Cause on **June 12, 2026, at 11:00 a.m.** via Tele/Videoconference in courtroom

215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California. Any response to the Order to Show Cause shall be filed by **June 3, 2026**.

2. The status conference is continued **June 12, 2026** at **11:00 a.m.**

**\*\*\*END OF ORDER\*\*\***

Case: 24-40713   Doc# 179   Filed: 04/21/26   Entered: 04/21/26 13:50:27   Page 2 of 3

Case No. 24-40713 CN

**COURT SERVICE LIST**

**Alireza Moheb**
831 Acalanes Road
Lafayette, CA 94596

All Case Participants.

Case: 24-40713    Doc# 179    Filed: 04/21/26    Entered: 04/21/26 13:50:27    Page 3 of 3