Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Proposed Counsel to Janina M. Hoskins,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 24-40713 WJL<br>Chapter 7 |
| ALIREZA MOHEB, | |
| Debtor. | |

### APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

### PURSUANT TO SECTION 11 U.S.C. SECTION 327(a)

TO: THE HONORABLE WILLIAM J. LAFFERTY III,

UNITED STATES BANKRUPTCY JUDGE

1. JANINA M. HOSKINS ("Applicant") is the duly appointed, qualified and acting Chapter 7 trustee herein.

2. The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Trustee's accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to perform investigation of potentially recoverable assets; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax

Case: 24-40713   Doc# 194   Filed: 07/20/26   Entered: 07/20/26 13:19:17   Page 1 of 3

returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

3. The accountant has indicated a willingness to perform the services required by the Applicant. The Applicant desires an order authorizing the Trustee to pay the Accountant for services rendered and costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court. The normal billing rates for the Accountant are as follows:

| | |
|---|---|
| Partners & Senior Advisor | $425 - $650 / hour |
| Senior Accountant | $375 - $490 / hour |
| Junior Accountant | $140 - $370 / hour |

4. The Applicant has investigated the qualifications of the Accountant. The Applicant is informed and believes, and based thereon allege, that Except as set forth the supporting declaration of Austin J. Wade, Bachecki Crom and its members have no connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors.

5. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

6. The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

WHEREFORE, the Applicant prays that this court make and enter its order:

1. Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, and hereby moves for an order approving the employment as the bankruptcy

Case: 24-40713   Doc# 194   Filed: 07/20/26   Entered: 07/20/26 13:19:17   Page 2 of 3

estate's accountant pursuant to an hourly fee agreement, effective July 7, 2026.

2. Authorizing the Applicant to pay the Accountant services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this court, and;

3. For such other relief as may be proper.

DATED: July 20, 2026

*/s/Janina M. Hoskins*
JANINA M. HOSKINS,
Trustee for the Estate of ALIREZA MOHEB

DATED: July 20, 2026

*/s/Charles P. Maher*
CHARLES P. MAHER
Proposed Counsel for Janina M. Hoskins, Trustee