UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>Debtor. | Case No. 24-40713 CMP<br>Chapter 7<br>Hon. Cara Masako Porter<br><br>**NOTICE OF OPPORTUNITY AND DEADLINE FOR FILING REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES** |

**TO CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Bankruptcy Court has established a deadline for filing requests for payment of administrative expenses that accrued between May 14, 2024, when Debtor Alireza Moheb filed his voluntary Chapter 11 petition and July 2, 2026, when his Chapter 11 case was converted to Chapter 7. **The deadline for filing the requests is December 7, 2026**.

The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 14, 2024. On July 2, 2026, the Court converted the case to a Chapter 7 case.

On September 23, 2026, the Debtor filed a document entitled "Debtor's Schedule of Unpaid Postpetition Debts Pursuant to Federal Rule of Bankruptcy Procedure 1019(e)(1)(A)" ("1019 Statement") as Docket No. 205, which identified certain debts that had accrued before the conversion of the case to Chapter 7 and remained unpaid on the date of conversion to Chapter 7.

This notice is being served on the parties identified in the Debtor's 1019 Statement, parties on the Court's Mailing Matrix, and others to inform them of the opportunity and deadline for filing requests for payment of Chapter 11 expenses that remain unpaid. The amount of funds available for payment of administrative expenses is not yet known.

If the Debtor incurred a debt to you between May 14, 2024, and July 2, 2026, and the debt remains unpaid, you are entitled to file a request for payment of that expense. Debts that arose before the Debtor filed his Chapter 11 petition on May 14, 2024, are prepetition debts. The deadline for filing proofs of claim for pre-petition debts has already passed and any such claim filed after the deadline will be treated as a tardily filed claim absent an order of the Bankruptcy Court.

If you wish to file a request for payment of an unpaid administrative expense incurred between the dates identified above, you may use the attached form or you may use a form of your own choosing. You must attach to your request invoices or other documentation demonstrating the Debtor's liability for the debt, the basis for the debt, and the amount of the debt, and you must identify the date or dates on which the debt was incurred. You should include complete contact information on the request, including telephone number and e-mail address. Questions regarding

submission of administrative expense requests may be addressed to counsel for the Trustee at the address and phone number below.

If you are a professional employed by order during the Chapter 11 case, you must file applications for compensation and expense reimbursement that complies with the Court's guidelines for employment and compensation of professionals.

Requests for payment of Chapter 11 administrative expenses and fee applications must be filed with the Clerk of the United States Bankruptcy Court, 1300 Clay Street, Suite 300, Oakland, CA 94612, no later than **December 7, 2026**.

DATED: October 1, 2026 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Janina M. Hoskins,
Chapter 7 Trustee

Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Email: cmaher@rinconlawllp.com

Name of Creditor:
Address:
Telephone Number:
Email address:

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALIREZA MOHEB,<br><br>Debtor. | Case No. 24-40713 CMP<br>Chapter 7<br>Hon. Cara Masako Porter<br><br>[No Hearing Requested] |

**<u>REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE</u>**

The undersigned, on behalf of __________________, files this request for payment of an administrative expense incurred by the Debtor between May 14, 2024, and July 2, 2026, that remains unpaid.

__________________ is requesting payment of $__________ as an administrative expense based on the invoices attached to this form. The expenses were incurred by the Debtor for services rendered or goods provided on the following dates: _________________________________.

I declare under penalty of perjury that the information provided in this Request for Payment of Administrative Expense is true and correct to the best of my knowledge, information, and reasonable belief. I further acknowledge that there are penalties for presenting a fraudulent claim under 18 U.S.C. §§ 152 and 3571.

DATED: ______________, 2026

By: ____________________________________________

[Print or Type Name and Position]